Schedule A/Ex 4

| Defendant No. | Platform | Defendant Seller Name | Store URL |
|---|---|---|---|
| 1 | Amazon | 360Scope | https://www.amazon.com/sp?ie=UTF8&seller=A3KNYT2L8UUT8N |
| 2 | Amazon | 360SPB Direct | https://www.amazon.com/sp?ie=UTF8&seller=A3LB888UF9DQ7R |
| 3 | Amazon | BO HENG | https://www.amazon.com/sp?ie=UTF8&seller=A2R96XBIFPF2LQ |
| 4 | Amazon | Ceiveilas US | https://www.amazon.com/sp?ie=UTF8&seller=AQQ6AQEWM1D07 |
| 5 | Amazon | TYTY USA | https://www.amazon.com/sp?language=es&ie=UTF8&seller=AUVUP0AJ1WQ5C |
| 6 | Amazon | Dowshata | https://www.amazon.com/sp?ie=UTF8&seller=A1FNHIFHJLVMQ8 |
| 7 | Amazon | Exltsoy | https://www.amazon.com/sp?ie=UTF8&seller=AX8PLPOLVXITW&asin=B0CHDSXZJ6 |
| 8 | Amazon | FEMOORER | https://www.amazon.com/sp?ie=UTF8&seller=A2EVUZNZ645RWL |
| 9 | Amazon | Foncusun USA | https://www.amazon.com/sp?ie=UTF8&seller=A36A0IOF4IC7CN |
| 10 | Amazon | Froectry USA | https://www.amazon.com/sp?ie=UTF8&seller=AC6GQ0C4VGDJI |
| 11 | Amazon | GO360BOOTH | https://www.amazon.com/sp?ie=UTF8&seller=A1YRXSM21VTLDA |
| 12 | Amazon | GorgeousStore shop | https://www.amazon.com/sp?ie=UTF8&seller=A1Q0L77ET41UYZ |
| 13 | Amazon | KMT-USA | https://www.amazon.com/sp?ie=UTF8&seller=A12JZ25ZPOOCBS |
| 14 | Amazon | MBOBAO-US | https://www.amazon.com/sp?ie=UTF8&seller=A3EORK59J2BHD |
| 15 | Amazon | Peepoleck | https://www.amazon.com/sp?ie=UTF8&seller=A134VSH8Z7YLU3 |
| 16 | Amazon | RareQ Store | https://www.amazon.com/sp?ie=UTF8&seller=ADWZ8TQWMLTUA |
| 17 | Amazon | WiViTouch | https://www.amazon.com/sp?ie=UTF8&seller=A1IPBZJEUMHKTR |
| 18 | Amazon | SnowCC | https://www.amazon.com/sp?ie=UTF8&seller=A37O4UJ0A9V2ZA |
| 19 | Amazon | UFOCASE | https://www.amazon.com/sp?ie=UTF8&seller=A2IRUTE3JXWVIQ |
| 20 | Amazon | weiligu | https://www.amazon.com/sp?ie=UTF8&seller=A2ZJ94H4GDRNTE |
| 21 | Amazon | YCSW-US | https://www.amazon.com/sp?ie=UTF8&seller=A2E6RNS3L60L82 |
| 22 | Amazon | Hongxin swift 宏鑫迅捷 | https://www.amazon.com/sp?ie=UTF8&seller=A32FDC2VN4TG7F |
| 23 | Wallmart | Albegla | https://www.walmart.com/seller/101221982 |
| 24 | Wallmart | Number 8 Store | https://www.walmart.com/seller/101113083 |
| 25 | Wallmart | Henpone | https://www.walmart.com/seller/101114406 |
| 26 | Wallmart | Jomitop Technology Co., Ltd. | https://www.walmart.com/seller/101221089 |
| 27 | Wallmart | izumuzi | https://www.walmart.com/seller/101254003 |
| 28 | Wallmart | AchhaGo | https://www.walmart.com/seller/101068675 |
| 29 | Wallmart | Louis Garden | https://www.walmart.com/seller/101186918 |
| 30 | Wallmart | Rez LLC | https://www.walmart.com/seller/101113937 |
| 31 | Wallmart | Ocyclone | https://www.walmart.com/seller/101090676 |
| 32 | Wallmart | OLEEVEE | https://www.walmart.com/seller/101218908 |
| 33 | Ebay | safeluck2022 | https://www.ebay.com/str/safeluck2022?_tab=1 |
| 34 | Ebay | shleidedesi_0 | https://www.ebay.com/usr/shleidedesi_0?_trksid=p4429486.m3561.l2559&_tab=1 |
| 35 | Ebay | solarstore2008 | https://www.ebay.com/str/solarstore2008?_tab=1 |
| 36 | Ebay | t0pbiuty | https://www.ebay.com/str/t0pbiuty?_tab=1 |
| 37 | Ebay | yixin_802 | https://www.ebay.com/str/360photoshop?_tab=1 |
| 38 | Ebay | yul018 | https://www.ebay.com/str/aromatherapyshop?_tab=1 |
| 39 | Ebay | zenic-tech | https://www.ebay.com/str/zenictech?_tab=1 |
| 40 | Ebay | zhlangxun18516 | https://www.ebay.com/str/zhlangxun18516?_tab=1 |
| 41 | Ebay | zl2021luck | https://www.ebay.com/str/zl2021luck?_tab=1 |
| 42 | Ebay | zl-8868luck | https://www.ebay.com/str/zl8868luck?_tab=1 |
| 43 | Ebay | sunshine1001ye | https://www.ebay.com/str/radioship?_tab=1 |
| 44 | Ebay | venoromall | https://www.ebay.com/str/venoromall?_tab=1 |
| 45 | Ebay | wainyjf97 | https://www.ebay.com/str/wainyjf97?_tab=1 |
| 46 | Ebay | wuhan202088 | https://www.ebay.com/str/wuhan202088?_tab=1 |
| 47 | Ebay | ibayab | https://www.ebay.com/usr/ibayab?_trksid=p4429486.m3561.l2559&_tab=1 |
| 48 | Ebay | womeyouer77 | https://www.ebay.com/str/womeyouer77store?_tab=1 |
| 49 | Ebay | 360SPB | https://www.ebay.com/str/360spb?_trksid=p4429486.m3561.l161211&_tab=1 |
| 50 | Ebay | 3kincare | https://www.ebay.com/str/3kincare?_trksid=p4429486.m3561.l161211&_tab=1 |
| 51 | Ebay | Accushshopping | https://www.ebay.com/str/accushshopping?_trksid=p4429486.m3561.l161211&_tab=1 |
| 52 | Ebay | Achha 360 Photo Booth Store | https://www.ebay.com/str/topsphotobooth?_trksid=p4429486.m3561.l161211&_tab=1 |
| 53 | Ebay | Airbrushdy | https://www.ebay.com/str/airbrushdy?_tab=1 |
| 54 | Ebay | AleksyArt | https://www.ebay.com/str/aleksyart?_tab=1 |
| 55 | Ebay | wholesalezm | https://www.ebay.com/str/wholesalezm?_tab=1 |
| 56 | Ebay | Autopartszone11 | https://www.ebay.com/str/autopartszone11?_tab=1 |
| 57 | Ebay | Auto*Home | https://www.ebay.com/str/ndglobal?_tab=1 |
| 58 | Ebay | automobile-parts_16 | https://www.ebay.com/str/automobileparts16?_tab=1 |
| 59 | Ebay | bayboys2 | https://www.ebay.com/str/360photobooths?_tab=1 |
| 60 | Ebay | videstar88 | https://www.ebay.com/str/videstar88?_tab=1 |
| 61 | Ebay | Bidcharming | https://www.ebay.com/str/bidcharming?_tab=1 |
| 62 | Ebay | bikeshopservices | https://www.ebay.com/str/bikeshopservices?_tab=1 |
| 63 | Ebay | bingobuy | https://www.ebay.com/str/hlustools?_tab=1 |
| 64 | Ebay | Blacktechlife | https://www.ebay.com/str/sgusmall?_tab=1 |
| 65 | Ebay | tp*666 | https://www.ebay.com/str/ushgs?_tab=1 |

| 66 | Ebay | bright-yourlife | https://www.ebay.com/str/brightyourlife?_tab=1 |
|---|---|---|---|
| 67 | Ebay | LED Light Store | https://www.ebay.com/str/brightyourworld?_tab=1 |
| 68 | Ebay | buli_2505 | https://www.ebay.com/str/buli2505?_tab=1 |
| 69 | Ebay | cdsundly | https://www.ebay.com/str/cdsundly?_tab=1 |
| 70 | Ebay | chetgaya40 | https://www.ebay.com/usr/chetgaya40?_trksid=p4429486.m3561.l2559&_tab=1 |
| 71 | Ebay | chinatopeshop | https://www.ebay.com/str/chinatopeshop?_tab=1 |
| 72 | Ebay | chongya | https://www.ebay.com/str/chongya?_tab=1 |
| 73 | Ebay | cnc_tool | https://www.ebay.com/str/luckcnctool?_tab=1 |
| 74 | Ebay | col1ect | https://www.ebay.com/str/col1ect?_tab=1 |
| 75 | Ebay | coll-4690 | https://www.ebay.com/str/coll4690?_tab=1 |
| 76 | Ebay | comettgood | https://www.ebay.com/str/comettgood?_tab=1 |
| 77 | Ebay | comsl-18 | https://www.ebay.com/str/comsl18?_tab=1 |
| 78 | Ebay | crafindustrial*us | https://www.ebay.com/str/lxindusus?_tab=1 |
| 79 | Ebay | d1game | https://www.ebay.com/str/d1game?_tab=1 |
| 80 | Ebay | ddouyg007 | https://www.ebay.com/str/ddouyg007?_tab=1 |
| 81 | Ebay | deuts-fashion | https://www.ebay.com/str/sportsdeals1?_tab=1 |
| 82 | Ebay | diandian7758 | https://www.ebay.com/str/diandianshop?_tab=1 |
| 83 | Ebay | dig1tuo | https://www.ebay.com/str/dig1tuo?_tab=1 |
| 84 | Ebay | discountj | https://www.ebay.com/str/homelifeu?_tab=1 |
| 85 | Ebay | djtools*au | https://www.ebay.com/str/newsportgoods?_tab=1 |
| 86 | Ebay | donwell2016 | https://www.ebay.com/str/donwelldirect?_tab=1 |
| 87 | Ebay | dp_2022 | https://www.ebay.com/str/pytgvgo?_tab=1 |
| 88 | Ebay | easy-buy_store | https://www.ebay.com/str/easybuysh0p?_tab=1 |
| 89 | Ebay | edisonchen | https://www.ebay.com/str/guanxigevx300?_tab=1 |
| 90 | Ebay | ejia-inflatables-official | https://www.ebay.com/str/ejiainflatablesofficialstore?_tab=1 |
| 91 | Ebay | eshopoutlet666 | https://www.ebay.com/str/eshopoutlet666?_tab=1 |
| 92 | Ebay | everythingphotobooth | https://www.ebay.com/str/allphotobooth?_tab=1 |
| 93 | Ebay | factoryday_358 | https://www.ebay.com/str/factory2021?_tab=1 |
| 94 | Ebay | fairtrade515 | https://www.ebay.com/str/fairtrade515?_tab=1 |
| 95 | Ebay | fangshx_0 | https://www.ebay.com/usr/fangshx_0?_trksid=p4429486.m3561.l2559&_tab=1 |
| 96 | Ebay | fashinn360 | https://www.ebay.com/usr/fashinn360?_trksid=p4429486.m3561.l2559&_tab=1 |
| 97 | Ebay | fashinn360_store | https://www.ebay.com/usr/fashinn360_store?_trksid=p4429486.m3561.l2559&_tab=1 |
| 98 | Ebay | go360booth_store | https://www.ebay.com/usr/go360booth_store?_trksid=p4429486.m3561.l2559&_tab=1 |
| 99 | Ebay | gostaddy | https://www.ebay.com/str/gostaddy?_tab=1 |
| 100 | Ebay | greenexplore41 | https://www.ebay.com/str/greenexplore41?_tab=1 |
| 101 | Ebay | gxfcled | https://www.ebay.com/str/gxfcled?_tab=1 |
| 102 | Ebay | happyshop868 | https://www.ebay.com/str/luckshop2017?_trksid=p4429486.m3561.l161211&_tab=1 |
| 103 | Ebay | haus*de | https://www.ebay.com/str/nt1sports?_trksid=p4429486.m3561.l161211&_tab=1 |
| 104 | Ebay | health-robooter | https://www.ebay.com/str/merosssmartlife?_trksid=p4429486.m3561.l161211&_tab=1 |
| 105 | Ebay | hellocentero_a | https://www.ebay.com/str/hellocenteroa?_trksid=p4429486.m3561.l161211&_tab=1 |
| 106 | Ebay | hhluck86 | https://www.ebay.com/usr/hhluck86?_trksid=p4429486.m3561.l161211&_tab=1 |
| 107 | Ebay | hlil_61 | https://www.ebay.com/str/hll2018?_trksid=p4429486.m3561.l161211&_tab=1 |
| 108 | Ebay | hmmao_t | https://www.ebay.com/str/hmmaot?_trksid=p4429486.m3561.l161211&_tab=1 |
| 109 | Ebay | tom0tors | https://www.ebay.com/str/tom0tors?_tab=1 |
| 110 | Ebay | hotpartsbuy | https://www.ebay.com/str/hotautopartshome?_trksid=p4429486.m3561.l161211&_tab=1 |
| 111 | Ebay | the_full_cart.store | https://www.ebay.com/usr/the_full_cart.store?_trksid=p4429486.m3561.l2559&_tab=1 |
| 112 | Ebay | huajack8 | https://www.ebay.com/str/huajack8?_trksid=p4429486.m3561.l161211&_tab=1 |
| 113 | Ebay | husubig22 | https://www.ebay.com/str/husubig22store?_trksid=p4429486.m3561.l161211&_tab=1 |
| 114 | Ebay | zoo-bici | https://www.ebay.com/str/indusbizz?_tab=1 |
| 115 | Ebay | imeisa179 | https://www.ebay.com/str/qawaeara?_trksid=p4429486.m3561.l161211&_tab=1 |
| 116 | Ebay | industrial_tools | https://www.ebay.com/str/ndusashop?_trksid=p4429486.m3561.l161211&_tab=1 |
| 117 | Ebay | tgddyhh33 | https://www.ebay.com/str/tdggyhh33?_tab=1 |
| 118 | Ebay | jialama | https://www.ebay.com/str/jialama?_trksid=p4429486.m3561.l161211&_tab=1 |
| 119 | Ebay | jiguangsfx | https://www.ebay.com/str/jiguangsfxofficialstore?_trksid=p4429486.m3561.l161211&_tab=1 |
| 120 | Ebay | jomitop | https://www.ebay.com/str/jomitopledlighting?_trksid=p4429486.m3561.l161211&_tab=1 |
| 121 | Ebay | jstool777 | https://www.ebay.com/str/ligaturetoolstore?_tab=1 |
| 122 | Ebay | kinglight | https://www.ebay.com/str/kinglight?_trksid=p4429486.m3561.l161211&_tab=1 |
| 123 | Ebay | ledkingdom66 | https://www.ebay.com/str/ledkingdom66?_tab=1 |
| 124 | Ebay | ledkinglight | https://www.ebay.com/str/ledkinglight?_tab=1 |
| 125 | Ebay | ledlight1 | https://www.ebay.com/str/ledlight1?_tab=1 |
| 126 | Ebay | ledlight-store66 | https://www.ebay.com/str/ledlightstore66?_tab=1 |
| 127 | Ebay | love*bto | https://www.ebay.com/str/usauto1?_tab=1 |
| 128 | Ebay | luckyruiniu | https://www.ebay.com/str/luckyruiniu?_tab=1 |
| 129 | Ebay | mixinniluck | https://www.ebay.com/str/mxnluck?_tab=1 |

| 130 | Ebay | moneyc01n | https://www.ebay.com/str/moneyc01n?_tab=1 |
|---|---|---|---|
| 131 | Ebay | monhyip | https://www.ebay.com/str/monhyip?_tab=1 |
| 132 | Ebay | motors_parts | https://www.ebay.com/str/lxautous?_tab=1 |
| 133 | Ebay | motorship | https://www.ebay.com/str/motorship?_tab=1 |
| 134 | Ebay | mxn08-001 | https://www.ebay.com/str/mxnaromatherapy?_tab=1 |
| 135 | Ebay | mxn-wholesale | https://www.ebay.com/str/mxnwholesale?_tab=1 |
| 136 | Ebay | nswdzao7 | https://www.ebay.com/str/nswdzao7?_tab=1 |
| 137 | Ebay | onelemon | https://www.ebay.com/str/360rotatingstage?_tab=1 |
| 138 | Ebay | Outstanding365 | https://www.ebay.com/str/outstanding365?_tab=1 |
| 139 | Ebay | power2017 | https://www.ebay.com/str/aupower2020?_tab=1 |
| 140 | Ebay | pramis | https://www.ebay.com/str/encystore?_tab=1 |
| 141 | Ebay | pressports | https://www.ebay.com/str/pressportsstore?_tab=1 |
| 142 | Ebay | pugedcq56 | https://www.ebay.com/str/pugedcq56store?_tab=1 |
| 143 | Ebay | qidian128 | https://www.ebay.com/str/qidian128?_tab=1 |
| 144 | Ebay | radioship3 | https://www.ebay.com/str/radioship33?_tab=1 |
| 145 | Ebay | rfsess_oh | https://www.ebay.com/str/ebyhzxrfsess?_tab=1 |
| 146 | Ebay | rxfday88 | https://www.ebay.com/str/rxfday88?_tab=1 |
| 147 | Ebay | rxfluckshop | https://www.ebay.com/str/20200201?_tab=1 |