# Defendant No.: 1

# Store Name:

360Scope

# Platform:

Amazon

12/27/23, 3:05 PM                                          Amazon.com Seller Profile: 360Scope

## 360Scope

Visit the 360Scope storefront

**86% positive** in the last 12 months (14 ratings)

### About Seller

360Scope is committed to providing each customer with the highest standard of customer service.

Have a question for 360Scope?

[ Ask a question ]

### Feedback

4.3 out of 5          [ 12 months ]

14 ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 21% |
| 3 star | | 0% |
| 2 star | | 7% |
| 1 star | | 7% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

14 total ratings, 14 with feedback 12 months

"The seller refused to proceed the order and cancelled it."
By Conor on November 24, 2023.

"Great seller!"
By Dwight Aaron on November 19, 2023.

"Came on time have use it yet still trying to set it up"
By Georgette on November 18, 2023.

"The package was damaged. The Black case has a hole on it and the straps to the Pole that was located under the machine, and the Ring Light is Broken can I get t..."
Read more
By Desiree Turner on November 13, 2023.

"Hello，We will send all damaged items for you. We sent you an email and look forward to your reply. Dulce"
By 360Scope on November 15, 2023.

"Excellent customer service!"
By Lisa S. on November 12, 2023.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our coverage covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shenzhenshiliangxinjunkejiyouxiangongsi
**Business Address:**
  西乡街道龙珠社区广深路西乡段323号602
  宝安区
  深圳市
  广东
  518102
  CN

### Shipping Policies                                                    ⌄

### Other Policies                                                       ⌄

### Help                                                                 ⌄

Deliver to ENCARGA
Doral 33166

All ▾    Search Amazon

EN ▾    Hello, Roberto
Account & Lists ▾    Returns
& Orders    1

Subtotal
$1,799.00

All    Holiday Deals    Medical Care ▾    Buy Again    Prime Video    Customer Service    Coupons    Household, Health & Baby Care    Handmade

Only 3 left in
stock - order
soon.

Sponsored

## Customers who viewed this item also viewed

 HOGSITY 360 Photo Booth
Machine for Parties,31.5"
for 2-4 PPL,LED Lights No
Need
22
$949⁰⁰

 360 Photo Booth 360
Video Booth 360
Platform Remote Control
Automatic Slow Motion
44
$1,399⁰⁰

 MWE 360 Photo Booth
Machine for Parties with
Extra Battery,Logo
Customization,Software
261
$1,099⁰⁰

Electronics › Camera & Photo › Lighting & Studio › Lighting › Booms & Stands



Roll over image to zoom in

Photo
e for
or 4-5
s No

Customi
urts
amera
in
Flight
Motion

ratings

-18% $1,3...⁰⁰
List Price $1,6...

Or $64.06

Select from

Save up to 1% with business pricing.
Sign up for a free Amazon Business
account

Pay $1,399.00 $1,199.00 for this
order. Get a $200 Amazon Gift
Card upon approval for the
Amazon Business Prime Card.
Offer ends 12/12/23. Terms
apply. Learn more.

### Delivery & Support
Select to learn more

        
Ships      Returnabl   Customer
from       e until     Support
360Scop    Jan 31,
e          2024

**Size: 39.4"for 4-5ppl+Flight case**

$1,399⁰⁰

FREE delivery **Friday, December
15**. Details

Or fastest delivery **December
11 - 13**. Details

**Arrives before Christmas**

Deliver to ENCARGA - Doral
33166

**Only 1 left in stock - order
soon.**

Add to Cart

Buy Now

Ships from    360Scope
Sold by       360Scope
Returns       Returnable until Jan 31,
              2024
Payment       Secure transaction

**Add a Protection Plan:**

☐ Tech Unlimited – Protect
Eligible Past and Future
Purchases with 1 Plan
(Renews Monthly Until
Cancelled) for
$16.99/month

Add to List

Sponsored

## Checkout (1 item)



|   | | | |
|---|---|---|---|
| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $1,399.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $1,399.00 |
| Estimated tax to be collected:* | $97.93 |
| **Order total:** | **$1,496.93** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

| 2 | **Payment method** | Paying with Mastercard 1953 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code [   ] Apply

| 3 | **Review items and shipping** |
|---|---|

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Dec. 15, 2023**

Items shipped from 360Scope



**HOGSITY 360 Photo Booth Machine for Parties,39.4" for 4-5 PPL,LED Lights No Need Install&Power,Customizable Logo&Parts Replace,360 Camera Booth Auto Spin w/Ring Light&Flight Case for Slow Motion Etc**
**$1,399.00**
Qty: 1
Sold by: 360Scope
Not eligible for Amazon Prime
(Learn more)

**Choose a delivery option:**

○ Monday, Dec. 11 - Wednesday, Dec. 13
  $182.66 - Expedited Shipping

● Friday, Dec. 15
  FREE Standard Shipping

Gift options not available

**Place your order**

**Order total: $1,496.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 2

# Store Name:

## 360SPB Direct

# Platform:

## Amazon

# 360SPB Direct

Visit the 360SPB Direct storefront

Just launched     No feedback yet

## About Seller

360SPB Direct is committed to providing each customer with the highest standard of customer service.

**Have a question for 360SPB Direct?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Shenzhen Ying Zhi Xing Ke Ji You Xian Gong Si
**Business Address:**
    马田街道合水口社区第四工业区
    A3号17栋609
    深圳市
    光明区
    广东
    518106
    CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback



## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| | | | |
|---|---|---|---|
| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

3  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

**Arriving Dec. 21, 2023 - Dec. 28, 2023**
Items shipped from 360SPB Direct



**360SPB 360 Photo Booth Machine 31.5" for 1-3 People CM3 Automatic Manual Spin 360 Video Booth 80cm for Parties Weddings, Events with Flight Case | Find us on GG, Ytube, Trustpilot, FB, INS**
**$999.00**

Qty: 1

Sold by: 360SPB Direct
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Thursday, Dec. 21 - Thursday, Dec. 28**
FREE Standard Shipping

[ Place your order ]   **Order total: $1,068.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---



[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $999.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $999.00 |
| Estimated tax to be collected:* | $69.93 |
| **Order total:** | **$1,068.93** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 3

## Store Name:

BO HENG

## Platform:

Amazon



# BO HENG

Visit the BO HENG storefront

★★★★☆ | **100% positive** in the last 12 months (11 ratings)

## About Seller

BO HENG is committed to providing each customer with the highest standard of customer service.

**Have a question for BO HENG?**

Ask a question

## Feedback

★★★★☆ 4.7 out of 5
11 ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 27% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

12 months ▾

### FILTER BY

All stars ▾

11 total ratings, 11 with feedback · 12 months ⓘ

★★★★☆ "iPhone Case is really nice but arrived missing two rhinestones???? "
By Elyse Sessa on September 12, 2023.

★★★★★ "Love this case "
By Patricia J. on July 25, 2023.

★☆☆☆☆ "I RECEIVED THE 360 PHOTO BOOTH YESTERDAY (4/19/23) THE CASE IT CAME IN WAS WORN & USED WITH A BROKEN STRAP! SOME OF THE SCREWS WERE BROKEN! THE LED STRIP WAS AL… "
Read more
By Felecia Taylor on April 20, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★☆ "It does not hold 5 people. It takes about 3 people "
By Amazon Customer on March 24, 2023.

★★★★★ "Excelente "
By Excelente entrega on March 13, 2023.

Previous Next

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Shenzhen Boheng Culture Media Co Ltd
**Business Address:**
  南联社区
  坂田路2号8栋302
  深圳
  龙岗区
  广东
  518000
  CN

## Shipping Policies ▾

## Other Policies ▾

## Help ▾

## Products

See all products currently offered by the seller.

Leave seller feedback







Back to results

360 Photo Booth, 360 Photo Booth Machine for Parties with RGB Ring Light, Customizable Logo, Remote Control Automatic Slow Motion 360 Spin Camera Booth for 2-3 People (31.5"/80cm with Flight Case)

Visit the oleevee Store

$999 00

Or $58.97 /mo (24 mo). Select from 1 plan

Best price

Or $46.11/month for 24 months on your eligible Citi credit card, with 9.99% promo APR

Size: 80cm/31.5"+ Flight Case

| 68cm/26.8"+ Flight Case $899.00 | 80cm/31.5"+ Flight Case $999.00 |
| 100cm/39.4"+ Flight Case $1,099.00 | 115cm/45.3"+ Flight Case $1,699.00 |

- 🎉[Make Your Life More Exciting] Our 360 photo booth for parties renders an unparalleled 360 video experience for you, your clients, and their party guests. The 360 camera booth comes with ring light and a rotation arm which can support iPad, camera and smartphone. You can easily record your wonderful moments in all directions, share them on social platforms and create amazing images, videos, and live streaming videos. The ring light requires a power bank (not included).

- 🟢[ 360 Photo Booth for Parties ] People stand on a 360 spin photo booth machine carnival,the 360 camera booth can record your wonderful moments in all directions. (Perfect for making your DIY videos).You can share to your friends and social platforms.

- 🎉[Handheld Remote Control ] Through the Button, you can wirelessly control the speed of the 360 camera booth machine rotation, spin clockwise or counterclockwise. The length and angle of the selfie stick can be adjusted as your needed. The selfie 360 rotating photo booth are also equipped with multicolor led strip light , sticker and other props to increase the sense of atmosphere.

- ✨[ What Size Should You Choose ] The diameter 26.8"/31.5"/39.4" 360 photo booth machine load-bearing is about 220lb/440lb/660lb for 1-5 people to stand on. We offer Flight Case for each 360 photo booth machine, the flight case will make you look more professional.

- 🌹[ How To Get Your Logo ] Oleevee 360 photo booth with FREE LOGO. If you have any questions, please contact us anytime and we will reply within 12 hours. YOUR FIRST CUSTOMIZED LOGO is FREE to every 360 photo booth order after payment, please contact us by Email and provid the clear logo file (support AI PSD CDR PNG JPG ).

Report an issue with this product or seller

$999 00

FREE delivery January 3 - 5.
Details

Deliver to Felipe - Miami 33156

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   BO HENG
Sold by   BO HENG
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

See more

Add to List

Add to Baby Registry

Add to Registry & Gifting


Roll over image to zoom in

Based on your recent views    Page 1 of 58









Sabeeney 360 Photo Booth Machine 23.6in, 360 Camera Video Booth with Flight Case, 1...
$599.00

ZANOGI 360 Photo Booth Machine with Battery Pack&APP for Parties,115cm Slow...
⭐⭐⭐⭐⭐ 6
$1,499.00 ✓prime
Save $100.00 with coupon

ZANOGI 360 Photo Booth Machine with Battery Pack&APP for Parties,100cm Slow...
⭐⭐⭐⭐⭐ 75
$1,699.00 ✓prime

KRICIKR 360 Photo Booth Machine for Parties,360 Camera Booth with Battery...
⭐⭐⭐⭐⭐ 36
$1,699.00 ✓prime

360 Photo Booth Machine for Parties,39.4 360 Spin Video Booth Photo APP/2in1...
$2,199.00
with coupon

HOGSITY 360 Photo Booth Machine for Parties 31.6" for 2-4 PPL,with APP,Wireless...
⭐⭐⭐⭐⭐ 28
$1,199.00
Save $200.00 with coupon

MWE 360 Photo Booth Machine for Parties with Extra Battery,Logo Customization,Softw...
⭐⭐⭐⭐⭐ 269
$1,099.00 ✓prime

Smart Home deals for you    Page 1 of 3





# Defendant No.: 4

## Store Name:

Ceiveilas US

## Platform:

Amazon

# Ceiveilas US

Visit the Ceiveilas US storefront

☆☆☆☆☆ | **95% positive** lifetime (59 total ratings)

## About Seller

Ceiveilas US is committed to providing each customer with the highest standard of customer service.

Have a question for Ceiveilas US?

| Ask a question |

## Feedback

☆☆☆☆☆  4.8 out of  5
59 ratings

| | FILTER BY |
| --- | --- |
| Lifetime ▾ | All stars ▾ |

5 star ▮▮▮▮▮▮▮▮▮▮ 95%
4 star ▮ 0%
3 star ▮ 2%
2 star ▮ 2%
1 star ▮ 2%

59 total ratings, 59 with feedback Lifetime ⓘ

↓ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

| Leave seller feedback |

☆☆☆☆☆ " THE ITEM IS COOL, THOUGH, MORE SHOULD BE EXPLAINED ND CLEAR IN THE SELLING OF SUCH BULK ITEMS. OVERALL, WE IRONED OUT THE GLITCHES AND I WILL ENJOY MY 360 AS MU... "
Read more
By DeRa on November 20, 2023.

☆☆☆☆☆ " I Never recived the item 😡 "
By Purple rain on November 14, 2023.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

☆☆☆☆☆ " I just want to say that this seller is the best seller that I have dealt with on Amazon. The Customer Service is amazing and A1. I celebrated my 50th birthday a... "
Read more
By Dru on October 30, 2023.

☆☆☆☆☆ " I need a logo for my 360 machine "
By Shundra Gandy on October 20, 2023.

★★★☆☆ " I'm still waiting for my logo! I don't know why it came with some one else's logo on it. I would greatly appreciate it if you send me my logo. It has been passe... "
Read more
By Amazon Customer on October 15, 2023.

" Your customized logo was printed half a month ago. I contacted you many times through amazon backend message . But no reply from you. Because I don't have your... "
Read more
By Ceiveilas US on October 17, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Lei Jialong
**Business Address:**
    B1109-25, Zhongshen Garden, No. 2010 Caitian Road
    Fushan Community, Futian Street, Futian District
    Shenzhen
    Guangdong
    518000
    CN

Shipping Policies                                                    ⌄

Other Policies                                                       ⌄

Help                                                                 ⌄

Products








amazon prime | Deliver to Felipe Miami 33156 | Search Amazon | EN | Hello, Felipe Account & Lists | Returns & Orders | 0

All | Medical Care | Amazon Basics | Buy Again | Today's Deals | Music | Groceries | Customer Service | Prime Video | Livestreams | Coupons | Pet Supplies | THURSDAY NIGHT FOOTBALL | 08 : 03 : 33

## Consider these alternative items

Newest 360 Photo Booth 26.8 inch PRO with APP Control, RGB Ring Light, Remote Control, Customizable Logo, 360 Photo Booth Machine for Parties for 1-3 People Stand with Flight Case
☆☆☆☆☆ 33
$849⁰⁰

360 Photo Booth Machine for Parties Free Custom Logo with Ring Light 3 People Stand on Remote Control Automatic Slow Motion 360 Spin Photo Camera Booth 80cm 31.5 inch with Flight Case
★★★☆☆ 9
$729⁰⁰

360 Photo Booth with RGB Ring Light, Customizable Logo, 360 Photo Booth Machine, 360 Slow Motion Rotating 26.8in PRO for 1-3 People with Flight Case
☆☆☆☆☆ 36
$799⁰⁰

‹ Back to results







Roll over image to zoom in



▶ 2 VIDEOS

### 360 Photo Booth Machine with RGB Ring Light, 80cm 31.5 in for 5 People with Flight Case2222

Brand: Ceivelias

4.0 ★★★★☆ · 5 ratings | 6 answered questions

$899⁰⁰

Or $53.07 /mo (24 mo). Select from 1 plan

**Coupon:** ✓ $50 coupon applied to one item per order at checkout Terms

$ Best price

**Pay $74.92/month for 12 months,** interest-free upon approval for Prime Visa

- **Unique Experience:** 360 photo booth provide a unique and immersive experience for users. Guests can capture a full 360-degree view of themselves or the surroundings, which is not possible with traditional photo booths.

- **Social Media Sharing:** With the rise of social media, guests want to share their experiences with their friends and followers. 360 photo booth machines allow guests to instantly share their photos or videos on social media platforms.

- **Easy to Use:** Most 360 photo booth machines are easy to set up and use. Guests can simply step inside the booth, press a button, and capture their 360-degree photo or video.

- **Memory Keepsake:** 360-degree photos or videos can be a unique memory keepsake for guests to take home and cherish for years to come.

- **Branding Opportunities:** 360 photo booths can be customized with branding and logos, making them a great marketing tool for businesses and events.

✎ Report an issue with this product or seller

$899⁰⁰

FREE delivery **January 8 - 11.** Details

Or fastest delivery **January 3 - 5.** Details

📍 Deliver to Felipe - Miami 33156

**Only 9 left in stock - order soon.**

Add to Cart

Buy Now

Ships from Ceivelias US
Sold by Ceivelias US
Returns Returnable until Jan 31, 2024
Payment Secure transaction
˅ See more

**Add a Protection Plan:**
☐ Tech Unlimited – Protect Eligible Past and Future Purchases with 1 Plan (Renews Monthly Until Cancelled) for $16.99/month

Add to List ˅

Add to Baby Registry

Add to Registry & Gifting ˅

## Products related to this item








ZANOGI 360 Photo Booth Machine with Battery Pack&APP for Parties,115cm Slow...
☆☆☆☆☆ 6
$1,499.00 √prime
Save $100.00 with coupon

360 Photo Booth 45.3" Machine with Flight case + Extra Free Battery Ring Light 7 Pe...
★★★★☆ 136
$1,999.00 √prime

Dowshata 360 Photo Booth Machine 26.8" with Flight Case, 68cm 360 Degree Automatic...
★★★☆☆ 5
$699.00 √prime

MWE 360 Photo Booth Machine for Parties with Extra Battery,Logo Customization,Softw...
★★★★☆ 269
$1,099.00 √prime

360 Photo Booth Automatic Machine for Parties Wedding Events Rental Business, 360 V...
★★★★☆ 24
$999.00

360 Photo Booth 80cm + Extra Battery Custom Logo, App Remote Control, FUTOBOOZ...
★★★★☆ 11
$899.00 √prime

HOGSIT... Booth M... Parties APP,Wir...
★★★★
$849.0

## 4 stars and above





# Defendant No.: 5

## Store Name:

TYTY USA

## Platform:

Amazon







**amazon**

Checkout ( 1 item )                                                                        🔒

| 1 | **Shipping address** | Jhon Doe | Change |
| | | 3503 DAY AVE | |
| | | MIAMI, FL 33133-4904 | |
| | | Add delivery instructions | |

| 2 | **Payment method** | Paying with Mastercard 1926 | Change |
| | | Billing address: Same as shipping address. | |

⌃ Add a gift card or promotion code or voucher

     [ Enter code ]  [ Apply ]

⌄ Apply Capital One Rewards $17.82 (17.82 points) available

**3**    Review items and shipping

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Get a **$125 Amazon Gift Card** upon approval for the Amazon Business Prime American Express Card. Terms apply.
Learn more

**Arriving Jan. 7, 2024**
Items shipped from Amazon.com

**DOEL 360 Photobooth Machine Automatic Spinner Platform - Portable Slow Motion Selfie Spin Platform, with Ring Light & Adjustable Camera Stand(39.4'' with AI Box)**
$999.00 ✓prime
Qty: 1 ⌄
Sold by: TYTY USA
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Jan. 7**
    FREE Delivery

**Place your order**

**Order total: $1,068.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $999.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $999.00 |
| Estimated tax to be collected: | $69.93 |
| **Order total:** | **$1,068.93** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



1  Colorful ring light

2  Surface Compatible Bracket

3  Adjustable telescopic rod

Platform:39.4''

4  Adjustable angle (30°-150°)

20cm

5  Colorful light strips

6  Adjustable rubber feet

# Defendant No.: 6

# Store Name:

Dowshata

# Platform:

Amazon



12/5/2...

All ▾  Search Amazon

EN ▾   Hello, Felipe
Account & Lists ▾   Returns & Orders   0

All   Holiday Deals   Medical Care ▾   Amazon Basics   Today's Deals   Music   Groceries ▾   Customer Service   Buy Again      Gear up for Thursday Night Football


[Upgraded] 360 Photo Booth Machine, 32" PRO for 1-4 +Flight Case, Free Custom Logo...   $949 00   Sponsored

‹ Back to results



Roll over image to zoom in

4 VIDEOS

...Photo Booth ...with Flight ...Glass 360 ...100cm, 3-5 ...on Remote ...egree ...ating

...ratings

$2,399 00
Or $94.94
...very

Coupon:
Shop items ›

$221.82

...Select from 1 plan

...00 coupon

...you would have saved
...Create a free account
...

Amazon   until Jan 31, 2024

Customer Support

Size: 39.4'' Glass + Flight Case

| 31.5" Glass + Flight Case $2,199.00 |
| 39.4'' Glass + Flight Case $2,399.00 |

- ✨Size: The 39.4"/100cm 360 camera booth machine is suitable for 1-5 people.
- ✨High-Quality: With its 360-degree rotation feature, you can adjust the height and angle to perfectly suit your position when you're taking photos or recording videos, ensuring no detail is overlooked.
- ✨User-friendly Interface: The 360 photo booth is easy to use and has a user-friendly interface, allowing guests to easily take pictures and share them. The interface is intuitive and simple so that even those who are not tech-savvy can use it without any problem.
- ✨Option to Customize Logo for Free: Simply send your logo file after making a payment complete, our design team will create a template for your confirmation before delivery. This allows guests to

$2,399 00
Scheduled Delivery

FREE scheduled delivery as soon as **Sunday, December 10, 8 AM - 8 PM**

Deliver to Felipe - Miami 33156

**Only 6 left in stock - order soon.**

[ Add to Cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      Dowshata
Returns      Returnable until Jan 31, 2024
Payment      Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

[ Add to Baby Registry ]

[ Add to Registry & Gifting ]

**amazon** business

Save up to 5% on this product with business-only pricing.

[ Create a free account ]


**10-15 People Stand Free Customized Logo**

Overhead 360 Photo Booth with Logo, Free Customizable Logo...
$2,099 00 ✓prime
Save $350 with coupon

Sponsored

# Checkout (1 item)

| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Mastercard 1953<br>**Billing address:** Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

3  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

> **Signature required at time of delivery.**
> Please ensure someone will be available to sign for this delivery. Learn more.

> **Delivery option updated**
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Arriving Dec. 13, 2023** If you order in the next 16 minutes and 10 seconds (Details)
Items shipped from Amazon.com



**Dowshata 360 Photo Booth Machine 39.4'' with Flight Case, 100cm 360 Degree Automatic Spin Camera Video Booth, Free Custom Logo, 3-5 People Stand on Remote Control Rotating**
**$1,799.00**
Qty: 1
Sold by: Dowshata
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Wednesday, Dec. 13**
   FREE Prime Delivery

[ Place your order ]  **Order total: $1,924.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

---

**Sidebar:**

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $1,799.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $1,799.00 |
| Estimated tax to be collected: | $125.93 |
| **Order total:** | **$1,924.93** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



# Defendant No.: 7

## Store Name:

Exltsoy

## Platform:

Amazon



12/22/... 

Deliver to ENCARGA
Doral 33166

Electronics ▾ | Search Amazon 🔍

EN ▾ | Hello, Roberto
Account & Lists ▾ | Returns
& Orders | 0

All | Gift Cards ▾ | Medical Care ▾ | Groceries ▾ | Buy Again | Prime Video | Customer Service | Kindle Books | Shop Winter Sale

Camera & Photo | Deals ▾ | Best Sellers ▾ | DSLR Cameras ▾ | Mirrorless Cameras ▾ | Lenses ▾ | Point-and-Shoots ▾ | Sports & Action Cameras ▾ | Camcorders ▾

Customers Most Loved: Refurbished Apple

## Customers who viewed this item also viewed



Newest 360 Photo Booth 26.8.inch PRO with RGB Ring Light, APP Control, Remote Control,
32
**$799**00



360 Photo Booth with RGB Ring Light, Customizable Logo, 360 Photo Booth Machine,
36
**$796**00



360 Photo Booth 360 Video Booth 360 Platform Remote Control Automatic Slow Motion
44
**$1,299**00

Electronics › Camera & Photo › Lighting & Studio › Lighting › Booms & Stands



Roll over image to zoom in

Size: 31.5 inch-80cm-128

| 31.5 inch-80cm-128 | 39.4 inch-100cm-25 |
|---|---|
| $799.00 | $899.00 |



Booth
Parties
ght Stand
Control
low
Spin
ra Booth
Logo

6 ratings
ons

**$799**00
Or **$47.17**
(mo). Select from

Get 50% off, up to $15 with 625 point minimum spend with Chase Ultimate Rewards. Activation required. Limited-time offer, see terms.

**$799**00

FREE delivery **December 28 - January 3**. Details

**Arrives after Christmas.** Need a gift sooner? Send an eGift Card from hundreds of brands instantly.

Deliver to ENCARGA - Doral 33166

**In Stock**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Exltsoy |
| Sold by | Exltsoy |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ 2 Year Camera Accident Protection Plan for $59.99

☐ 3-Year Protection for $78.99

Add to List

- 360 Photo Booth: 360 photo booth to produce motion panoramic photos and videos from every angle. Easy to speed +/-, rotate clockwise/counterclockwise with button remote controller.360 Spin Camera Booth Machine help you record joyful party moments,

12/22/23, 1:57 PM   Amazon.com Checkout

## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | ENCARGA ROBERTO ROMERO<br>8611 NW 72ND ST<br>DORAL, FL 33166-2311<br>Add delivery instructions | Change |

---

| | | | |
|---|---|---|---|
| 2 | **Payment method** | Paying with Mastercard 1953 | Change |

Billing address: Carlos M. Arias Jiron, 9020 N...

∧ Add a gift card or promotion code or voucher

Enter code    Apply

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $799.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $799.00 |
| Estimated tax to be collected:* | $55.93 |
| **Order total:** | **$854.93** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

---

3   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

**Arriving Dec. 28, 2023 - Jan. 3, 2024**

Items shipped from Exltsoy



**360 Photo Booth Machine for Parties with Ring Light Stand on Remote Control Automatic Slow Motion 360 Spin Photo Camera Booth Free Custom Logo**

**$799.00**

Qty: 1

Sold by: Exltsoy

Not eligible for Amazon Prime
(Learn more)

Gift options not available

Choose a delivery option:

◉ **Thursday, Dec. 28 – Wednesday, Jan. 3**
FREE Standard Shipping

---

Place your order

**Order total: $854.93**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 8

## Store Name:

FEMOORER

## Platform:

Amazon



## FEMOORER-US

Visit the FEMOORER-US storefront

★★★★☆ | 75% positive lifetime (8 total ratings)

**360 Photo Booth Machine for Par...**
USD 949 00

[ Add to Cart ]

🛡 Protected by A-to-z Guarantee

### About Seller

FEMOORER-US is committed to providing each customer with the highest standard of customer service.

**Have a question for FEMOORER-US?**

[ Ask a question ]

### Feedback

★★★★☆ 4 out of 5
8 ratings

[ Lifetime ▾ ]

**FILTER BY**
[ All stars ▾ ]

| | |
|---|---|
| 5 star | 75% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

8 total ratings, 7 with feedback Lifetime ⓘ

★★★★★ "Great product! Seller was courteous, helpful and responsive. "
By Erin S. on November 29, 2023.

★★★★★ "I was told my transaction did not go through with this, we did not order two of these, I want to send one back please. "
By Mario F. on November 20, 2023.

"Please don't worry, you placed the wrong order and the situation has been explained. I have quickly processed a return and refund for you, please check the refu... "
Read more
By FEMOORER-US on November 21, 2023.

★★★★★ "Slight delay but was rectify in a timely manner. "
By Gavin on November 2, 2023.

★☆☆☆☆ "Scratched up looks like it has been used and returned... missing pieces. "
By Jaclyn Watkins on July 5, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "I'm missing the power bank that's needed to use the ring light. It's shown on page 5 in the instruction manual. "
By Daniel M. on June 28, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shenzhenshiquanjingsheyingqicaiyouxiangongsi
**Business Address:**
洲石路551号819
深圳市
宝安区航城街道九围社区
广东省
518102
CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄

### Products

See all products currently offered by the seller.

Deliver to ENCARGA
Doral 33166

All ▾ | Search Amazon

EN

Hello, Roberto
Account & Lists ▾

Returns
& Orders | 1

Subtotal
**$1,394.00**

Only 5 left in stock - order soon.

All | **Holiday Deals** | Medical Care ▾ | Buy Again | Prime Video | Customer Service | Coupons | Household, Health & Baby Care | Handmade

**fresh** Your favorite cheese, delivered | Shop Fresh ›

## Customers who viewed this item also viewed



360 Photo Booth 26.8inch PRO with APP Control, RGB Ring Light, Remote Control, Customizable
36
$798⁰⁰



360 Photo Booth 360 Video Booth 360 Platform Remote Control Automatic Slow Motion
44
$1,399⁰⁰



HOGSITY 360 Photo Booth Machine for Parties,31.5" for 2-4 PPL,LED Lights No Need
22
$949⁰⁰

Home & Kitchen › Event & Party Supplies › Photobooth Props

## 360 Photo Booth Machine for Parties 70cm 360 Photo Booth Custom Logo RGB Ring Light Holder Accessories, 3people 360 Slow Motion Photo Booth, APP and Remote Control 360 Video Booth with Flight case

Visit the FEMOORER Store
4.5    11 ratings

$798⁰⁰

Or **$47.11** /mo (24 mo). Select from 1 plan

Pay ~~$798.00~~ **$598.00** for this order. Get a **$200 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Offer ends 12/12/23. Terms apply. Learn more.

Size: **28inch+Flight Case**

| 28inch+Flight Case | 39.4"/100cm +Flight case | 45.3"/115cm +Flight Case |
|---|---|---|
| $798.00 | $1,298.00 | $1,799.00 |

| 60cm|23"+Flight Case | 80cm/31.5inch+Flight… | 100cm|39.4" Flight case |
|---|---|---|
| $788.00 | $948.00 | $1,298.00 |

| 100cm|39.4" Flight case… | 115cm/45.3" +Flight Case | |
|---|---|---|
| $1,799.00 | $1,795.00 | |

- Why buy a 360 photo booth machine? - The 360 photo booth rental market is expected to grow at a rate of 7% per year, with huge market potential. A 360 photo booth can be used for your wedding business, party business, TV events, DJ business concerts, short video shoots, or event planning business investment, etc. You can use it yourself or rent it to others to boost your income. will help your hourly rates skyrocket!

$798⁰⁰

FREE delivery **December 15 - 20.** Details

**Arrives before Christmas**

Deliver to ENCARGA - Doral 33166

**Only 7 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Ships from | FEMOORER-US
Sold by | FEMOORER-US
Returns | Non-returnable due to hazmat safety reasons
Payment | Secure transaction

**Add a Protection Plan:**

☐ Tech Unlimited – Protect Eligible Past and Future Purchases with 1 Plan (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

New (2) from $798⁰⁰ & **FREE Shipping**

## Checkout (1 item)



| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Mastercard 1953<br>**Billing address:** Same as shipping address. | Change |

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

### 3  Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**Arriving Dec. 15, 2023 - Dec. 20, 2023**
Items shipped from FEMOORER-US



**360 Photo Booth Machine for Parties 70cm 360 Photo Booth Custom Logo RGB Ring Light Holder Accessories, 3people 360 Slow Motion Photo Booth, APP and Remote Control 360 Video Booth with Flight case**
**$798.00**
Qty: 1
Sold by: FEMOORER-US
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Friday, Dec. 15 - Wednesday, Dec. 20**
 FREE Standard Shipping

---

| Place your order | **Order total: $853.86**<br>By placing your order, you agree to Amazon's privacy notice and conditions of use. |

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Subtotal (1 item): | $798.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $798.00 |
| Estimated tax to be collected:* | $55.86 |

**Order total:** **$853.86**

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?





# Defendant No.: 9

## Store Name:

Foncusun USA

## Platform:

Amazon



## Foncusun USA

Visit the Foncusun USA storefront

★★★★★ | **91% positive** in the last 12 months (23 ratings)

### About Seller

Foncusun USA is committed to providing each customer with the highest standard of customer service.

**Have a question for Foncusun USA?**

[ Ask a question ]

### Feedback

★★★★★ 4.6 out of 5
23 ratings

[ 12 months ∨ ]

| | |
|---|---|
| 5 star | 87% |
| 4 star | 4% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 9% |

∨ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ∨ ]

23 total ratings, 23 with feedback 12 months ⓘ

★★★★★ "very good"
By Placeholder on December 20, 2023.

★★★★★ "Hey I still have not received my product. I feel like fed ex lost my package. I been calling them for over a week now trying to get my package even if I had to..."
Read more
By Michael D. on December 11, 2023.

★★★★★ "I sent message to seller that the case was damaged around one of the screws but not the machine. Item was delivered on Dec 8th"
By Toni j. on December 10, 2023.

★★★★★ "Have not received the product and very disappointed because I needed for an event. Still waiting on it."
By Ro Angel on December 9, 2023.

"Hello, your express delivery has been successfully delivered to you, please note. Please feel free to contact us if you have any other questions. Thanks and hav..."
Read more
By Foncusun USA on December 14, 2023.

★★★★★ "Very good"
By Natalia Saraikina on October 23, 2023.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shenzhenshiguqiaoyikejiyouxiangongshi
**Business Address:**
　松岗街道潭头社区
　广深路松岗段2号综合楼710
　深圳市
　广东
　518105
　CN

### Shipping Policies                                                    ∨

### Other Policies                                                       ∨

### Help                                                                 ∨

### Products

See all products currently offered by the seller.

Leave seller feedback

12/5/2... HOGSITY 360 Photo Booth Machine for Parties, 27" Automatic 360 Spin Photo Booth with Ring Light, APP Remote Control, Customizable Photo... 

Deliver to Felipe
Miami 33156

All ▾

Search Amazon

EN ▾

Hello, Felipe
Account & Lists ▾

Returns
& Orders

1

Subtotal
$29.99




All | **Holiday Deals** | Medical Care ▾ | Amazon Basics | Today's Deals | Music | Groceries ▾ | Customer Service

Save up to 45% off gifts

HOGSITY 360 Photo Booth Wireless Light Strips
Hogsity 360 Photo Booth Machine for Parties, 27"...

$799<sup>00</sup> → $799 00

Sponsored

‹ Back to results

3 VIDEOS

Roll over image to zoom in

Booth
...O with
...ght, APP
...note
...stomizable
...hoto
...ine for
...4 People
...Flight Case

...tore

36 ratings

$999<sup>00</sup>

Or $58.97

Coupon:

Show items ›

...y $50 coupon
...ns

...ss, you would
...n the last year.
...t and **save up to**

$221.82

...or 18 months on
...dit card, with
**9.99% promo APR**

Size: **31.5in/80cm PRO+Flight Case**

| 26.8in/68cm PRO+Flight Case |
| --- |
| $798.00 |

| **31.5in/80cm PRO+Flight Case** |
| --- |
| **$999.00** |

| 31.6in/80cm PRO+Flight Case |
| --- |
| $1,899.00 |

| 39.4in/100cm PRO+Flight Case |
| --- |
| $1,599.99 |

| 39.5in PRO+Flight Case |
| --- |
| $1,999.00 |

| 45.3in/115cm PRO+Flight Case |
| --- |
| $2,699.99 |

$999<sup>00</sup>

FREE delivery **December 8 - 12**.
Details

Or fastest delivery **December 7
- 11**. Details

Deliver to Felipe - Miami 33156

**Only 1 left in stock - order
soon.**

Add to Cart

Buy Now

Ships from    Foncusun USA
Sold by       Foncusun USA
Returns       Returnable until Jan 31,
              2024
Payment       Secure transaction

Add to List

Add to Baby Registry

Add to Registry & Gifting

amazon business

**Save up to 1%** on this product
with business-only pricing.

Create a free account



FROECTRY

360 Photo Booth with APP Control
★★★★★ 36
$796<sup>00</sup>

Sponsored

## Checkout (1 item)



| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

---

| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

Enter code  [ Apply ]

---

| 3 | **Review items and shipping** | | |

┌─────────────────────────────────────────────┐
│  **Want to save time on your next order and go directly to this step when checking out?**
│  ☐ Default to this delivery address and payment method.
└─────────────────────────────────────────────┘

**Arriving Dec. 12, 2023 - Dec. 14, 2023**
Items shipped from Foncusun USA



**360 Photo Booth 39.4inch PRO with APP Control, RGB Ring Light, Remote Control, Customizable Logo, 360 Photo Booth Machine for Parties for 1-5 People Stand with Flight Case**
**$1,599.99**
Qty: 1
Sold by: Foncusun USA
Not eligible for Amazon Prime
(Learn more)

Gift options not available

Choose a delivery option:
○ **Monday, Dec. 11 - Wednesday, Dec. 13**
$80.00 - Expedited Shipping
● **Tuesday, Dec. 12 - Thursday, Dec. 14**
FREE Standard Shipping

[ Place your order ]    **Order total: $1,711.99**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Subtotal (1 item): | $1,599.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $1,599.99 |
| Estimated tax to be collected:* | $112.00 |
| **Order total:** | **$1,711.99** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?





# Defendant No.: 10

## Store Name:

Froectry USA

## Platform:

Amazon

12/5/2…, Pl…                     Amazon.com Seller Profile: …

## Froectry USA

Visit the Froectry USA storefront

**100% positive** lifetime (2 total ratings)

Subtotal
**$999.00**

Only 1 left in stock - order soon.

### About Seller

Froectry USA is committed to providing each customer with the highest standard of customer service.

**Have a question for Froectry USA?**

Ask a question

### Feedback

5 out of  5          Lifetime

2 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

2 total feedbacks in Lifetime

" Could we extend return date. Ups is coming to pic it up "
By sidney h. on October 31, 2023.

" How do I get a logo on this item? "
By Susan Cartwright on July 12, 2023.

" Hello I am very sincere to help you solve the problem. I understand your need for a custom logo. Don't worry. We will customize your logo for free. You need to... "
Read more
By Froectry USA on July 13, 2023.

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shenzhenshiluoyankejiyouxiangongsi
**Business Address:**
 西乡街道共和社区共和工业路35号207
 深圳市
 宝安区
 广东
 518101
 CN

### Shipping Policies

## Checkout (1 item)



| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |

∧ Add a gift card or promotion code or voucher

Enter code    Apply

| 3 | **Review items and shipping** |

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Dec. 12, 2023 - Dec. 14, 2023**
Items shipped from Froectry USA



**360 Photo Booth with RGB Ring Light, Customizable Logo, 360 Photo Booth Machine, 360 Slow Motion Rotating 26.8in PRO for 1-3 People with Flight Case**
**$796.00**
Qty: 1
Sold by: Froectry USA
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**

○ Monday, Dec. 11 - Wednesday, Dec. 13
$80.00 - Expedited Shipping

● Tuesday, Dec. 12 - Thursday, Dec. 14
FREE Standard Shipping

Place your order

**Order total: $851.72**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Right sidebar

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Subtotal (1 item): | $796.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $796.00 |
| Estimated tax to be collected:* | $55.72 |
| **Order total:** | **$851.72** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?



# Defendant No.: 11

# Store Name:

# GO360BOOTH

# Platform:

# Amazon

# GO360BOOTH

Visit the GO360BOOTH storefront

Just launched    No feedback yet

## About Seller

GO360BOOTH is committed to providing each customer with the highest standard of customer service.

**Have a question for GO360BOOTH?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhen shi hua sheng yang ke ji you xian gong si
**Business Address:**
  深圳市光明区公明街道下村社区四排
  北治48号1002
  深圳市
  广东
  518106
  CN

## Shipping Policies                                    ⌄

## Other Policies                                        ⌄

## Help                                                  ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback



12/7/2...

Deliver to ENCARGA
Doral 33166

All ▾    Search Amazon

EN ▾    Hello, Roberto
Account & Lists ▾    Returns
& Orders    0    Subtotal
$0.00

All    Holiday Deals    Medical Care ▾    Buy Again    Prime Video

vs    **LIVE NOW**

Sponsored

### Customers who viewed this item also viewed



360 Photo Booth with
RGB Ring Light,
Customizable Logo, 360
Photo Booth Machine,
36
$796.00



360 Photo Booth 360
Video Booth 360
Platform Remote Control
Automatic Slow Motion
44
$1,399.00



360 Photo Booth
26.8inch PRO with APP
Control, RGB Ring Light,
Remote Control,
36
$798.00

Electronics › Camera & Photo › Lighting & Studio › Lighting › Booms & Stands







Roll over image to zoom in

☐    VIDEO

## GO360BOOTH 360 Photo Booth Machine for Parties Camera 360 Photo Booth for 1-3 People Stand on 31.5" Remote Control with Flight Case Custom Logo,Flight Case for Weddings,Halloween,Christmas (80cm)

Visit the GO360BOOTH Store

5.0    4 ratings

### Delivery & Support

Select to learn more

Customer
Support

**Currently unavailable.**
We don't know when or if this
item will be back in stock.

**Deliver to ENCARGA - Doral
33166**

Add to List



Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in
stock.

| | |
|---|---|
| Material | Metal |
| Theme | Christmas |
| Brand | GO360BOOTH |
| Item Weight | 90.36 Pounds |
| Number of
Pieces | 1000 |

### About this item

- 【Social Media Buzz】360 photo booth photos
  and videos are highly shareable and can go
  viral, increasing your online presence and
  reaching a broader audience. Guests will be
  eager to share their fun experiences, promoting
  your business or event organically.

- 【Unique Experience】The 360 photo booth
  offers an immersive and interactive experience
  that goes beyond traditional photo booths.
  Guests can step inside the booth and have a full
  view of themselves from every angle.

# Defendant No.: 12

# Store Name:

GorgeousStore shop

# Platform:

Amazon

# GorgeousStore shop

Visit the GorgeousStore shop storefront

Just launched     No feedback yet

## About Seller

GorgeousStore shop is committed to providing each customer with the highest standard of customer service.

**Have a question for GorgeousStore shop?**

[ Ask a question ]

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** lvliangshilishiqufeifeibaihuoshanghang
**Business Address:**
　五峰国际706-05-526
　太原市
　高新区
　山西省
　030000
　CN

## Shipping Policies                                                                        ⌄

## Other Policies                                                                           ⌄

## Help                                                                                     ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

12/8/2... ...1... ...360...with...from...pr... 1-... ...Pa...

Deliver to ENCARGA
Doral 33166

All ▾ | 360

EN ▾ | Hello, Roberto
Account & Lists ▾ | Returns
& Orders | 0

All | **Holiday Deals** | Medical Care ▾ | Buy Again | Prime Video | Customer Service | Coupons | Save up to 45% off gifts





Roll over image to zoom in

Sponsored

Photo Booth Machine
Software for Parties,
Slow Motion Photo
th for 1-7 Persons with
xe Package and Free
om Logo, Remote or

trol(Size:80CM/31.5" -
t Case)

D&LE

$**1,999**⁹⁹

Or **$79.15** /mo (48 mo). Select from 1 plan

Size: **80CM/31.5" - Flight Case**

| 80CM/31.5"<br>- Flight Case<br>$1,999.99 | 50CM/19.7"<br>- Flight Case<br>$1,399.99 |
|---|---|
| 50CM/19.7"<br>-...<br>$1,199.99 | 68CM/26.8"<br>- Flight Case<br>$1,799.99 |
| 68CM/26.8"<br>-...<br>$1,499.99 | 80CM/31.5"<br>-...<br>$1,699.99 |
| 100CM/39.4<br>" - Flight...<br>$2,599.99 | 100CM/39.4<br>" -...<br>$2,359.99 |
| 115CM/45.3<br>" - Flight...<br>$3,199.99 | 115CM/45.3<br>" -...<br>$2,999.99 |
| 150CM/59.1<br>" - Flight...<br>$4,399.99 | 150CM/59.1<br>" -...<br>$3,999.99 |

$**1,999**⁹⁹

FREE delivery **December 14 -
19**. Details

**Arrives before Christmas**

Deliver to ENCARGA - Doral
33166

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from   GorgeousStore shop
Sold by      GorgeousStore shop
Returns      Returnable until Jan 31,
             2024
Payment      Secure transaction

Add to List



Sponsored

# Checkout (1 item)



| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |
|---|---|---|---|

˄ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3**    **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

### Arriving Dec. 14, 2023 - Dec. 19, 2023
Items shipped from GorgeousStore shop



**360 Photo Booth Machine with Software for Parties, 360 Slow Motion Photo Booth for 1-7 Persons with Deluxe Package and Free Custom Logo, Remote or APP Control(Size:80CM/31.5" - Flight Case)**

**$1,999.99**

Qty: 1

Sold by: GorgeousStore shop
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Thursday, Dec. 14 – Tuesday, Dec. 19**
FREE Expedited Shipping

---

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $2,139.99**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Subtotal (1 item): | $1,999.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $1,999.99 |
| Estimated tax to be collected:* | $140.00 |
| **Order total:** | **$2,139.99** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 13

# Store Name:

KMT-USA

# Platform:

Amazon

# KMT-USA

Visit the KMT-USA storefront

**89% positive** lifetime (9 total ratings)

Subtotal
**$789.00**

Only 3 left in stock - order soon.

## About Seller

KMT-USA is committed to providing each customer with the highest standard of customer service.

### Have a question for KMT-USA?

[ Ask a question ]

## Feedback

9 ratings

4.6 out of 5

[ Lifetime ]

| | | |
|---|---|---|
| 5 star | ▮▮▮▮▮ | 89% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▮ | 11% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

9 total ratings, 9 with feedback Lifetime

" Nice "
By Jeniff on November 21, 2023.

" nice product "
By Mei Deng on November 8, 2023.

" good "
By Yaziyagexoz on November 8, 2023.

" Nice "
By Vivi on October 31, 2023.

" Item as described with fast shipping "
By YAN JW on October 20, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Shenzhen Kemeituo Technology Co.,Ltd
**Business Address:**
西乡街道桃源社区航城工业区河西黄岗岭工业区
深圳
宝安
广东
518000

12/7/23, 1:51 PM ABCISMO 360 Photo Booth Machine for Parties 39.4"/100CM with Ring Light, Free Custom Logo, 1-5 People Stand on Remote Control Auto...

Deliver to ENCARGA
Doral 33166

All ▾    360+PHOTO+BOOTH

EN ▾    Hello, Roberto
Account & Lists ▾

Returns
& Orders    1

Subtotal
**$789.00**

All    Holiday Deals    Medical Care ▾    Buy Again    Prime Video    Customer Service    [Patriots] vs [Steelers]    **LIVE NOW**

Only 3 left in
stock - order
soon.

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improveme

Sponsored

### Customers who viewed this item also viewed



HOGSITY 360 Photo Booth
Machine for Parties,31.5"
for 2-4 PPL,LED Lights No
Need

22

$949⁰⁰



360 Photo Booth 360
Video Booth 360 Platform
Remote Control
Automatic Slow Motion

44

$1,399⁰⁰



MWE 360 Photo Booth
Machine for Parties with
Extra Battery,Logo
Customization,Software

261

$1,099⁰⁰

Electronics › Camera & Photo › Lighting & Studio › Photo Studio › Shooting Tents





Roll over image to zoom in

3 VIDEOS

## ABCISMO 360 Photo Booth Machine for Parties 39.4"/100CM with Ring Light, Free Custom Logo, 1-5 People Stand on Remote Control Automatic Slow Motion 360 Video Camera Booth (with Flight Case)

Brand: ABCISMO

5.0 ★★★★★    4 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Material | Metal |
| --- | --- |
| Theme | Birthday |
| Brand | ABCISMO |

### About this item

- * Elevate your party to new heights with the ABCISMO 360 Photo Booth machine. This cutting-edge booth lets you record your happiest memories from every angle with its 360-degree slow motion spinning feature.With such captivating moments, people will be thrilled to share them with their friends on various social platforms,Whether it's a Party, Reunion, Birthday, Carnival, Wedding, Anniversary, or any kind of festival.

- *[Immersive 360 Photo Booth Experience]: Elevate your party experience with the ABCISMO 360 Photo Booth Machine for Parties. With its built-in ring light and versatile brackets, capture stunning photos from any angle. Choose from 3 vibrant lighting modes and customize the brightness with 10 adjustable levels for the perfect ambiance. The universal brackets effortlessly accommodate smartphones, iPads, GoPro cameras, and even DSLRs, ensuring compatibility with various devices.

- *[Personalize Your Experience with Custom Logo]: Our machines come standard with a sleek logo, but if you desire a unique touch, we offer free logo customization. Simply send us your

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to ENCARGA - Doral 33166

Add to List ▾

Sponsored



# Defendant No.: 14

# Store Name:

# MBOBAO-US

# Platform:

# Amazon

12/7/2...

# MBOBAO-US

Visit the MBOBAO-US storefront

**83% positive** lifetime (6 total ratings)

Subtotal
**$1,399.99**

Only 5 left in stock - order soon.

## About Seller

If any problems, plz contact mbobaooffice@gmail.com. Thanks.

### Have a question for MBOBAO-US?

[ Ask a question ]

## Feedback

4.3 out of 5    [ Lifetime ]

6 ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓ | 83% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▓ | 17% |

Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

[ Leave seller feedback ]

### FILTER BY

[ All stars ]

6 total ratings, 6 with feedback Lifetime

"TE MARCA QUE LLEGA EL PAQUE UNA FECHA Y DESPUES LA MODIFICAN CADA SEMANA. NO LLEGA. "

By JONATHAN on November 22, 2023.

"Hello, your package has arrived at your local service point, but you could not be contacted because the virtual mobile number was not valid and the delivery man... "
Read more

By MBOBAO-US on November 27, 2023.

"~~Seller went missing before missing parts were sent out to me and log was never received.~~ "

By Amanda on November 19, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Incredibly responsive & helpful customer service. The 360 works well with the remote & their customer service has been helping me trouble shoot getting the blue... "
Read more

By Samantha S. on November 13, 2023.

"~~Power supply missing.clearly states you hand to request it to be sent separately, and get nothing but a run around about it and waste your time contacting custo...~~ "
Read more

By Jennifer Meredith on November 9, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"The customer service is stellar! This company stands by their products wholeheartedly. "

By Renee on November 7, 2023.

Previous Next

12/22/23, 2:07 PM ... [Newest] 360 Photo Booth Machine with RGB Ring Light,Free Custom Logo, 360 Video Camera with Selfie Platf...

Deliver to ENCARGA
Doral 33166

Home & Kitchen

Search Amazon

EN

Hello, Roberto
Account & Lists

Returns
& Orders

1

Subtotal
$729.00

All | Gift Cards | Medical Care | Groceries | Buy Again | Prime Video | Customer Service | Kindle Books

Shop Winter Sale

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Sponsored

### Customers who viewed this item also viewed


Newest 360 Photo Booth 26.8.inch PRO with RGB Ring Light, APP Control, Remote Control,
$799.00
32


360 Photo Booth 360 Video Booth 360 Platform Remote Control Automatic Slow Motion
44
$1,299.00


MWE 360 Photo Booth Machine for Parties with Extra Battery,Logo Customization,Software
267
$1,099.00

Electronics › Camera & Photo › Lighting & Studio › Lighting › Booms & Stands



Roll over image to zoom in

2 VIDEOS

[Newest] 360 Photo Booth Machine with RGB Ring Light,Free Custom Logo, 360 Video Camera with Selfie Platform for Live Streaming Wedding Birthday Events Exhibitions (26.8in for 1-3 ppl+Flight Case)

By: MBOBAO

28 ratings

$789.00

Or $46.58 /mo (24 mo). Select from 1 plan

Save up to 3% with business pricing. Sign up for a free Amazon Business account

Thank you for being a Prime Member. Pay ~$789.00~ **$664.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the **Amazon Business Prime Card** with an eligible Prime membership. Terms apply.

### Delivery & Support
Select to learn more


Ships from shopus-M


Returnable until Jan 31, 2024


Customer Support

Size: 28" for 1-3ppl+Flight Case

| | | |
|---|---|---|
| 28" for 1-3ppl+Fligh... | 31.5"for 1-4ppl +Flig... | 32"PRO for 1-4ppl... |
| $789.00 | $949.00 | $1,049.00 |
| 39.4"for 1-5ppl +Flig... | 40"PRO for 1-5ppl... | 45.3"for 1-7ppl +Flig... |
| $1,399.00 | $1,199.00 | $1,789.00 |

**$789.00**

FREE delivery **December 28 - January 3**. Details

**Arrives after Christmas.** Need a gift sooner? Send an eGift Card from hundreds of brands instantly.

Deliver to ENCARGA - Doral 33166

**Only 2 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Ships from    shopus-M
Sold by      shopus-M
Returns      Returnable until Jan 31, 2024
Payment      Secure transaction

˅ See more

**Add a Protection Plan:**
☐ 2 Year Camera Accident Protection Plan for $59.99
☐ 3-Year Protection for $78.99

Add to List

Sponsored

## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | ENCARGA ROBERTO ROMERO<br>8611 NW 72ND ST<br>DORAL, FL 33166-2311<br>Add delivery instructions | Change |

| 2 | **Special delivery options** | [Newest] 360 Photo Booth Machine with RGB Ring Light,Free Custom Logo, 360 Video Camera Booth Selfie Platform for Live Streaming Wedding Birthday Events Exhibitions (26.8in for 1-3 People+Flight Case) | Change |

| 3 | **Payment method** | Paying with Mastercard 1953 | Change |

Billing address: Carlos M. Arias Jiron, 9020 N...

⌃ Add a gift card or promotion code or voucher

Enter code [ Apply ]

---

**4    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

**Arriving Dec. 28, 2023 - Jan. 3, 2024**
Items shipped from shopus-M



**[Newest] 360 Photo Booth Machine with RGB Ring Light,Free Custom Logo, 360 Video Camera Booth Selfie Platform for Live Streaming Wedding Birthday Events Exhibitions (26.8in for 1-3 People+Flight Case)**
**$789.00**
Qty: 1
Sold by: shopus-M
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
○ **Wednesday, Dec. 27 - Wednesday, Jan. 3**
$115.91 - Expedited Shipping
● **Thursday, Dec. 28 - Wednesday, Jan. 3**
FREE Standard Shipping

**Get text updates**
You consent to receive texts from us for this delivery at **+17866879611**. Change

---

[ Place your order ]    **Order total: $844.23**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

### Sidebar

[ Place your order ]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Subtotal (1 item): | $789.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $789.00 |
| Estimated tax to be collected:* | $55.23 |
| **Order total:** | **$844.23** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?



# Defendant No.: 15

# Store Name:

Peepoleck

# Platform:

Amazon

## Peepoleck

Visit the Peepoleck storefront

**94% positive** lifetime (137 total ratings)

## About Seller

Peepoleck is committed to providing each customer with the highest standard of customer service.

**Have a question for Peepoleck?**

[ Ask a question ]

## Feedback

4.7 out of 5   [ Lifetime ]

137 ratings



5 star ▓▓▓▓▓▓▓ 87%
4 star ▓ 7%
3 star  1%
2 star  3%
1 star  2%

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

137 total ratings, 137 with feedback Lifetime

"~~Flight case is bent in numerous spots damaged from shipping as it was thrown around By the looks of it you can see from the bends in the above photos. contacted...~~"

Read more

By Heather Jones on October 5, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"~~I had to do a exchange do to item damage and missing tools, so if theirs a way I can get reached by pepoleck. That would be great~~"

By Gaby Reyes on September 15, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"~~The package was delayed by almost a month. When we first received it we were impressed with the quality but unfortunately it only worked a couple of times and t...~~"

Read more

By Claudia Cain on June 6, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"~~Not my expected item.~~"

By lucky.padilla on June 6, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"excited to put to use but have to cook it on an open fire before it can be used according to the directions."

Case 1:23-cv-24366-BB Document 10-1 Entered on FLSD Docket 12/28/2023 Page 69 of 360

Deliver to ENCARGA
Doral 33166                  All        Search Amazon                                              EN      Hello, Roberto              Returns           0
                                                                                                          Account & Lists          & Orders

All    Holiday Deals    Medical Care    Buy Again    Prime Video    Customer Service    Coupons    Household, Health & Baby Care              Save up to 45% off gifts

Sponsored

Electronics › Camera & Photo › Lighting & Studio › Lighting › Booms & Stands

360 Photo
chine 68cm
t Case, 360
tating
ooth, Logo
tion, 1-2
nd on
ontrol
: Spin for
8"

k Store
19 ratings

Or **$52.42**

apply $200 coupon

Pay $888.00 **$688.00** for this
order. Get a **$200 Amazon Gift
Card** upon approval for the
Amazon Business Prime Card.
Offer ends 12/12/23. Terms apply.
**Learn more.**

port

**Select to learn more**

 

Ships      Returnabl  Customer
from       e until    Support
Amazon     Jan 31,
           2024

Size: **26.8 inch**

| 26.8 inch | 39.4 inch |
|-----------|-----------|
| $888.00   | $899.00   |

- 【Professional 360 Camera Booth
  Machine】Peepoleck 360 motor is
  made of premium steel
  material,which means that it is more
  wear-resistant than other motors. It
  makes the rotating pole work more
  stably. Then the effect of taking
  pictures or photography will be
  better.

$**888**.00

FREE Prime delivery **Friday,
December 22**

**Arrives before Christmas**

Deliver to ENCARGA - Doral
33166

**Only 4 left in stock - order
soon.**

Add to Cart

Buy Now

Ships from    Amazon
Sold by       Peepoleck
Returns       Returnable until Jan 31,
              2024
Payment       Secure transaction

**Add a Protection Plan:**

☐ Tech Unlimited – Protect
   Eligible Past and Future
   Purchases with 1 Plan
   (Renews Monthly Until
   Cancelled) for
   $16.99/month

☐ Add a gift receipt for easy
   returns

Add to List

Sponsored

Roll over image to zoom in

# Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br><br>Add delivery instructions | Change |

| | | | |
|---|---|---|---|
| 2 | **Special delivery options** | Peepoleck 360 Photo Booth Machine 68cm with Flight Case, 360 Degree Rotating Camera Booth, Logo Customization, 1-2 People Stand on Remote Control Automatic Spin for Events 26.8" | Change |

| | | | |
|---|---|---|---|
| 3 | **Payment method** | Paying with Mastercard 1953<br><br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

**4**  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.



**Limited Time Offer** - Get a **$200 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Offer ends 12/12/23.

Terms apply.

Learn More

**Arriving Dec. 13, 2023** If you order in the next 12 hours and 23 minutes (Details)
Items shipped from Amazon.com

Peepoleck 360 Photo Booth Machine 68cm with Flight Case, 360 Degree Rotating Camera Booth, Logo Customization, 1-2 People Stand on Remote Control Automatic Spin for Events 26.8"
**$888.00**
Qty: 1
Sold by: Peepoleck

🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Wednesday, Dec. 13**
FREE Prime Delivery

**Get text updates**
You consent to receive texts from us for this delivery at **+50584635762**. Change

**Order total: $950.16**
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Subtotal (1 item): | $888.00 |
| Shipping & handling: | $0.00 |
| | |
| Total before tax: | $888.00 |
| Estimated tax to be collected: | $62.16 |
| | |
| **Order total:** | **$950.16** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.



# Defendant No.: 16

## Store Name:

RareQ Store

## Platform:

Amazon

# RareQ Store

Visit the RareQ Store storefront

Just launched    No feedback yet

## About Seller

RareQ Store is committed to providing each customer with the highest standard of customer service.

**Have a question for RareQ Store?**

[ Ask a question ]

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** nanningtongzhishunqichezulinyouxiangongsi
**Business Address:**
　鲁班路95号禾田信息港4号研发办公楼
　九层901号房
　南宁
　西乡塘
　广西
　530003
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Deliver to ENCARGA
Doral 33166

All ▾   Search Amazon

EN ▾    Hello, Roberto
Account & Lists ▾    Returns
& Orders    0

All   Holiday Deals   Medical Care ▾   Buy Again   Prime Video

  LIVE NOW

Sponsored

## Customers who viewed this item also viewed



ZANOGI 360 Photo Booth Machine with Battery Pack&APP for Parties,115cm Slow
71
$1,999 00



360 Photo Booth,360 Photo Booth Machine with RGB Ring Light,360 Slow Motion
22
$999 00



OLYLO 360 Photo Booth Machine 100cm with Software for Parties with Ring Light,Trolley,Free
212
$1,599 00

Electronics › Camera & Photo › Lighting & Studio › Photo Studio › Shooting Tents



Roll over image to zoom in

## 360 Photo Booth Machine 100cm for Parties,360 Camera Spin Photo Booth for 5 People Stand Remote Control Automatic Slow Motion/12 RGB Ring Light 360 Spin Camera Video Booth

Brand: Generic

5.0          2 ratings

$1,599 99

Or $63.32 /mo (48 mo). Select from 1 plan

**Coupon:** ⧗  Apply 7% coupon
Shop items › | Terms

Pay $1,599.99 $1,399.99 for this order. Get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Offer ends 12/12/23. Terms apply. Learn more.

Size: **100CM/39.4''**

| 100CM/39.4'' | 68CM/26.8'' |
|---|---|
| $1,599.99 | $1,159.99 |

| 80CM/31.5'' | 115CM/45.3'' |
|---|---|
| $1,399.99 | $1,999.99 |

$1,599 99

FREE delivery **December 15 - 20.** Details

**Arrives before Christmas**

Deliver to ENCARGA - Doral 33166

**Only 3 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Ships from   RareQ Store
Sold by   RareQ Store
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

Add to List

Sponsored

## Checkout (1 item)



| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

Enter code [ Apply ]

| 3 | **Review items and shipping** |

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Dec. 15, 2023 - Dec. 20, 2023**
Items shipped from RareQ Store



**360 Photo Booth Machine 100cm for Parties,360 Camera Spin Photo Booth for 5 People Stand Remote Control Automatic Slow Motion/12 RGB Ring Light 360 Spin Camera Video Booth**
$1,599.99
Qty: 1
Sold by: RareQ Store
Not eligible for Amazon Prime
(Learn more)

Gift options not available

Choose a delivery option:
◉ **Friday, Dec. 15 - Wednesday, Dec. 20**
FREE Standard Shipping

[ Place your order ]   **Order total: $1,711.99**
By placing your order, you agree to Amazon's privacy notice and conditions of use.



[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Subtotal (1 item): | $1,599.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $1,599.99 |
| Estimated tax to be collected:* | $112.00 |
| **Order total:** | **$1,711.99** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 17

## Store Name:

WiViTouch

## Platform:

Amazon

# WiViTouch

Visit the WiViTouch storefront

**100% positive** lifetime (1 total ratings)

 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.
Read more

Subtotal
**$789.00**

Only 2 left in stock - order soon.

## About Seller

WiViTouch is committed to providing each customer with the highest standard of customer service.

### Have a question for WiViTouch?

Ask a question

## Feedback

5 out of 5    Lifetime

1 ratings

| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

1 total ratings, 1 with feedback Lifetime

" How do we get our decal "
By harvey on October 6, 2023.

" Hi, you can reach out to us via "Contact Seller." You can send us your designed LOGO, or we can provide Logo styles for you to choose from. "
By WiViTouch on October 7, 2023.

" ~~Use product and you listed new products~~ "
By jean claude on April 21, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Shenzhen Wivitouch Technology Co., Ltd.
**Business Address:**
  新湖街道州美社区碧美路同富裕工业园内俊伟兴工业园
  1号厂房2层
  深圳市
  光明区
  广东省

12/22/23, 1:30 PM     WIVIKIOSK 360 Photo Booth Machine 115cm for Parties, Free Customized Logo, Remote Control, People Stand on Spin 360 Camera V...

Deliver to ENCARGA
Doral 33166

Electronics ▾    Search Amazon

EN ▾    Hello, Roberto
Account & Lists ▾    Returns
& Orders    0

All   Gift Cards ▾   Medical Care ▾   Groceries ▾   Buy Again   Prime Video   Customer Service   Kindle Books     Last minute gifts

Camera & Photo   Deals ▾   Best Sellers ▾   DSLR Cameras ▾   Mirrorless Cameras ▾   Lenses ▾   Point-and-Shoots ▾   Sports & Action Cameras ▾   Camcorders ▾

Sponsored

Electronics › Camera & Photo › Lighting & Studio › Lighting › Booms & Stands



## WIVIKIOSK 360 Photo Booth Machine 115cm for Parties, Free Customized Logo, Remote Control, People Stand on Spin 360 Camera Video Booth(45"+Flight Case)

Visit the WIVIKIOSK Store

5.0      2 ratings

| 33 answered questions

### Delivery & Support

Select to learn more

Customer
Support

Roll over image to zoom in

No featured offers available
Learn more

Deliver to ENCARGA - Doral
33166

See All Buying Options

Add to List

Sponsored

Size: **45"+Flight Case**

| | |
|---|---|
| 45"+Flight Case<br>1 option from $2,099.00 | 27"+Flight Case<br>1 option from $1,199.00 |
| 31"+Flight Case<br>$1,199.00 | 40"+Flight Case<br>$1,599.00 |
| 40"Glass+Flight Case<br>1 option from $2,380.00 | 47" Pro Max+Fligh...<br>1 option from $2,759.00 |

- EASY SETUP AND FLEXIBLE OPERATION - WIVIKIOSK 360 photo booth machine can be set up



# Defendant No.: 18

# Store Name:

SnowCC

# Platform:

Amazon

# SnowCC

Visit the SnowCC storefront

Just launched    No feedback yet

## About Seller

SnowCC is committed to providing each customer with the highest standard of customer service.

**Have a question for SnowCC?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** wuxueshibaixingfanzhuang
**Business Address:**
zhumuqiaocunkanjiangpaichusuopangbei
diyijianmenmian
huanggang
wuxue
hubei
435400
CN

## Shipping Policies                                                         ⌄

## Other Policies                                                            ⌄

## Help                                                                      ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

12/8/2... 360 Photo Booth Machine with Flight Case, 68cm/26.8inch Automatic 360 Spin Photo Booth 2 People to Stand on Platform with Ring Light Selfie Holder APP Remote Control for Parties Wedding Live Streaming : Electronics & Photo ...

Deliver to ENCARGA
Doral 33166

All ▾    Search Amazon

EN ▾    Hello, Roberto
Account & Lists ▾

Returns
& Orders

0

All    **Holiday Deals**    Medical Care ▾    Buy Again    Prime Video    Customer Service    Coupons

Save up to 45% off gifts

Electronics › Camera & Photo › Lighting & Studio › Photo Studio › Shooting Tents

Sponsored



Roll over image to zoom in

## 360 Photo Booth Machine with Flight Case, 68cm/26.8inch Automatic 360 Spin Photo Booth 2 People to Stand on Platform with Ring Light Selfie Holder APP Remote Control for Parties Wedding Live Streaming

Visit the BZYETLP Store

$1,299⁹⁹

Or **$59.53** /mo (36 mo). Select from 1 plan

**Coupon:** 🎁    Apply 15% coupon    Shop items › |
Terms

Pay ~~$1,299.99~~ **$1,099.99** for this order. Get a
**$200 Amazon Gift Card** upon approval for the
Amazon Business Prime Card. Offer ends
12/12/23. Terms apply. **Learn more.**

**Extra Savings**

Get 1 item(s) free. Enter code 4U4GLEPX at checkout.
**1 Applicable Promotion**

| Material | Metal |
|---|---|
| Occasion | Wedding |
| Brand | BZYETLP |
| Number of Pieces | 1 |
| Product Dimensions | 26.8"L x 26.8"W |

### About this item

- 【360 Spin Photo Booth】Turn on the 360 photo booth machine, you can wirelessly control the speed and direction of rotation to make a 360 degree panorama rotating video. Suitable for large-scale events, weddings, shows, exhibitions, bar and celebration, film, advertising, live broadcast field, personal DIY videos/Vlogs, TikTok, Instagram & other Social Media etc.
- 【Dual APP/Remote Control】The 360 Selfie Platform Machine can be controlled through the Remote or APP (Ytok), which can achieve Automatic spin, Spin reverse, LED brightness adjustment, RGB color changeable, Rotation time choice and speed control.

$1,299⁹⁹

$10.29 delivery **January 2 - 24**.
Details

**Arrives after Christmas. Need a
gift sooner?** Send an eGift Card
from hundreds of brands
instantly.

Deliver to ENCARGA - Doral
33166

**In Stock**

| Add to Cart |
|---|

| Buy Now |
|---|

Ships from    SnowCC
Sold by    SnowCC
Returns    Returnable until Jan 31,
2024
Payment    Secure transaction

| Add to List | |
|---|---|

Sponsored

## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |



**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $1,299.99 |
| Shipping & handling: | $10.29 |
| Total before tax: | $1,310.28 |
| Estimated tax to be collected:* | $91.00 |
| **Order total:** | **$1,401.28** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

| | | | |
|---|---|---|---|
| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

| | |
|---|---|
| 3 | **Review items and shipping** |

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Jan. 2, 2024 - Jan. 24, 2024**
Items shipped from SnowCC



**360 Photo Booth Machine with Flight Case, 68cm/26.8inch Automatic 360 Spin Photo Booth 2 People to Stand on Platform with Ring Light Selfie Holder APP Remote Control for Parties Wedding Live Streaming**
**$1,299.99**
Qty: 1
Sold by: SnowCC
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
⦿ **Tuesday, Jan. 2 - Wednesday, Jan. 24**
  $10.29 - Standard Shipping

| Place your order | **Order total: $1,401.28** |
|---|---|
| | By placing your order, you agree to Amazon's privacy notice and conditions of use. |

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 19

# Store Name:

UFOCASE

# Platform:

Amazon

# UFOCASE

Visit the UFOCASE storefront

**94% positive** lifetime (18 total ratings)

## About Seller

UFOCASE is committed to providing each customer with the highest standard of customer service.

### Have a question for UFOCASE?

Ask a question

## Feedback



4.8 out of 5

18 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 89% |
| 4 star | | 6% |
| 3 star | | 6% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

18 total ratings, 18 with feedback Lifetime

" ~~Says it fit a iPhone 13 and 14, did not fit but fit my daughters iPhone 12~~ "

By Amazon Customer on November 12, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" ~~Case doesn't fit my phone~~ "

By Donna Franklin on March 10, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" I am very happy with the phone case! Looks exactly like picture & no problems whatsoever! "

By Christine K on March 5, 2023.

" Excellent "

By carlos on February 24, 2023.

" Nice variety of items with quick delivery "

By A. Liegl on January 27, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

12/8/2... 1:23-cv-24366-BB ... GGMEEK ... Machine Parties Control Automatic ... People Stand on Remote Control ...

Deliver to ENCARGA
Doral 33166

All ▾ | Search Amazon

EN ▾ | Hello, Roberto — Account & Lists ▾ | Returns & Orders | 0

All | Holiday Deals | Medical Care ▾ | Buy Again | Prime Video | Customer Service | Coupons | Save up to 45% off gifts

## Customers who viewed this item also viewed

Sponsored



360 Photo Booth 26.8inch PRO with APP Control, RGB Ring Light, Remote Control, Customizable
36
$798.00



KLNTUW 360 Photo Booth Machine for Parties,39.4" for 3-5 PPL,LED Lights Need No
16
$1,799.00



360 Photo Booth 360 Video Booth 360 Platform Remote Control Automatic Slow Motion 360 Spinner
44
$1,399.00

Home & Kitchen › Event & Party Supplies › Photobooth Props



Roll over image to zoom in



MEEK 360 Photo Booth
chine for Parties,360 Slow
tion Photo Booth, 3 People
nd on Remote Control
tomatic Spin 360 Video
era Booth Spinner 31.5"
m

: GGMEEK

4 ratings

$999.00

Or $58.97 /mo (24 mo). Select from 1 plan

up to 10% with business pricing. Sign up for a
amazon Business account

very & Support

Select to learn more

  

Ships from UFOCASE | Returnable until Jan 31, 2024 | Customer Support

| Material | Metal |
| Color | Black |
| Occasion | Christmas |
| Theme | People |
| Brand | GGMEEK |

## About this item

- Our 360 photo booth for parties renders an unparalleled 360 video experience for you, your clients, and their party guests. The 360 camera booth comes with ring light and a rotation arm which can support iPad, camera and smartphone. You can easily record your wonderful moments in all directions, share them on social platforms and create amazing images, videos, and live streaming videos. The ring light requires a power bank (not included).



$999.00

FREE delivery **December 13 - 18**. Details

**Arrives before Christmas**

Deliver to ENCARGA - Doral 33166

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from | UFOCASE
Sold by | UFOCASE
Returns | Returnable until Jan 31, 2024
Payment | Secure transaction

**Add a Protection Plan:**

☐ Tech Unlimited – Protect Eligible Past and Future Purchases with 1 Plan (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

New (2) from $999.00 & **FREE Shipping**

## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| | | | |
|---|---|---|---|
| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

3  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**Arriving Dec. 13, 2023 - Dec. 18, 2023**
Items shipped from UFOCASE



**GGMEEK 360 Photo Booth Machine for Parties,360 Slow Motion Photo Booth, 3 People Stand on Remote Control Automatic Spin 360 Video Camera Booth Spinner 31.5" 80cm**
**$999.00**
Qty: 1
Sold by: UFOCASE
Not eligible for Amazon Prime
(Learn more)

Gift options not available

Choose a delivery option:
◉ **Wednesday, Dec. 13 - Monday, Dec. 18**
FREE Expedited Shipping

---

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $999.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $999.00 |
| Estimated tax to be collected:* | $69.93 |
| **Order total:** | **$1,068.93** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

---

**Place Your Order and Pay**

**Order total: $1,068.93**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 20

# Store Name:

weiligu

# Platform:

Amazon

## weiligu

Visit the weiligu storefront

**100% positive** in the last 12 months (25 ratings)

100cm for 360 Photo Booth Mach...
USD 1699⁰⁰

Add to Cart

## About Seller

weiligu is committed to providing each customer with the highest standard of customer service.

Have a question for weiligu?

Ask a question

## Feedback

5 out of 5

25 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

12 months

FILTER BY

All stars

25 total ratings, 25 with feedback · 12 months

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"The stick that holds the ring light was not sturdy enough and kept coming off. We never got to enjoy using the product and returned it more than 30 days ago and..."

Read more

By frangie200 on November 3, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"I received my product but one of the wheels of the case is missing do I have to return the entire product or can I just return the case?"

By corey kennedy on September 21, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Thanks "

By Franck on August 30, 2023.

"Wonderful addition to my system. "

By Warped on August 14, 2023.

"They're pretty cool, discrete and practical. "

By leonardo on August 9, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshiweiligukejiyouxiangongsi
**Business Address:**
西乡街道固兴社区福路段
东山八厂二201
深圳市
宝安区
广东省
518000
CN

## Shipping Policies                                                              ⌄

## Other Policies                                                                 ⌄

## Help                                                                           ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

12/7/2023, 8:41 PM 360+PHOTO+BOOTH — Amazon.com with Name with Nation with Lite with Aut with Amazon with Spi...



Deliver to ENCARGA
Doral 33166

All ▾   360+PHOTO+BOOTH

EN ▾   Hello, Roberto
Account & Lists ▾

Returns
& Orders   0

Subtotal
$0.00

All   Holiday Deals   Medical Care ▾   Buy Again   Prime Video   Customer Service   Coupons   Household, Health & Baby Care   Handmade

Camera & Photo   Deals ▾   Best Sellers ▾   DSLR Cameras ▾   Mirrorless Cameras ▾   Lenses ▾   Point-and-Shoots ▾   Sports & Action Cameras ▾   Camcorders ▾

Sponsored

## Customers who viewed this item also viewed



MWE 360 Photo Booth
Machine for Parties with
Extra Battery,Logo
Customization,Software
261
$899.00



VEVOR Velvet Ropes and
Posts 2 Pcs, 5 ft Black
Velvet Rope, Stanchion
Post with Ball Top, Crowd
246
$66.83



Staelea Inflatable Photo
Booth Enclosure (Black,
Two Doors, 8.2x8.2x8.2ft)
Portable Inflatable LED
48
$269.99

Electronics › Camera & Photo › Lighting & Studio › Photo Studio › Shooting Tents



Roll over image to zoom in

or 360 Photo Booth
Parties with
le Ring Light Selfie
ccessories, Automatic
Video Camera Booth
Spinner, 5 People
, 39.4" with Flight

8 ratings

$1,699.00

Or $67.24

no (48 mo). Select from 1 plan

Pay $1,699.00 $1,499.00 for this order. Get a
$200 Amazon Gift Card upon approval for the
Amazon Business Prime Card. Offer ends
12/12/23. Terms apply. Learn more.

### Delivery & Support
Select to learn more


Ships from
Amazon


Returnable
until Jan 31,
2024


Customer
Support

Color: 39.4" Upgraded Version +Flight Case


$1,699.00


$999.00


$1,689.00

| Brand | Hagibis |
|---|---|
| Connectivity Technology | USB |
| Hardware Interface | USB |
| Has Self-Timer | No |

$1,699.00

FREE Prime delivery Monday,
December 18

Arrives before Christmas

Deliver to ENCARGA - Doral
33166

Only 14 left in stock - order
soon.

Qty: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   weiligu
Returns   Returnable until Jan 31,
2024
Payment   Secure transaction

˅ See more

Add a Protection Plan:

☐ 2 Year Camera Accident
Protection Plan for $119.99

☐ 3-Year Protection for
$159.99

☐ Tech Unlimited – Protect
Eligible Past and Future
Purchases with 1 Plan
(Renews Monthly Until
Cancelled) for
$16.99/month

☐ Add a gift receipt for easy
returns

Add to List

# Checkout (1 item)

| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

| 2 | **Payment method** | Paying with Mastercard 1953<br>**Billing address:** Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

3   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

> **Signature required at time of delivery.**
> Please ensure someone will be available to sign for this delivery. Learn more.



**Get a $12 bonus** when you reload $100 or more to your Gift Card balance.    Get Started

**Arriving Dec. 10, 2023** If you order in the next 17 hours and 34 minutes (Details)
Items shipped from Amazon.com

**100cm for 360 Photo Booth Machine Parties with Extendable Ring Light Selfie Holder Accessories, Automatic Spin 360 Video Camera Booth Platform Spinner, 5 People Stand on, 39.4" with Flight Case**
$1,699.00
Qty: 1
Sold by: weiligu
🎁 Add gift options

**Choose your Prime delivery option:**
● **Sunday, Dec. 10**
FREE Prime Delivery
○ **Sunday, Dec. 10**
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Change delivery day

Place your order    **Order total: $1,817.93**    By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| Subtotal (1 item): | $1,699.00 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $1,699.00 |
| Estimated tax to be collected: | $118.93 |
| **Order total:** | **$1,817.93** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state



# Defendant No.: 21

# Store Name:

YCSW-US

# Platform:

Amazon

# YCSW-US

Visit the YCSW-US storefront

Just launched     No feedback yet

## About Seller

YCSW-US is committed to providing each customer with the highest standard of customer service.

**Have a question for YCSW-US?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** yunchengshiyanhuqusuyidianzishangwuyouxiangongsi
**Business Address:**
  盐湖区圣惠路
  圣惠绿城小区2号楼1单元301室
  运城市
  山西省
  044000
  CN

## Shipping Policies                                                    ⌄

## Other Policies                                                       ⌄

## Help                                                                 ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

12/7/2



Deliver to ENCARGA
Doral 33166

All ▾   360+PHOTO+BOOTH

EN ▾   Hello, Roberto
Account & Lists ▾

Returns
& Orders   0

Subtotal
$0.00

All    Holiday Deals    Medical Care ▾    Buy Again    Prime Video    Customer Service

**LIVE NOW**

Camera & Photo    Deals ▾    Best Sellers ▾    DSLR Cameras ▾    Mirrorless Cameras ▾    Lenses ▾    Point-and-Shoots ▾    Sports & Action Cameras ▾    Camcorders ▾

Sponsored

## Customers who viewed this item also viewed



MWE 360 Photo Booth
Machine for Parties with
Extra Battery,Logo
Customization,Software
261
$1,099.00

HOGSITY 360 Photo Booth
Machine for Parties,39.4"
for 4-5 PPL,LED Lights No
Need
22
$1,399.00



HOGSITY 360 Photo Booth
Machine for Parties,31.5"
for 2-4 PPL,LED Lights No
Need
22
$949.00

Electronics ›  Camera & Photo ›  Lighting & Studio ›  Lighting ›  Booms & Stands



Roll over image to zoom in

### 360 Photo Booth Machine for Parties Free Custom Logo with Ring Light 5 People Stand on Remote Control Automatic Slow Motion 360 Spin Photo Camera Booth 100cm 39.4 inch with Flight Case

Brand: ALIXO

5.0 ★★★★★    1 rating

$899.00

Or $53.07 /mo (24 mo). Select from 1
plan

Did you know? There's no annual
fee for Prime Visa. **Get a $150
Amazon Gift Card instantly upon
approval.** Learn more

---

Size: **39.4"(100cm)+Flight Case**

| 39.4" (100cm)+F... | 31.5" (80cm)+Fli... |
|---|---|
| $899.00 | $699.00 |

- **360 Photo Booth:** 360 photo booth to produce motion panoramic photos and videos from every angle. Easy to speed +/-, rotate clockwise/counterclockwise with button remote controller.360 Spin Camera Booth Machine help you record joyful party moments, creating incredible images, videos and live streaming videos.
- **360 Photo Booth with Ring Light:** 360 photo booth comes with three ring lighting modes (warm, cold, and natural), each lighting mode has 10



$899.00

FREE delivery **December 12 -
14.** Details

**Arrives before Christmas**

Deliver to ENCARGA - Doral
33166

**In Stock**

Qty: 1

Add to Cart

Buy Now

Ships from   Vivas Mastac
Sold by      Vivas Mastac
Returns      Returnable until Jan 31,
             2024
Payment      Secure transaction

**Add a Protection Plan:**
☐ 2 Year Camera Accident
Protection Plan for $69.99
☐ 3-Year Protection for $89.99
☐ Tech Unlimited – Protect
Eligible Past and Future
Purchases with 1 Plan
(Renews Monthly Until
Cancelled) for
$16.99/month

Add to List

Sponsored

## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Mastercard 1953 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

### 3  Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**Arriving Dec. 12, 2023 - Dec. 14, 2023**
Items shipped from Vivas Mastac



**360 Photo Booth Machine for Parties Free Custom Logo with Ring Light 5 People Stand on Remote Control Automatic Slow Motion 360 Spin Photo Camera Booth 100cm 39.4 inch with Flight Case**
**$899.00**
Qty: 1
Sold by: Vivas Mastac
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Tuesday, Dec. 12 – Thursday, Dec. 14**
FREE Standard Shipping

| Place your order | **Order total: $899.00** |
|---|---|

**Order total: $961.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $899.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $899.00 |
| Estimated tax to be collected:* | $62.93 |
| **Order total:** | **$961.93** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 22

# Store Name:

Hongxin swift 宏鑫迅捷

# Platform:

Amazon

# 宏鑫迅捷

Visit the 宏鑫迅捷 storefront

Just launched      No feedback yet

## About Seller

宏鑫迅捷 is committed to providing each customer with the highest standard of customer service.

**Have a question for 宏鑫迅捷?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Beijing Xinlong Dingsheng Technology Co., LTD
**Business Address:**
　北京市延庆区百泉街
　3号院服务办公楼B1296号
　北京市
　北京
　102108
　CN

## Shipping Policies                                                                                                    ⌄

## Other Policies                                                                                                        ⌄

## Help                                                                                                                        ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

12/8/23, ...

Deliver to ENCARGA
Doral 33166

All ▾     Search Amazon

EN ▾     Hello, Roberto
Account & Lists ▾     Returns & Orders     0

All     Holiday Deals     Medical Care ▾     Buy Again     Prime Video     Customer Service     Coupons          Save up to 45% off gifts

Shop now

Sponsored

Electronics › Camera & Photo › Video



...econd Generation
...ight Box 360 Photo
...ooth for The Party,
...ree Custom Logo,
...oftware APP Remote
...ontrol, Automatic
...ideo Shooting
...115CM (45.3"))

...and: Generic

$1,850.00

Or **$73.21** /mo (48 mo). Select from plan

Pay ~~$1,850.00~~ **$1,650.00** for this order. Get a **$200 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Offer ends 12/12/23. Terms apply. **Learn more.**

**...elivery & Support**

...lect to learn more



Ships from 宏鑫迅捷



Returnable until Jan 31, 2024

Customer Support

Click image to open expanded view

Size: **115CM (45.3")**

| 115CM (45.3") | 80CM (31.5") |
|---|---|
| $1,850.00 | $1,550.00 |

| 100CM (39.4") |
|---|
| $1,750.00 |

Brand          Generic

$1,850.00

FREE delivery **December 18 – 19. Details**

**Arrives before Christmas**

Deliver to ENCARGA - Doral 33166

**Only 20 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Ships from     宏鑫迅捷
Sold by        宏鑫迅捷
Returns        Returnable until Jan 31, 2024
Payment        Secure transaction

Add to List

Sponsored

## Checkout (1 item)



| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br><br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Mastercard 1953<br><br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

| 3 | **Review items and shipping** |

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

**Arriving Dec. 18, 2023 - Dec. 19, 2023**
Items shipped from 宏鑫迅捷



**Second Generation Light Box 360 Photo Booth for The Party, Free Custom Logo, Software APP Remote Control, Automatic Video Shooting (115CM (45.3"))**
**$1,850.00**
Qty: 1
Sold by: 宏鑫迅捷
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◯ **Thursday, Dec. 14 – Tuesday, Dec. 19**
$100.00 - Expedited Shipping
◉ **Monday, Dec. 18 – Tuesday, Dec. 19**
FREE Standard Shipping

---

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $1,979.50**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $1,850.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $1,850.00 |
| Estimated tax to be collected:* | $129.50 |
| **Order total:** | **$1,979.50** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 23

# Store Name:

Albegla

# Platform:

Wallmart

# Albegla

☆☆☆☆☆

No reviews yet

Shop all seller items

⌂ Business Name:
shenzhenshileibaokejiyouxiangongsi

✉ Contact seller

☎ (+86) 13714505673

⌖ A2-105, Building 415, Huafa North
Road, Huaqiang North Street, Futian
District, Shenzhen
shenzhen, GD 518110, CN

About Seller

## Seller reviews

This seller doesn't have any reviews yet.

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Albegla is an international brand owner specializing in the development, manufacture, sales and service of 360 photo booth machine. With 3 years of experience, We have 30 ODM / OEM solutions engineers.With over 50,000 customers worldwide choosing our products, our services cover more than 100 countries all over the world.

Albegla

360 Photo Booth Machine for Parties, Ring Light Selfie Holders, Remote Control Automatic Slow Motion 360° Camera Booth for Christmas Wedding

**Now $889.00** ~~$1,299.00~~ ⓘ

You save **$410.00**

$47/mo with **affirm** Learn how

Price when purchased online ⓘ

Buy now

Add to cart

**Up to 60% off gifts** Explore deals

Size: 31.5"-Flight Case

| 31.5"-Flight Case $889.00 | 39.4"-Flight Case $999.00 |

How do you want your item?

| Shipping Arrives Dec 14 Free | Pickup Not available | Delivery Not available |

Delivery to 3501 Day Ave

Sold and shipped by **Albegla**
View seller information

Free 60-day returns Details

♡ Add to list        ▢ Add to registry

Sponsored
**Now $1,889.00** ~~$2,199.00~~
MWE 46" 360 Photo Booth Machine for Parties,Auto-Camera Photobooth Free Logo and Battery APP Remote Control
★★★★★ 1
3+ day shipping

+ Add

Reduced price









12/8/23, 9:51 AM · 100cm 360 Photo Booth Machine for Parties, Ring Light Selfie Holders, Remote Control Automatic Slow Motion 360° Camera Bo...

Case 1:23-cv-24366-BB Document 10-1 Entered on FLSD Docket 12/28/2023 Page 109 of 360

Albegia

100cm 360 Photo Booth Machine for Parties, Ring Light Selfie Holders, Remote Control Automatic Slow Motion 360° Camera Booth for Christmas Wedding

**Now $999.00** ~~$1,299.00~~ ⓘ

You save $300.00

$52/mo with **affirm** Learn how
Price when purchased online ⓘ

| Buy now |
|---|

Add to cart

**Up to 60% off gifts**　　　　Explore deals

Size: 39.4'-Flight Case

| 31.5'-Flight Case $889.00 | 39.4'-Flight Case $999.00 |
|---|---|

How do you want your item?

| Shipping Arrives Dec 14 Free | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to 3501 Day Ave

Sold and shipped by Albegia
View seller information

Free 60-day returns Details

Add to list　　　　Add to registry

Reduced price
Sponsored
**Now $1,889.00** ~~$2,199.00~~
MWE 46° 360 Photo Booth Machine for Parties,Auto-Camera Photobooth Free Logo and Battery APP Remote Control
★★★★★ 1
3+ day shipping

+ Add




Options


Options


Options

## Cart (1 item)

🛒 Pickup and delivery options ⌄



🚚 **Free shipping** arrives Thu, Dec 14
3501 Day Ave

Sold and shipped by Aibeela

360 Photo Booth Machine for Parties, Ring Light Selfie Holders,
Remote Control Automatic Slow Motion 360° Camera Booth for...
Size: 31.5' · Flight Case
🔄 Free 60-day returns

**$889.00**
~~$1,299.00~~
You save $410.00

Remove    Save for later    ⊖  1  ⊕

### Shop More Deals



Deal

**Now $18.99** ~~$49.99~~
Ifanze Hair Dryer Brush, Hot Air
Brush Hair Dryer Volumizer 4 in 1
Brush Blow Dryer Styler for Rotatin...
★★★★★ 281
2-day shipping

Deal

**Now $399.99** ~~$599.99~~
Gyroor C1 PRO 450W Electric
Scooter with Dual Shock Absorbers
for Adult,Up to 25 Miles 18.6MPH-U2...
★★★★★ 221
3+ day shipping

Deal

**Now $30.98** ~~$62.00~~ $23.83/fl oz
Coach New York Eau De Toilette
Spray, Cologne for Men, 1.3 oz
★★★★★ 74
2-day shipping

### Saved for later

**1 item**                                    ⌃



$23.36
Dgariet Christmas Decorations Indoor Led Christmas Lights, Christmas Decorative Ladder Lights with Santa Claus
Actual Color : A
Out of stock
Qty 1
Remove



Continue to checkout

⚠️ Items in your cart have reduced prices.
Check out now for extra savings!

Subtotal (1 item)                    ~~$1,299.00~~
Savings                               -$410.00
                                       $889.00

Shipping                                  Free
Taxes                          Calculated at checkout

Estimated total                        $889.00

pay $47/mo with **affirm**
Learn how

Walmart+  Become a member to get free next-day
           shipping, gas discounts & more!              ✕
☐ Try Walmart+ free for 30 days!

**Earn 5% cash back** on Walmart.com
See if you're pre-approved with no              ✕
credit risk. Learn how

Added to cart!          View Cart



# Defendant No.: 24

# Store Name:

Number 8 Store

# Platform:

Wallmart



## memzuoix

**Number 8 Store** ⊘ Pro Seller

★★★★☆
4.1 stars out of 5

See all 47 reviews

**79%** Overall Positive Rating

Shop all seller items

### What makes a Pro seller

Pro Sellers are top-performers with a proven track record of creating great shopping experiences for customers.

⌂ Business Name: Shenzhenshi Haolixinwenhua Kejiyouxiangongsi

✉ Contact seller

☎ (++86) 15816891581

⌖ 302 Room, B Unit, 26th Building, ManCheng Garden, Jingfen Road No. 5, Dongfangbandao Community, Buji Street, Longgang District, Shenzhen, GD 518000, CN

About Seller

Tax policy

### More items from this seller



**$179.99** ~~$199.99~~
Memzuoix 27inch 165Hz Curved Gaming Monitor, 1440p 144Hz Gaming Monitor, QHD 2K(2560x1440) PC Monitor, LCD Computer...
★★★★☆ 356



**$10.99**
maycoyeye 3 Pack Smart Light Bulbs, Candle Shape Smart LED Lights Blubs Wi-Fi Lights, Dimmabli Via App/Voice Control, Google...
★★★★☆ 17

**$20.79**
memzuoix Disco Ball Lights for Lighting Whole Room - 16 Color Disco Ball Party Lights Sound Activated Light with Remote Control DJ...
★★★★★ 21

### Seller reviews

**4.1** out of **5**
★★★★☆ (47 reviews)

| | |
|---|---|
| 5 stars | 34 |
| 4 stars | 3 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 8 |

**47 reviews**   Sort by  Most Relevant ▾

★☆☆☆☆                                    09/06/2023
****** BEWARE CONDUCTING BUSINESS WITH NUMBER 8 STORE ****** I did not conducting business with a 3rd party vendor and not Wal-Mart directly. I had to return the item unopened due to its overly large size. Vendor stated I would have to pay for shipping AND they do not provide shipping labels. I contacted Fed-EX and they stated that it would cost me like $600 bucks to return it. Twice the value of the product. Unacceptable. Disputed with my financial institution and getting my money back. ****** BEWARE CONDUCTING BUSINESS WITH NUMBER 8 STORE ******
Rozay

★☆☆☆☆                                    05/10/2023
The ONLY thing I dislike, was opening the box, and finding nothing inside. So help me God... I frequently order from Walmart.com, nothing like this has ever happened before, and I realize - mistakes happen.. Please refund the mouse... I had to go purchase one locally today.. Most people prefer a wireless mouse, I inevitably lose the mouse, I need the cord. I purchased a mouse with a cord at Walmart, an when I got it home, it did not work... I have the receipt and will return the one I purchased in store. I am disabled, getting in an out of any store is difficult.. I realize mistakes happen, but I need a mouse, and will have to go out tomorrow and spend more elsewhere. Please refund, or make some kind of credit, I needed the mouse....
See more
Julia

★★★★★                                    12/01/2023
I got exactly what I ordered and shipped in a timely manner.
user

★☆☆☆☆                                    10/24/2023
Never returned my emails about a defective product. Wal-Mart made it right, though.
Len

★★☆☆☆                                    01/25/2023
The seller did not describe the product in enough details
Crystal

★★★★★                                    12/20/2023
John

★★★★☆                                    12/13/2023
thomas

★★★★★                                    12/13/2023
cristhian

★★★★★                                    12/11/2023
Robin

★★★★★                                    12/11/2023
lenita

1   2   3   4   5   ⟩

### About Seller


ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Number 8 Store is professional in furniture and electronics products, we offer high-quality products with right pricing, we also provide the best after-service for each customer...

### Tax policy

2040005

12/22/23, 5:29 PM      40" 360 Photo Booth Machine for Parties/Weddings/Live Streaming, 360 Camera Spin Photo Booth Stand Remote Control Automatic Slow Motion with APP/12inch RGB Ring Light/Money Gun/Red Carpet - Walmart.com

Case 1:23-cv-24366-BB    Document 10-1    Entered on FLSD Docket 12/28/2023    Page 114 of 360

Electronics / Cameras & Camcorders / Camera Accessories / Lighting and Studio / Studio Lighting

maycege

**40" 360 Photo Booth Machine for Parties/Weddings/Live Streaming, 360 Camera Spin Photo Booth Stand Remote Control Automatic Slow Motion with APP/12inch RGB Ring Light/Money Gun/Red Carpet**

**$1,599.00**

$83/mo with affirm Learn how

Price when purchased online ⓘ

Add to cart

**How do you want your item?**

| 🚚 Shipping Arrives Jan 4 Free | 🚗 Pickup Not available | 🏪 Delivery Not available |

Delivery to Miami, 33197

Sold and shipped by Number 8 Store | ✓ Pro Seller ⓘ

★★★★☆ 47 seller reviews
View seller information

Extended holiday returns   Details

♡ Add to list      🎁 Add to registry

---

Sponsored
**$1,289.00**
MWE 32" 360 Photo Booth Automatic for Parties,Photobooth 360, Flight Case
★★★★★ 7
3+ day shipping

+ Add



Now **$1,598.00** $2,659.00
40" 360 Photo Booth Machine for Parties,MWE Software APP Suitable Christmas Instant photo booth

3+ day shipping



**$1,499.00**
360 Photo Booth Machine with Software for Parties with Ring Light,Logo Customization,4-5 People Stand on Remote Control Automatic 360 Spin Camera Booth (39.4")

3+ day shipping



Now **$999.00** $1,399.00
Options from $999.00 - $1,899.00
26.8inch 360 Photo Booth Machine for 1-2 People Part Light/Money Gun/Mask, 68cm Selfie 360 Photo Booth Spin Camera Video Booth



**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



**Free shipping** arrives Thu, Jan 4
33197

Sold and shipped by <u>Number 8 Store</u> | ✓ Pro Seller ⓘ

40" 360 Photo Booth Machine for Parties/Weddings/Live Streaming, 360 Camera Spin Photo Booth Stand Remote Control Automatic Slo... $1,599.00

Remove    Save for later    − 1 +

Continue to checkout

For the best shopping experience, <u>sign in</u>

| | |
|---|---|
| **Subtotal** (1 item) | $1,599.00 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | $1,599.00 |

pay **$83/mo** with *Affirm*
Learn how

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**
☐ New members get a free 30-day trial

**Earn 5% cash back** on Walmart.com   ✕
See if you're pre-approved with no credit risk. <u>Learn how</u>

### Shop last minute gifts

$16.88
⊕ Add
Kid Connection RV Camper with 11.5" Doll Play Set, 31 Pieces
★★★★☆ 245
3+ day shipping

Best seller
$39.97
⊕ Add
Easy-Bake Ultimate Oven Creative Baking Toy
★★★★☆ 513
3+ day shipping

$14.97
⊕ Add
Kid Connection Build Your Own Garden Playset - 169-Piece Creative Floral Toy Set with Convenient...
★★★★★ 43
Pickup   Delivery   3+ day shipping



# Defendant No.: 25

# Store Name:

Henpone

# Platform:

Wallmart

12/8/23, 12:06 PM                                                                                                          Seller Henpone

**Henpone**

**Henpone**

★★★★★
5 stars out of 5                    See all 17 reviews

**100%**   Overall Positive Rating

Shop all seller items

⌂  Business Name:
    shenzhenshifuyihengchuangkejiyouxiangongsi

✉  Contact seller

☎  (+86)13530559003

⚲  longgangqubantianjiedacuoqojizhongxinC1dong408
    shenzhen, GD 518000, CN

About Seller

Tax policy

**More items from this seller**


$699.00 $999.00
360 Photo Booth Machine for Parties, Easter,
Wedding, Remote Control 27 inch Spin Video
Selfies Booth

+ Add


$699.00 $899.00
360 Photo Booth Machine for Easter, Remote
Control 27"(68cm) Spin Video Selfies Booth
Honeycomb Box

+ Add


$699.00 $1,099.00
360 Photo Booth Machine for Parties, Easter,
Wedding, 26.8 inch Spin Video Selfies Booth

★★★★★ 1

+ Add

**Seller reviews**

**5** out of **5**

★★★★★ (17 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**17 reviews**    Sort by | Most Relevant ▾

| | | | |
|---|---|---|---|
| ★★★★★  09/14/2022  Kristen | | ★★★★★  04/21/2022  Chris | |
| ★★★★★  05/11/2022 | | ★★★★★  04/21/2022 | |
| ★★★★★  05/11/2022 | | ★★★★★  04/21/2022 | |
| ★★★★★  05/11/2022 | | ★★★★★  04/21/2022 | |
| ★★★★★  05/11/2022 | | ★★★★★  04/21/2022  Abraham | |

( 1 )  2  ( › )

**About Seller**

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

We have our own R&D technical force, as well as strong funds. We always strictly control the quality of products, and we are
following up in the pursuit of product innovation. Our business scope is constantly expanding and facing The customer base is
getting wider and wider. We strive for our brand to be well-known all over the world, and our team is constantly working towards the
goal of making the brand global.

**Tax policy**

Unless otherwise specified and the platform collects tax on its behalf, our products will include product tax, and any purchase of our
products will enjoy the service of exemption from additional tax collection.



Cart (1 item)

🛍️ Pickup and delivery options ⌄



🚚 **Free shipping** arrives Mon, Dec 11
3501 Day Ave

Sold and shipped by Hengone

360 Photo Booth Machine - 31.5"

ⓘ Free 90-day returns

$899.00 ~~$1,499.00~~
You save -$600.00

☐ Add Walmart Protection Plan by Allstate

View details

(Only one option can be selected at a time.)

☐ 3-Year plan - $58.00

☐ 4-Year plan - $77.00

Remove    Save for later    − 1 +



Continue to checkout

Items in your cart have reduced prices. Check out now for extra savings!

| Subtotal (1 item) | $1,499.00 |
|---|---|
| Savings | -$600.00 |
| | $899.00 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | **$899.00** |

pay $47/mo with **affirm**
Learn how

Walmart+ Become a member to get free next-day shipping, gas discounts & more!    ✕
☐ Try Walmart+ free for 30 days!

💳 Earn 5% cash back on Walmart.com    ✕
See if you're pre-approved with no credit risk. Learn how

**Shop More Deals**



Deal    Deal    Deal

⊕ Add    ⊕ Add    ⊕ Add

Now $18.99 ~~$49.99~~    Now $399.99 ~~$599.99~~    Now $30.98 ~~$60.00~~ ~~$23.83/fl oz~~

Ifanze Hair Dryer Brush, Hot Air Brush Hair Dryer Volumizer 4 in 1 Brush Blow Dryer Styler for Rotatin...    Gyroor C1 PRO 450W Electric Scooter with Dual Shock Absorbers for Adult,Up to 25 Miles 18.6MPH I32...    Coach New York Eau De Toilette Spray, Cologne for Men, 1.3 oz

★★★★★ 281    ★★★★★ 221    ★★★★★ 74

2-day shipping    3+ day shipping    2-day shipping

**Saved for later**

1 item    ⌄



$23.36

Dgankt Christmas Decorations Indoor Led Christmas Lights, Christmas Decorative Ladder Lights with Santa Claus
Actual Color : A
Out of stock
Qty 1
Remove

# Defendant No.: 26

# Store Name:

# Jomitop Technology Co., Ltd.

# Platform:

# Wallmart



## Jomitop Technology Co., Ltd.

★★★★★
5 stars out of 5

See all 1 review

100%   Overall Positive Rating

Shop all seller items

🏠 Business Name: Shenzhen Jomitop Technology Co., Ltd.

✉ Contact seller

📞 (+86) 15815597709

📍 No. 5 Guanle Road, Luhu Community, Guanhu Street, Longhua District 809, Building 2, Colorful Science and Technology City
Shenzhen, GD 518110, CN

About Seller

---

### More items from this seller







+ Add

$39.99
LED UFO High Bay Light 100W, Replace 400 Watt Shop and Warehouse Area Lighting 1 Pack

+ Add

$75.99
R17d 8ft Led Light Tube Ho 2Pin 6000k 65W T8 V Shape Dual-End Power 4Pack

+ Add

$869.99
360 Photo Booth Machine Spinner Camera 26.8" Flight Case For Party Wedding

---

### Seller reviews

# 5 out of 5

★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

1 review    Sort by | Most Relevant ▾

★★★★★                                    05/18/2023
Richard

---

### About Seller

ℹ This seller may also engage in manufacturing, importing or reselling consumer products.

JOMITOP " is a high-tech enterprise which is specialized in development,production and marketing of indoor and outdoor LED lighting products. Our main products include Led tube light, led high bay Light,led parking lot light, led wall pack light,led flood light,led landscape lights etc. Our products have been highly approved by customers from Europe, North America, and Australia for its excellent quality.







## Cart (1 item)

🛍️ Pickup and delivery options ⌄



🚚 **Free shipping** arrives Thu, Dec 21
3501 Day Ave

Sold and shipped by Jomiton Technology Co., Ltd.

360 Photo Booth Machine 39.4" Spinner Camera Flight Case For Party Wedding
Size: 39.4in
♻️ Free Holiday returns until Jan 31
Only 5 left

$1,299.99

Remove    Save for later    − 1 +

### Shop More Deals

| Deal | Deal | Deal |
|---|---|---|
| + Add | + Add | + Add |
| Now $18.99 ~~$49.99~~ | Now $399.99 ~~$599.99~~ | Now $30.98 ~~$62.00~~ $23.83/fl oz |
| Ifanze Hair Dryer Brush, Hot Air Brush Hair Dryer Volumizer 4 in 1 Brush Blow Dryer Styler for Rotatin... | Gyroor C1 PRO 450W Electric Scooter with Dual Shock Absorbers for Adult,Up to 25 Miles 18.6MPH,12... | Coach New York Eau De Toilette Spray, Cologne for Men, 1.3 oz |
| ★★★★★ 281 | ★★★★★ 221 | ★★★★★ 74 |
| 2-day shipping | 3+ day shipping | 2-day shipping |

### Saved for later

**1 item** ⌃



$23.36

Dgankt Christmas Decorations Indoor Led Christmas Lights, Christmas Decorative Ladder Lights with Santa Claus
Actual Color : A
Out of stock

Qty 1

Remove

---

**Continue to checkout**

🧺 360 Photo Booth Machine 39... is selling fast! Check out soon before it's sold out. ✕

Subtotal (1 item)          $1,299.99
Shipping                      Free
Taxes              Calculated at checkout

**Estimated total**          $1,299.99

pay $68/mo with **affirm**
Learn how

Walmart+ **Become a member to get free next-day shipping, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

💳 **Earn 5% cash back** on Walmart.com ✕
See if you're pre-approved with no credit risk. Learn how



# Defendant No.: 27

# Store Name:

izumuzi

# Platform:

Wallmart

## mlkhfap

☆☆☆☆☆
No reviews yet

Shop all seller items

🏠  Business Name:
ChengDuMingDuoLiangKeJiYouXianGongSi

✉  Contact seller

📞  (+86) 18074871417

📍  ChengHuaQuMinXingBeiYiLu12HaoFu4Hao2Ceng20Hao
ChengDuShi, SC 610056, CN

About Seller

### More items from this seller







+ Add                    + Add                    + Add

$1,999.00              $2,499.00              $1,499.00

46" 360 Photo Booth Machine for 5-7 People Parties/Weddings/Live Streaming, 360 Camera Spin Photo Booth Stand Remote... | 45.3inch 360 Photo Booth Machine for 5-7 People Parties Weddings w/Tempered Glass Platform/12" Ring Light/Flight Case/Money... | 39.4" 360 Photo Booth Machine for 3-5 People Parties with 12" RGB Ring Light/Money Gun/Glove, 100cm Selfie Photo Booth...

★★★★☆ 3                                        ★★★★★ 3

### Seller reviews

This seller doesn't have any reviews yet.

### About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

mlkhfap is professional in furniture and electronics products, we offer high-quality products with right pricing, we also provide the best after-service for each customer...



**Cart** (1 item)

🐬 Pickup and delivery options ⌄



🚚 **Free shipping** arrives Thu, Dec 21
3501 Day Ave

Sold and shipped by izumusi | 🟢 Pro Seller ⓘ

32" 360 Photo Booth Machine for 2-4 People Parties Wedding with
Flight Case/12" Ring Light/Money Gun/Mask, 80cm Selfie Photo Boo...
Size: 80cm

**$1,399.00**
~~$1,599.00~~
You save  $200.00

Remove    Save for later    − 1 +

**Shop More Deals**



Deal                          Deal                          Deal

Now $18.99 ~~$49.99~~        Now $399.99 ~~$599.99~~       Now $30.98 ~~$62.99~~ $23.83/fl oz

Ifanze Hair Dryer Brush, Hot Air   Gyroor C1 PRO 450W Electric    Coach New York Eau De Toilette
Brush Hair Dryer Volumizer 4 in 1  Scooter with Dual Shock Absorbers  Spray, Cologne for Men, 1.3 oz
Brush Blow Dryer Styler for Rotatin...  for Adult,Up to 25 Miles 18.6MPH·I2...

★★★★★ 281                    ★★★★★ 221                    ★★★★★ 74

2-day shipping                3+ day shipping               2-day shipping

**Saved for later**

1 item                                                                          ⌃



$23.36

Dgariet Christmas Decorations Indoor Led Christmas Lights, Christmas Decorative Ladder Lights with Santa Claus

Actual Color : A

Out of stock

Qty 1

Remove



Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

| Subtotal (1 item) | ~~$1,599.00~~ |
| Savings | -$200.00 |
| | $1,399.00 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | **$1,399.00** |

pay $73/mo with affirm
Learn how

Walmart+ **Become a member to get free next-day    ✕
shipping, gas discounts & more!**
☐ Try Walmart+ free for 30 days!

**Earn 5% cash back** on Walmart.com    ✕
See if you're pre-approved with no
credit risk. Learn how

# Defendant No.: 28

# Store Name:

AchhaGo

# Platform:

Wallmart





# Defendant No.: 29

# Store Name:

Louis Garden

# Platform:

Wallmart



LOUIS GARDEN

## Louis Garden

★★★★★
5 stars out of 5

See all 1 review

**100%** Overall Positive Rating

Shop all seller items

🏠 Business Name: shen zhen shi lu yi hua yuan shang mao you xian gong si

✉ Contact seller

📞 (+86) 13570866386

📍 long hua qu min zhi jie dao min zhi she qu mei hua shan zhuang yun mei yuan 16 dong 201
shen zhen shi, GD 518000, CN

About Seller

Tax policy

### More items from this seller



$43.99
Personalized 3D Crystal Photo, Romantic Gift for Men and Women, Customized Engraved Crystal Picture Frames, Gifts for Any...
★★★★★ 2



$32.99
Customization Crystal Photo, Customizable Pictures & Text, Personalized Gifts For Birthday Wedding Mother's Day Graduation...



$89.99
Wedding Decorations For Reception, 1.7 M Huge Artificial Silk Flower Decoration, Spring Wedding Arrangements, Party Banquet...

### Seller reviews

# 5 out of 5

★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

1 review    Sort by | Most Relevant ▾

★★★★★                          06/29/2023
Tanya

### About Seller

ℹ This seller may also engage in manufacturing, importing or reselling consumer products.

Shen zhen shi lu yi hua yuan shang mao you xian gong si Ltd. is a professional manufacturer of all types of artificial flowers, integrating development and production together. Our main products include artificial flowers and related products. Our company regards "reasonable prices, efficient production time and good after-sales service" as our tenet. We hope to cooperate with more customers for mutual development and benefits.

### Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.



Cart (1 item)

🛒 Pickup and delivery options ⌄



🚚 **Free shipping** arrives Wed, Dec 20

3501 Day Ave                                                    See options

Sold and shipped by Louis Garden

360 Photo Booth Machine, with LED Ring Light & Flight Case, Free
Logo Customization - 31.5", Basic Style - 3 People Stand on APP...
Size: 80cm,Basic Style                                          $1,411.98
⊙ Free 90-day returns

☑ Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 3-Year plan - $58.00
☐ 4-Year plan - $77.00

Remove    Save for later        ⊖    1    ⊕

**Continue to checkout**

Subtotal (1 item)                        $1,411.98
Shipping                                      Free
Taxes                          Calculated at checkout

Estimated total                          $1,411.98
pay $74/mo with Affirm
Learn how

Walmart+ **Become a member to get free next-day**    ✕
**shipping, gas discounts & more!**
☐ Try Walmart+ free for 30 days!

**Earn 5% cash back** on Walmart.com    ✕
See if you're pre-approved with no
credit risk. Learn how

---

**Shop More Deals**



Deal                    Deal                    Deal

Now $18.99 $49.99       Now $399.99 $599.99     Now $30.98 $62.00 $23.83/fl oz
Ifanze Hair Dryer Brush, Hot Air   Gyroor C1 PRO 450W Electric   Coach New York Eau De Toilette
Brush Hair Dryer Volumizer 4 in 1  Scooter with Dual Shock Absorbers  Spray, Cologne for Men, 1.3 oz
Brush Blow Dryer Styler for Rotatin...  for Adult,Up to 25 Miles 18.6MPH,12...  ★★★★★ 3s
★★★★★ 281              ★★★★★ 221              2-day shipping
2-day shipping           3+ day shipping

---

**Saved for later**

1 item                                                          ⌃

$23.36
Dgankt Christmas Decorations Indoor Led Christmas Lights, Christmas Decorative Ladder Lights with Santa Claus
Actual Color : A
Out of stock
Qty 1

Remove



# Defendant No.: 30

## Store Name:

Rez LLC

## Platform:

Wallmart

EZ

## Rez LLC

★★★★☆
4 stars out of 5

See all 4 reviews

**75%** Overall Positive Rating

Shop all seller items

🏠 Business Name:
chengduruizhichuangxiangkejiyouxiangongsi

✉ Contact seller

📞 (+86) 17628281886

📍 qingyangquxianandaje2hao1dong5lou518hao
Chengdu, SC 610015, CN

About Seller

Tax policy

### More items from this seller

$99.99 $129.99
WISVANAI 16.5inch 3D Hologram Fan Projector, WiFi Control Holographic Advertising Display Fan with 384 LED Beads

$11.00
Wecjygg Waterproof Adult Hand Cast Covers for Shower & Bath (Grey)

$545.00
DOEL 12000 BTU, 60Hz Mini Swimming Pool Heat Pump for Above-Ground Pools
★★★★☆ 4

### Seller reviews

**4** out of **5**

★★★★☆ (4 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

**4 reviews**    Sort by | Most Relevant ▾

★★★★★                                07/31/2022
When i sign up for the warranty they reached out to me the same day and let me know if there is any problem with the unit don't hesitate to call them up.

Paul

★★★★★                                07/22/2022
Charyle

★★★★★                                04/23/2022
REBECCA

★☆☆☆☆                                04/06/2023
Ebony

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Your active lifestyle deserves the best. Rez LLC has been committed to providing you with an outstanding products and customer experience.

### Tax policy

Sales Tax will be collected per state regulations as required.

12/28/23, 2:53 PM · WISVANAI 360 Photo Booth, 360 Degree Automatic Spinner Video Booth with Camera Stands(31.5") - Walmart.com

Case 1:23-cv-24366-BB    Document 10-1    Entered on FLSD Docket 12/28/2023    Page 140 of 360





pad and phone braket

AdiustableArm Length
Height adjusting screw

Angle adjustting screw

360°rotation

31.5in / 80cm

7.87 in / 20cm

# Defendant No.: 31

# Store Name:

## Ocyclone

# Platform:

## Wallmart



## OCYCLONE

### Ocyclone

★★★★★
4.8 stars out of 5

See all 37 reviews

95% Overall Positive Rating

Shop all seller items

🏠 Business Name:
   shenzhenshiouxuanfengkejiyouxiangongsi

✉️ Contact seller

📞 (+86) 13570855573

📍 longhuaxinquminzhijiedaominfengluhenglingsiqulongrundasha1llou2haofang
   Shenzhen, GD 518000, CN

About Seller

Tax policy

### More items from this seller

$93.00
Twin XL Bed Frame with Headboard Heavy Duty Metal Platform Bed Frame with Modern Design, Sturdy & Easy Assembly, with Steel...

+ Add

$17.89
OCYCLONE Cell Phone Stand, Height Adjustable Phone Stand, Foldable Phone Holder iPad Tablet Stand Compatible with...

+ Add

$15.89
OCYCLONE Cell Phone Stand, Angle Height Adjustable Phone Stand, Foldable Cell Phone Holder iPad Tablet Stand Compatible with...

+ Add

### Seller reviews

**4.8** out of **5**

★★★★★ (37 reviews)

| | |
|---|---|
| 5 stars | 35 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

37 reviews        Sort by | Most Relevant ▾

★★★★★                          04/20/2022
Great Great Great, look forward to doing business again!

★★★★★                          04/21/2022

★★★★★                          03/28/2022
Great seller and quick response after sale，five star.
Debbie

★★★★★                          04/21/2022
Jide

★★★★★                          05/11/2022

★★★★★                          04/21/2022
Divine

★★★★★                          05/11/2022
Mayann

★★★★★                          04/21/2022
Raul

★☆☆☆☆                          05/03/2022
TIMANDRA

★★★★★                          04/21/2022
Mario

        ①   2   3   4   →

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Ocyclone is an international brand owner specializing in the development, manufacture, sales and service of mobile phone accessories. With 10 years of experience, we strive to break through the boundaries of design and technology.We have 30 ODM / OEM solutions engineers.With over 100,000 customers worldwide choosing our products, our services cover more than 100 countries. Ocyclone make a miracle, only offer you a chance to the new world that you never see!

### Tax policy

Unless otherwise specified and the platform collects tax on its behalf, our products will include product tax, and any purchase of our products will enjoy the service of exemption from additional tax collection.



Cart (1 item)

🛒 Pickup and delivery options ⌄



🚚 **Free shipping** arrives Mon, Dec 18
3501 Day Ave

Sold and shipped by Ocyclone

360 Photo Booth, Automatic Spin Portable Selfie Platform with Camera Stand for Birthday Party - 80cm/31.5" -Flight Case
Size: 31.5" - Flight Case

**$899.00**
~~$1,099.00~~
You save $200.00

🔵 Free Holiday returns until Jan 31

☑ Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 3-Year plan - $58.00
☐ 4-Year plan - $77.00

Remove    Save for later    ⊖  1  ⊕

### Shop More Deals



| Deal | Deal | Deal |
|---|---|---|
| ⊕ Add | ⊕ Add | ⊕ Add |
| Now **$18.99** ~~$49.99~~ | Now **$399.99** ~~$599.99~~ | Now **$30.98** $62.00 $23.83/fl oz |
| Ifanze Hair Dryer Brush, Hot Air Brush Hair Dryer Volumizer 4 in 1 Brush Blow Dryer Styler for Rotatin... | Gyroor C1 PRO 450W Electric Scooter with Dual Shock Absorbers for Adult,Up to 25 Miles 18.6MPH-12... | Coach New York Eau De Toilette Spray, Cologne for Men, 1.3 oz |
| ★★★★★ 281 | ★★★★★ 221 | ★★★★★ 74 |
| 2-day shipping | 3+ day shipping | 2-day shipping |

### Saved for later

1 item ⌃



$23.36
Dgankt Christmas Decorations Indoor Led Christmas Lights, Christmas Decorative Ladder Lights with Santa Claus
Actual Color : A
Out of stock
Qty 1
Remove

---



Continue to checkout

🛍 Items in your cart have reduced prices.
Check out now for extra savings!

| | |
|---|---|
| Subtotal (1 item) | ~~$1,099.00~~ |
| Savings | -$200.00 |
| | $899.00 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | **$899.00** |

pay $47/mo with **affirm**
Learn how



Walmart+  Become a member to get free next-day shipping, gas discounts & more!  ✕
☐ Try Walmart+ free for 30 days!

💳 Earn **5% cash back** on Walmart.com  ✕
See if you're pre-approved with no credit risk. Learn how

Added to cart!    View Cart



# Defendant No.: 32

# Store Name:

OLEEVEE

# Platform:

Wallmart

# OLEEVEE

☆☆☆☆☆

No reviews yet

Shop all seller items

🏠 Business Name:
   shenzhenshibohengwenhuachuanmeiyouxiangongsi

✉ Contact seller

📞 (+86) 13145960217

📍 302, Building B, No.2, Canpu Road,
   Nanlian Community, Longgang Street,
   Longgang District, Shenzhen
   shenzhen, GD 518116, CN

About Seller

## Seller reviews

This seller doesn't have any reviews yet.

## About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

A team with the same dream and passion founded OLEEVEE. We love to create. We always believe that only continuous breakthroughs and innovations can not only give our customers better products, but meet different needs of customers. In product design, we will pay attention to every detail, besides, we always put the interests of customers first.That's what we love and that's what we're doing.







**Cart** (1 item)



🛒 Pickup and delivery options ⌄

🚚 **Free shipping** arrives Wed, Dec 13
3501 Day Ave

Sold and shipped by **OLEEVEE**

OLEEVEE 360 Photo Booth, 360 Photo Booth Machine for Parties, Logo Customization, Remote Control, Automatic 360 Spin Camera...
Size: 100cm/39.4" • Flight Cas...
🔄 Free Holiday returns until Jan 31

$999.00
~~$1,799.00~~
You save $800.00

Remove    Save for later    − 1 +

**Shop More Deals**



Deal

Now **$18.99** ~~$49.99~~
Ifanze Hair Dryer Brush, Hot Air Brush Hair Dryer Volumizer 4 in 1 Brush Blow Dryer Styler for Rotatin...
★★★★★ 281
2-day shipping

Deal

Now **$399.99** ~~$599.99~~
Gyroor C1 PRO 450W Electric Scooter with Dual Shock Absorbers for Adult, Up to 25 Miles 18.6MPH U2...
★★★★★ 221
3+ day shipping

Deal

Now **$30.98** ~~$62.00~~ $23.83/fl oz
Coach New York Eau De Toilette Spray, Cologne for Men, 1.3 oz
★★★★★ 74
2-day shipping

**Saved for later**

1 item ⌃



$23.36
Dgariet Christmas Decorations Indoor Led Christmas Lights, Christmas Decorative Ladder Lights with Santa Claus
Actual Color : A
**Out of stock**
Qty 1
Remove

---



Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

| | |
|---|---|
| Subtotal (1 item) | ~~$1,799.00~~ |
| Savings | -$800.00 |
| | $999.00 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | **$999.00** |

pay $52/mo with **affirm**
Learn how

**Walmart+** Become a member to get free next-day shipping, gas discounts & more!   ✕
☐ Try Walmart+ free for 30 days!

💳 Earn 5% cash back on Walmart.com   ✕
See if you're pre-approved with no credit risk. Learn how



# Defendant No.: 33

# Store Name:

safeluck2022

# Platform:

Ebay



Hi **Roberto**!          Daily Deals      Brand Outlet      Gift Cards      Help & Contact      Watchlist          My eBay

       Categories          Search for anything      All Categories          Search

# safeluck2022

**97.2%** positive feedback          **976** items sold          **50** followers

Share          Contact          Save Seller

Categories          Shop      **About**      Feedback          Search all 95 items

## About us

Location: **China**
Member since: **Jan 14, 2022**
Seller: **safeluck2022**

Do you like our store experience? 👍  👎

12/26/23, 8:37 PM                68 cm 360 Photo Booth Slow Motion Video Platform 360 Automatic Rotating Selfie | eBay

ebay    Categories    | 🔍 Search for anything | All Categories ▾ | **Search** |



‹  ›

### 68 cm 360 Photo Booth Slow Motion Video Platform 360 Automatic Rotating Selfie

**Last item available**

**safeluck2022** (168)
97.2% positive   Seller's other items
Contact seller

## US $949.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

---

Condition:  **Used**
" With flight case!!! "

Quantity: [ 1 ]   **Last One** / 1 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

**Breathe easy.** Returns accepted.

**People are checking this out.** 9 have added this to their watchlist.

Shipping:     **Free** Standard Shipping. See details
              Located in: Los Angeles, California, United States

Delivery:     Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:      14 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

 Checkout

How do you like our checkout? Give us feedback

 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⚪

ℹ You can split your payment for this order. **Add Card**

⚪ **x-6789** Expired

⚪ Add new card

🔘 PayPal

⚪ No Interest if paid in full in 6 months.
Apply now. See terms

⚪ Google Pay

| | |
|---|---|
| Subtotal (1 item) | $949.00 |
| Shipping | Free |
| Tax* | $66.43 |

**Order total**    **$1,015.43**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller: safeluck2022  |  Message to seller

 68 cm 360 Photo Booth Slow Motion Video Platform 360 Automatic Rotating Selfie

**$949.00**

Quantity 1

**Delivery**
Est. delivery: Dec 30 – Jan 5
UPS Ground
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved communities create safe and inclusive public skateparks for youth. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



# Defendant No.: 34

# Store Name:

shleidedesi_0

# Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 11

 Categories    Search for anyth    All Categories ⌄    Search

# shleidedesi_0

**100%** positive feedback (11)    💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search 1 item

## About

Location: **United States**
Member since: **Sep 07, 2015**

Do you like our profile experience?    👍    👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact

Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice
, Your Privacy Choices    and AdChoice

12/26/23, 1:03 AM   80cm 360 Photo Booth Video Booth Selfie Platform Automatic Motorized Party | eBay

 

Hi **Roberto**!          Daily Deals      Brand Outlet      Gift Cards      Help & Contact          Sell · Watchlist          My eBay                                    11

   Categories      🔍 Search for a...   | All Categories ▾ |      **Search**

Back to home page

Electronics  ›  Cameras & Photo  ›  Camera, Drone & Photo Ac...  ›  Other Camera & Photo Accs

Share      Add to Watchlist



Have one to sell?  Sell now

# 80cm 360 Photo Booth Video Booth Selfie Platform Automatic Motorized Party

**shleidedesi_0** (11)
**100% positive**   **Seller's other items**   **Contact seller**

## US $1,600.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  **New**

| Buy It Now |

| Add to cart |

| Make offer |

| ♡ Add to watchlist |

Pickup:      Free local pickup from Wyandanch, New York, United States. See details

| Shipping: | US $5.70 Standard Shipping. See details |
| | Located in: Wyandanch, New York, United States |
| Delivery: | Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | |

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |

Report this item

 Checkout

How do you like our checkout? [Give us feedback]

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⊙

ⓘ You can split your payment for this order. **Add Card**

○   **x-6789 Expired**

○   Add new card

⦿   PayPal

○   No Interest if paid in full in 6 months. Apply now. <u>See terms</u>

○   Google Pay

| | |
|---|---|
| Subtotal (1 item) | $1,600.00 |
| Shipping | $5.70 |
| Tax* | $112.40 |
| **Order total** | **$1,718.10** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

Pay with *PayPal*

You'll finish checkout on PayPal

<u>See details</u>

### Ship to

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
<u>Change</u>

### Review item and shipping

Seller: shleidedesi_0   |   <u>Message to seller</u>

 80cm 360 Photo Booth Video Booth Selfie Platform Automatic Motorized Party

**$1,600.00**

Quantity 1

◉ **Delivery**
Est. delivery: Dec 30 – Jan 5
USPS First Class
$5.70

○ Pickup

---

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

---

## Donate to charity (optional) 

The Skatepark Project

Join The Skatepark Project in helping underserved communities create safe and inclusive public skateparks for youth. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount      None ⌄

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices      and AdChoice



# Defendant No.: 35

# Store Name:

solarstore2008

# Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay     

    Categories    Search for anything    All Categories    Search



# Jolson Outdoor Store

**100%** positive feedback    **257** items sold    **10** followers

↗ Share    💬 Contact    ♡ Save Seller

Categories    Shop    **About**    Feedback    🔍 Search all 70 items

## About us

Location: **China**
Member since: **Jul 14, 2022**
Seller: **solarstore2008**

Case 1:23-cv-24366-BB   Document 10-1   Entered on FLSD Docket 12/28/2023   Page 167 of 360

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Categories    [Search for anything]    [All Categories ▾]    **Search**

Back to home page    Electronics › Cameras & Photo › Other Cameras & Photo                    Share    Add to Watchlist
                 Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs

> This item is out of stock.





       

Have one to sell? Sell now

## 360 Video Selfie Photo Booth Automatic Slow Motion Rotating Platform 80cm/31.5in

Jolson Outdoor Store (44)
100% positive  Seller's other items
Contact seller

### US $1,000.00

or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  Open box
"Open box,never use"

♡ Add to watchlist

Shipping:    **Free** Standard Shipping. See details
             Located in: Los Angeles, California, United States

Delivery:    Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                    eBay item number:  195323266875

Last updated on Dec 04, 2023 18:57:03 PST  View all revisions

12/26/23, 3:51 AM    eBay My Account | Business seller information | eBay item number 195323266875 in ...

Case 1:23-cv-24366-BB    Document 10-1    Entered on FLSD Docket 12/28/2023    Page 168 of 360

## Business seller information

**Value Added Tax Number:**  DE 349321735 GB 381776461

## Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 30 days | Money Back, Replacement | Buyer pays for return shipping |

Refer to <u>eBay Return policy</u> for more details. You are covered by the <u>eBay Money Back Guarantee</u> if you receive an item that is not as described in the listing.



## Jolson Outdoor Store

**100%** Positive Feedback

**257** items sold

📅 Joined Jul 2022

[ Visit store ]

[ Contact ]

[ ♡ Save seller ]

## Detailed seller ratings

Average for the last 12 months

| Accurate description | 4.9 |
|---|---|
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

## Popular categories from this store    See all

Health & Beauty          Business & Industrial

Home & Garden           Toys & Hobbies

Musical Instruments & Gear      Cameras & Photo

Sporting Goods

## Seller feedback (48)

➕ 4***n (24) • Past month

The product came on time and looks great!

<u>Kids Boy Avengers Iron Spiderman Superhero Cosplay Costume Fancy Dress Jumpsuit...</u>

➕ o***d (371) • Past month

Super pleased with this item. Great value.

<u>Kids Boy Avengers Iron Spiderman Superhero Cosplay Costume Fancy Dress Jumpsuit...</u>

➕ k***e (255) • Past month

gut verpackt

<u>MCDODO LED 90 Grad Typ-C iphone Ladekabel Winkel USB-C Kabel Fast charging Nylon...</u>

[ See all feedback ]

This is a private listing and your identity will not be disclosed to anyone except the seller.



# Defendant No.: 36

# Store Name:

t0pbiuty

# Platform:

Ebay

Hi **Roberto**!　　　Daily Deals　　Brand Outlet　　Gift Cards　　Help & Contact　　Sell　Watchlist　　My eBay



Categories　　　🔍 Search for anyth | All Categories ⌄ |　　Search

# t0pbiuty

**98.1%** positive feedback　　**1.6K** items sold　　**105** followers

⬆ Share　　💬 Contact　　♡ Save Seller

☰ Categories　　　Shop　　**About**　　Feedback　　🔍 Search all 737 items

## About us

Location: **China**
Member since: **Jul 27, 2022**
Seller: **t0pbiuty**

Do you like our store experience?　👍　👎

# Defendant No.: 37

# Store Name:

yixin_802

# Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

    Categories    🔍 Search for anything    | All Categories ▾ |    Search

# 360 photo shop

**50%** positive feedback    **86** items sold    **12** followers

⬆ Share    💬 Contact    ♡ Save Seller

| ☰ Categories |    Shop    **About**    Feedback    🔍 Search all 3 items

## About us

Welcome to our store
We specialize in rotating the stage, with a strong team and a complete after-sales service, allowing you to have a rich shopping experience,



Location: **China**
Member since: **Aug 02, 2022**
Seller: **yixin_802**



12/26/23, 1:59 PM                    360 Photo Booth Video Rotating Spin Platform Automatic Spinner Motorized Wedding | eBay

Hi Roberto!          Daily Deals    Brand Outlet    Gift Cards    Help & Contact                          Sell    Watchlist    My eBay

ebay          Categories        Search for anything                              All Categories                Search

Back to home page   Electronics  ›  Cameras & Photo  ›  Camera, Drone & Photo Ac...  ›  Other Camera & Photo Accs          Share   Add to Watchlist

This item is out of stock.



### 360 Photo Booth Video Rotating Spin Platform Automatic Spinner Motorized Wedding

360 photo shop (2)
50% positive · Seller's other items
Contact seller

**US $958.00**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Size:       - Select -

Quantity:   1          Out of Stock / 9 sold

♡ Add to watchlist

Shipping:   Free Economy Shipping. See details
            Located in: Ontario, California, United States

Delivery:   Estimated between Tue, Jan 2 and Sat, Jan 6 to 33166 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

            *No Interest if paid in full in 6 months on $99+. See terms and apply now

            Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item    Shipping, returns, and payments                          Report this item

Seller assumes all responsibility for this listing.

eBay item number: 175593833327

https://www.ebay.com/itm/175593833327?hash=item28e235436f:g:P04AAOSwvFpjExye&amdata=enc%3AAAQIAIAAA4OvHU8A2pwnLG2gG47fi%2F...    1/3



# Defendant No.: 38

# Store Name:

yul018

# Platform:

Ebay

Hi **Roberto!**      Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist      My eBay         11

**ebay**          Categories           🔍 Search for anything          All Categories  ⌄                Search

# yul018

**98.7%** positive feedback      **8.5K** items sold      **186** followers

⬆ Share      💬 Contact      ♡ Save Seller

≡ Categories          Shop      **About**      Feedback              🔍 Search all 24 items

## About us

Location: **China**
Member since: **Jul 06, 2018**
Seller: **yul018**

## Top Rated Seller

yul018 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience?  👍  👎

12/26/23, 1:25 PM    LED Glass 360 Photo Booth Spin Video Machine RGB Light Slow Motion W/Flight Case | eBay

ebay    Categories    🔍 Search for anything    | All Categories ▾ |    ( Search )

Back to home page    Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs    Share

This listing was ended by the seller on Sun, Nov 12 at 7:45 PM because the item is no longer available.



ENDED

1/5

### LED Glass 360 Photo Booth Spin Video Machine RGB Light Slow Motion W/Flight Case

**yul018** (1519)
**98.7% positive** | Seller's other items
Contact seller

## US $1,889.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:   **New**

Size:   | - Select - ▾ |

Quantity:   | 1 |   **2 available**

Shipping:   **Free** Expedited Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: SHENZHEN, China

Delivery:   Estimated between **Fri, Jan 5** and **Fri, Jan 12** to 33166 ⓘ
Includes **5 business days** handling time after receipt of cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns:   Seller does not accept returns. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



# Defendant No.: 39

## Store Name:

zenic-tech

## Platform:

Ebay

Hi **Roberto**!   Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist   My eBay      

   Categories   Search for anything   All Categories   Search

The seller is away until Thu, Jan 18, 2024. Expect a delay in delivery until they return.

# Zenic-Tech

**98.7%** positive feedback    **676K** items sold    **5.9K** followers

Share    Contact    Save Seller

Shop    Sale    About    Feedback      Search all items

## Sale items

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact

Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice , Your Privacy Choices   and AdChoice



Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

eBay    Categories    🔍 Search for anything    | All Categories ▾ |    Search

Back to home page   Electronics >   Cameras & Photo >   Camera, Drone & Photo Ac... >   Other Camera & Photo Accs              Share   Add to Watchlist

> The seller is away until Jan 18, 2024. Add this item to your watchlist to keep track of it.





     

Have one to sell?   Sell now

## 360 Photo Booth Automatic Slow Motion Selfie Video Rotating Platform for Wedding

Zenic-Tech (120115)
98.7% positive   Seller's other items
Contact seller

**US $1,404.99**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Size:      | - Select - |

Quantity:  | 1 |   10 available

[ Add to cart ]

[ ♡ Add to watchlist ]

**Breathe easy.** Free shipping and returns.

Shipping:    **Free** Standard Shipping. See details
             Located in: Philadelphia, Pennsylvania, United States

Delivery:    Estimated between **Sat, Jan 20** and **Wed, Jan 24** to 33166 ⓘ
             Please note the delivery estimate is **greater than 19 business days.**

Returns:     30 days returns. Seller pays for return shipping. See details

Payments:

             *No Interest if paid in full in 6 months on $99+. See terms and apply now

             Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

Top Rated Plus



Support with The Camera

360°
Automatic Rotation

Angle Adjustable
36°~156°

Speed Down

Speed Up

Reverse

On/Off

# Defendant No.: 40

# Store Name:

## zhlangxun18516

# Platform:

## Ebay




Hi **Roberto**!          Daily Deals     Brand Outlet     Gift Cards     Help & Contact          Sell     Watchlist          My eBay

    Categories          Search for anything          All Categories          Search



# zhlangxun18516

**97.3%** positive feedback        **13K** items sold        **499** followers

△ Share      💬 Contact      ♡ Save Seller

≡ Categories          Shop      **About**      Feedback          🔍 Search all 584 items

## About us

We are an emerging young brand of auto parts, we also sell home and garden products, and other products we need in our life. We have excellent operation team, purchasing and customer service team. We are committed to providing our customers with quality and inexpensive products and services to make their lives better.

Location: **China**
Member since: **May 18, 2018**
Seller: **zhlangxun18516**

## Top Rated Seller

zhlangxun18516 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Case 1:23-cv-24366-BB   Document 10-1   Entered on FLSD Docket 12/28/2023   Page 186 of 360

Hi Roberto!     Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒

# ebay

Categories     🔍 Search for anything                          All Categories ⌄     Search

Back to home page    Electronics  >  Cameras & Photo  >  Camera, Drone & Photo Acc...  >  Other Camera & Photo Accs          Share    Add to Watchlist



## 360 Photo Booth Video Motion Rotating Platform Automatic Motorized Selfie Party

zhlangxun18516 (2170)
97.3% positive   Seller's other items
Contact seller

### US $1,599.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Size:      - Select -

Quantity:   1    Last One / 1 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Breathe easy. Returns accepted.

Shipping:   **Free** Standard Shipping. See details
            Located in: El Monte, California, United States

Delivery:   Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⬜

ℹ️ You can split your payment for this order. **Add Card**

○    x-6789 Expired

○    Add new card

◉    PayPal

○    No Interest if paid in full in 6 months.
     Apply now. See terms

### Ship to

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

### Review item and shipping

Seller: zhlangxun18516   |   Message to seller



360 Photo Booth Video Motion
Rotating Platform Automatic Motorized
Selfie Party
Size: 100cm/39.37in

**$1,699.00**

Quantity 1

---

| Subtotal (1 item) | $1,699.00 |
| Shipping | Free |
| Tax* | $118.93 |

**Order total**    **$1,817.93**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

---

See details

Delivery
Est. delivery: Jan 2 – Jan 6
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:          Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved communities create safe and inclusive public skateparks for youth. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice



# Defendant No.: 41

# Store Name:

zl2021luck

# Platform:

Ebay

Hi (Sign in)    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 2

    Shop by category ⌄    Search for anythi    All Categories ⌄    **Search**

    # zl2021luck

**97.9% positi...**    **3.8K it...**    **135 f...**    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 57 items

## About us

Location: **China**
Member since: **Jan 23, 2021**
Seller: **zl2021luck**

## Do you like our store experience?  👍  👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact

Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✅❌ and AdChoice ⓘ

Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 11

## ebay    Categories    [Search for anything]    [All Categories ⌄]    Search

Back to home page  >  Electronics  >  Cameras & Photo  >  Camera, Drone & Photo Ac...  >  Other Camera & Photo Accs            Share   Add to Watchlist

⚠️ This item is out of stock.



### 42.3in 360 Photo Booth Machine Automatic Video Seflie Platform w/CASE USED

zl-8868luck (148)
98.4% positive   Seller's other items
Contact seller

US $1,150.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  Used

"This product is used, but is still in good condition and can be used normally."

Quantity: [ 1 ]    Out of Stock / 3 sold

♡ Add to watchlist

Shipping:   Free Standard Shipping. See details
            Located in: Chino, California, United States

Delivery:   Estimated between Sat, Dec 30 and Fri, Jan 5 to 33166 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.            eBay item number: 175743632963



# Defendant No.: 42

# Store Name:

zl-8868luck

# Platform:

Ebay

Hi (Sign in)   Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄      🔔   🛒 

   Shop by category ⌄   🔍 Search for anythir   All Categories ⌄   **Search**



## zl-8868luck

**98.3% positi...**      **894 ite...**      **51 fol...**      📤 Share   💬 Contact   ♡ Save Seller

Categories      Shop   **About**   Feedback      🔍 Search all 67 items

## About us

Location: **China**
Member since: **Jan 23, 2021**
Seller: **zl-8868luck**

Do you like our store experience?   👍   👎

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact
Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> ✓✗ and <u>AdChoice</u> ⓘ



Hi (Sign in)    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]    [All Categories ⌄]    Search

Back to previous page · Electronics · Cameras & Photo · Other Cameras & Photo    Share    Add to Watchlist





## 360 Photo Booth Video Booth Platform Automatic Spinner Motorized Wedding 26.8IN

zl-8868luck (139)
98.3% positive · Seller's other items · Contact seller

### US $850.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Quantity:  [ 1 ]   3 available

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩ **Breathe easy.** Returns accepted.

Shipping:    **Free** Standard Shipping. See details
Located in: Los Angeles, California, United States

Delivery:    Estimated between **Sat, Dec 9** and **Thu, Dec 14** to 33142 ⓘ

Returns:    14 days returns. Buyer pays for return shipping. See details

Payments:    

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?  Sell now

### Shop with confidence

# Defendant No.: 43

# Store Name:

## sunshine1001ye

# Platform:

## Ebay

Hi **Roberto!**     Daily Deals     Brand Outlet     Gift Cards     Help & Contact     Watchlist     My eBay



Categories     Search for anything     All Categories     **Search**



# sunshine1001

**98.5%** positive feedback     **2.3K** items sold     **100** followers

⬆ Share     💬 Contact     ♡ Save Seller

☰ Categories     Shop     **About**     Feedback     🔍 Search all 126 items

## About us

**Location:** China
**Member since:** Sep 29, 2019
**Seller:** sunshine1001ye

## Top Rated Seller

sunshine1001 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience?  👍 👎

Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

ebay    Categories    Search for anything    | All Categories |    Search

Back to home page    Electronics  >  Cameras & Photo  >  Camera, Drone & Photo Ac...  >  Other Camera & Photo Accs    Share    Add to Watchlist



## 360 Photo Booth Platform Video Camera Booth Motorized Automatic Platform Spinner

sunshine1001 (400)
98.5% positive    Seller's other items
Contact seller

**US $809.09**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

**Breathe easy.** Returns accepted.

Shipping:      Free Standard Shipping. See details
               Located in: New Jersey Los Angeles Atlanta, United States

Delivery:      Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:       30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Report this item

Have one to sell? Sell now

 Checkout

How do you like our checkout? <u>Give us feedback</u>

  New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⚪

ⓘ You can split your payment for this order. **Add Card**

○    x-6789 Expired

○    Add new card

⦿    PayPal

○    No Interest if paid in full in 6 months.
      Apply now. <u>See terms</u>

○    Google Pay

### Ship to

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
<u>Change</u>

### Review item and shipping

Seller: sunshine1001ye  |  <u>Message to seller</u>

    360 Photo Booth Platform Video
                        Camera Booth Motorized Automatic
                        Platform Spinner
                        **$809.09**

---

Subtotal (1 item)                    $809.09
Shipping                             Free
Tax*                                 $56.64

**Order total**                      **$865.73**

By placing your order, you agree to eBay's
<u>User Agreement</u> and <u>Privacy Notice</u>.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

Pay with *PayPal*

You'll finish checkout on PayPal

<u>See details</u>

Quantity 1

**Delivery**
Est. delivery: Dec 30 – Jan 5
FedEx Ground or FedEx Home
Delivery
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:          Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount        None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice



# Defendant No.: 44

# Store Name:

venoromall

# Platform:

Ebay

12/26/23, 11:06 PM                                    Venoro Mall | eBay Stores

Hi **Roberto**!          Daily Deals     Brand Outlet     Gift Cards     Help & Contact                                      Sell     Watchlist     My eBay

ebay          Categories          Search for anything                                          All Categories          Search

# Venoro Mall

**98%** positive feedback     **149K** items sold     **2.2K** followers                    Share     Contact     Save Seller

Categories     Shop     **Sale**     About     Feedback          Search all 688 items

## Sale items

**Buy 2, get 1 at 25% off with code...**

Expires March 01, 2024.
Max discount $100....
Terms & Conditions

Shop All

| 360° Aluminum Motorcycle Bike Bicycle GPS Cell Phone Holder Handlebar... | For iPhone 12 Pro/12 Max Hybrid Defender Case Shockproof Cover + Belt... | 10W Qi Wireless Charger Fast Charging Pad Mat For iPhone 14/13/12 Pro... | For iPhone 12/12 Pro/11 Max Case Shockproof Hybrid Silicone Armor Har... |
| --- | --- | --- | --- |
| $9.95 | $16.99 | $15.99 | $9.99 |

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay

🔔    🛒 11

ebay    Categories

Search for anything

All Categories

Search

Back to home page > Electronics > Cameras & Photo > Camera, Drone & Photo Ac... > Other Camera & Photo Accs

Share    Add to Watchlist



### 360 Photo Booth Rotating Video Booth Selfie Platform Automatic Spin Motorized

**Venoro Mall** (27918)
98% positive · Seller's other items
Contact seller

## US $1,399.88

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Size:  | - Select - |

Quantity:  | 1 |  More than 10 available

**Buy It Now**

**Add to cart**

♡ Add to watchlist

**Breathe easy.** Free shipping and returns.

| Shipping: | **Free** Standard Shipping. See details<br>Located in: Philadelphia, Pennsylvania, United States |
| --- | --- |
| Delivery: | Estimated between **Fri, Dec 29** and **Tue, Jan 2** to 33166 ⓘ |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: |  |

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⊙

ℹ You can split your payment for this order. **Add Card**

○    x-6789 Expired

○    Add new card

◉    PayPal

○    No Interest if paid in full in 6 months.
      Apply now. See terms

○    Google Pay

| Subtotal (1 item) | $2,099.88 |
|---|---|
| Shipping | Free |
| Tax* | $146.99 |

**Order total**    **$2,246.87**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller: venoromall  |  Message to seller

 360 Photo Booth Rotating Video Booth Selfie Platform Automatic Spin Motorized
Size: 45.28"/115cm

**$2,099.88**

Quantity
1

### Delivery

○ Est. delivery: Dec 29 – Jan 2
Standard Shipping
**Free**

○ Est. delivery: Dec 28 – Dec 30
Expedited Shipping
$19.99

### Gift cards, coupons, eBay Bucks

Enter code:    Apply

### Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount    None

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies,
CA Privacy Notice, Your Privacy Choices    and AdChoice



# Defendant No.: 45

# Store Name:

wainyjf97

# Platform:

Ebay

12/26/23, 11:11 PM      360 Photo Booth Rotating Video Booth Selfie Platform Automatic Spin Motorized | eBay



Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact       Sell    Watchlist    My eBay    🔔   🛒 '1'

ebay    Categories    🔍 Search for anything     | All Categories ▾ |    **Search**

Back to home page    Electronics › Cameras & Photo › Camera, Drone & Photo Acc... › Other Camera & Photo Accs      Share    Add to Watchlist



      

Have one to sell? Sell now

### 360 Photo Booth Rotating Video Booth Selfie Platform Automatic Spin Motorized

**wainyjf97** (193)
98.5% positive   Seller's other items
Contact seller

**US $1,299.00**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Size:  | - Select - |

Box:  | - Select - |

Quantity:  | 1 |  **Last One**

Buy It Now

Add to cart

♡ Add to watchlist

**Breathe easy.** Free shipping and returns.

Shipping:  **Free** Standard Shipping. See details
Located in: El Monte, California, United States

Delivery:  Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee

 Checkout

How do you like our checkout? **Give us feedback**

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⚪

ⓘ You can split your payment for this order. **Add Card**

⚪ **x-6789 Expired**

⚪ Add new card

🔘 PayPal

⚪ No Interest if paid in full in 6 months.
Apply now. See terms

⚪ Google Pay

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller: wainyjf97    |    Message to seller

 360 Photo Booth Rotating Video Booth
Selfie Platform Automatic Spin
Motorized
Size: 100cm/39.37in, Box: Flight

| Subtotal (1 item) | $1,599.00 |
| Shipping | Free |
| Tax* | $111.93 |

| **Order total** | **$1,710.93** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

**$1,599.00**

Quantity 1

**Delivery**

⦿ Est. delivery: Dec 30 – Jan 5
Standard Shipping
**Free**

◯ Est. delivery: Jan 3 – Jan 8
UPS Surepost
**Free**

---

**Gift cards, coupons, eBay Bucks**

Enter code:                 Apply

---

**Donate to charity (optional)** ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved communities create safe and inclusive public skateparks for youth. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



# Defendant No.: 46

# Store Name:

wuhan202088

# Platform:

Ebay

Hi **Roberto**!



Categories

Search for anything | All Categories

Search



# wuhan202088

**100%** positive feedback    **239** items sold    **13** followers

Share    Contact    Save Seller

Categories    Shop    **About**    Feedback    Search all 32 items

## About us

Location: **China**
Member since: **Jul 14, 2022**
Seller: **wuhan202088**

Do you like our store experience? 👍 👎

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

12/26/23, 3:01 PM                       80cm 360 Photo Booth Video Booth Platform Selfie Automatic Spinner, Brand | eBay

Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                          Sell    Watchlist    My eBay    🔔    🛒 ¹¹

ebay    Categories    🔍 Search for anything                                      All Categories    Search

Back to home page    Electronics  ›  Cameras & Photo  ›  Other Cameras & Photo                                         Share

This listing was ended by the seller on Tue, Oct 17 at 5:12 AM because the item is no longer available.



### 80cm 360 Photo Booth Video Booth Platform Selfie Automatic Spinner, Brand

**wuhan202088** (45)
100% positive   Seller's other items
Contact seller

## US $1,258.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  **Open box**

Shipping:    **Free** Standard Shipping. See details
             Located in: Los Angeles, California, United States

Delivery:    Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell?  Sell now

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                              eBay item number:  404458341314

## Item specifics

| Condition | Open box: An item in excellent, new condition with no wear. The item may be missing the original ... Read more |
|-----------|----------------------------------------------------------------------------------------------------------------|
| Brand     | Unbranded                                                                                                      |



# Defendant No.: 47

# Store Name:

## ibayab

# Platform:

## Ebay



Hi **Roberto**!        Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 11

Categories        🔍 Search for anyth    |    All Categories ⌄        Search

# ibayab

**100%** positive feedback (1)    **9** items sold    **1** follower        💬 Contact    ♡ Save

☰ Categories        Shop    **About**    Feedback        🔍 Search all 12 items

## About

Location: **China**
Member since: **May 10, 2023**

Do you like our profile experience?  👍  👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact
Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice
, Your Privacy Choices        and AdChoice

12/26/23, 5:14 PM                        360 Photo Booth Video Rotating Selfie 40" Φ Light Platform Automatic Motorized | eBay

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 **1**

### ebay    Categories    🔍 Search for anything    [ All Categories ▾ ]    ( Search )

Back to home page  >  Electronics  >  Cameras & Photo  >  Camera, Drone & Photo Ac...  >  Other Camera & Photo Accs          Share

This listing ended on Thu, Dec 21 at 3:35 AM.



ENDED

🖼 🖼 🖼 🖼 🖼 🖼

Have one to sell?  Sell now

## 360 Photo Booth Video Rotating Selfie 40" Φ Light Platform Automatic Motorized

**ibayab** (1)
100% positive   Seller's other items
Contact seller

### US $1,799.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:   **New**

Quantity:   [ 1 ]   5 available

Shipping:   **Free** Standard Shipping. See details
Located in: Los Angeles, United States

Delivery:   Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |
|---|---|

                                                                            Report this item

Seller assumes all responsibility for this listing.                         eBay item number: 195835100608

Last updated on Aug 02, 2023 08:06:25 PDT   View all revisions



# Defendant No.: 48

# Store Name:

womeyouer77

# Platform:

Ebay



Hi **Roberto**!          Daily Deals     Brand Outlet     Gift Cards     Help & Contact          Sell     Watchlist          My eBay

     Categories          Search for anything          All Categories          Search



## womeyouer77 Store

**100% positive feedback**     **172 items sold**     **8 followers**

Share     Contact     Save Seller

Categories          Shop     **About**     Feedback          Search all 154 items

## About us

Location: **China**
Member since: **Apr 12, 2023**
Seller: **womeyouer77**

## Do you like our store experience? 👍 👎

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact

Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice
, Your Privacy Choices     and AdChoice

12/26/23, 3:03 PM          360 Photo Booth for Video Wedding Party Automatic Photobooth Machine w/ Remote | eBay

**ebay**          Categories          🔍 Search for anything                    | All Categories ▾ |              Search

Back to home page   >   Electronics   >   Cameras & Photo   >   Camera, Drone & Photo Acc...   >   Other Camera & Photo Accs                    Share

This listing was ended by the seller on Mon, Oct 16 at 8:02 PM because the item was lost or broken.





### 360 Photo Booth for Video Wedding Party Automatic Photobooth Machine w/ Remote

**womeyouer77** (41)
100% positive    Seller's other items
Contact seller

## US $998.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

---

| | |
|---|---|
| **Condition:** | New |
| **Quantity:** | 1   10 available |
| **Shipping:** | **Free** Standard Shipping. See details |
| | Located in: Los Angeles, New Jersey, Atlanta, United States |
| **Delivery:** | Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ |
| **Returns:** | 30 days returns. Buyer pays for return shipping. See details |
| **Payments:** | |

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell?   Sell now

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.                                    eBay item number:  354980343571

Last updated on Oct 11, 2023 02:04:08 PDT   View all revisions



# Defendant No.: 49

# Store Name:

## 360SPB

# Platform:

## Ebay

# 360SPB Direct

Visit the 360SPB Direct storefront

Just launched      No feedback yet

## About Seller

360SPB Direct is committed to providing each customer with the highest standard of customer service.

**Have a question for 360SPB Direct?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Shenzhen Ying Zhi Xing Ke Ji You Xian Gong Si
**Business Address:**
马田街道合水口社区第四工业区
A3号17栋609
深圳市
光明区
广东
518106
CN

## Shipping Policies                                                                    ⌄

## Other Policies                                                                       ⌄

## Help                                                                                 ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback



Deliver to ENCARGA
Doral 33166

All ▾    Search Amazon

EN ▾    Hello, Roberto    Returns    0
        Account & Lists ▾   & Orders

All    Holiday Deals    Medical Care ▾    Buy Again    Prime Video    Customer Service    Coupons        Save up to 45% off gifts




## Customers who viewed this item also viewed



HOGSITY 360 Photo Booth
Machine for Parties,31.5"
for 2-4 PPL,LED Lights No
Need
22
$949.00



GSKAIWEN 180 LED Light
Photography Studio LED
Lighting Kit Adjustable
Light with Light Stand
1,913
$89.90



360 Photo Booth
26.8inch PRO with APP
Control, RGB Ring Light,
Remote Control,
36
$798.00

Electronics › Camera & Photo › Lighting & Studio › Lighting › Booms & Stands



Roll over image to zoom in



4 VIDEOS

### 360SPB 360 Photo Booth Machine 31.5" for 1-3 People CM3 Automatic Manual Spin 360 Video Booth 80cm for Parties Weddings, Events with Flight Case | Find us on GG, Ytube, Trustpilot, FB, INS

Visit the 360SPB Store
5.0      8 ratings

-25% **$999**00

List Price: $1,329.00 ⓘ

Or **$58.97** /mo (24 mo). Select from 1 plan

Did you know? There's no annual fee for
Prime Visa. **Get a $150 Amazon Gift Card**
instantly upon approval. Learn more

### Delivery & Support
Select to learn more


Ships from
360SPB
Direct


Eligible for
Refund or
Replaceme
nt


Customer
Support

---

Size: **31.5"/80cm Flight Case**

| 31.5"/80cm Flight Case | 26.8"/68cm Flight Case |
|---|---|
| $999.00 | $899.00 |

| 35.4"/90cm Flight Case | 39.4"/100cm Flight Case |
|---|---|
| $1,049.00 | $1,299.00 |

$**999**00

FREE delivery December 21 -
28. Details

**May arrive after Christmas.**
Need a gift sooner? Send an
eGift Card from hundreds of
brands instantly.

Deliver to ENCARGA - Doral
33166

**In stock**
Usually ships within 4 to 5 days.

Add to Cart

Buy Now

Ships from    360SPB Direct
Sold by       360SPB Direct
Returns       Non-returnable due to
              hazmat safety reasons
Payment       Secure transaction

Add to List

12/8/23, 2:14 PM                     360SPB Automatic 360 Photo Booth Machine for Parties Business Accessories 360 Video Spinner Platform for P…

Case 1:23-cv-24366-BB Document 10-1 Entered on FLSD Docket 12/28/2023 Page 229 of 360

360 Photo Booth and elevate your events to new heights. Capture breathtaking moments, create engaging experiences, and leave your guests in awe. With its adjustable automatic and manual features, this photo booth is perfect for weddings, parties, and all types of events.

## 360 Photo Booth Machine for Parties



---

**Q**    Does the 360SPB Photo Booth come with software?

**Q**    Does the 360 photo booth machine need power supply?

## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | John Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| | | | |
|---|---|---|---|
| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: Same as shipping address. | Change |

⌃ Add a gift card or promotion code or voucher

Enter code    [ Apply ]

3   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**Arriving Dec. 21, 2023 - Dec. 28, 2023**
Items shipped from 360SPB Direct



**360SPB 360 Photo Booth Machine 31.5" for 1-3 People CM3 Automatic Manual Spin 360 Video Booth 80cm for Parties Weddings, Events with Flight Case | Find us on GG, Ytube, Trustpilot, FB, INS**
**$999.00**
Qty: 1
Sold by: 360SPB Direct
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Thursday, Dec. 21 - Thursday, Dec. 28**
FREE Standard Shipping

[ Place your order ]   **Order total: $1,068.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Subtotal (1 item): | $999.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $999.00 |
| Estimated tax to be collected:* | $69.93 |
| **Order total:** | **$1,068.93** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Defendant No.: 50

# Store Name:

3kincare

# Platform:

Ebay

Hi **Roberto**!    Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist   My eBay       11

   Categories   Search for anything   All Categories   Search

# 3kincare

**96.7%** positive feedback   **1.8K** items sold   **124** followers

Share   Contact   Save Seller

Categories   Shop   **About**   Feedback   Search all 568 items

## About us

Location: **China**
Member since: **Jul 27, 2022**
Seller: **3kincare**

Do you like our store experience? 👍 👎

Hi Roberto!   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist   My eBay

ebay   Categories   Search for anything   All Categories   Search

Back to home page   Electronics › Cameras & Photo › Camera, Drone & Photo Acc... › Other Camera & Photo Accs   Share   Add to Watchlist






### 39.4" 360 Photo booth Video Motion Rotating Selfie Platform Automatic Motorized

**Last item available**

3kincare (323)
96.7% positive   Seller's other items
Contact seller

## US $1,299.99
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New

Quantity: 1   Last One / 2 sold

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

**Breathe easy.** Returns accepted.

**People are checking this out.** 6 have added this to their watchlist.

Shipping:   **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:   Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**   Split payment between two cards ⚪

ℹ️ You can split your payment for this order. **Add Card**

⚪ **x-6789** Expired

⚪ Add new card

🔘 PayPal

⚪ No Interest if paid in full in 6 months. Apply now. See terms

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller: 3kincare  |  Message to seller

 39.4" 360 Photo booth Video Motion Rotating Selfie Platform Automatic Motorized

**$1,299.99**

Quantity 1

**Delivery**

---

Subtotal (1 item)                     $1,299.99
Shipping                                    Free
Tax*                                      $91.00

**Order total**                        **$1,390.99**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

Est. delivery: Dec 30 – Jan 5
FedEx Ground or FedEx Home
Delivery
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                    Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved communities create safe and inclusive public skateparks for youth. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount       None  ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice



# Defendant No.: 51

## Store Name:

Accushshopping

## Platform:

Ebay



Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Watchlist    My eBay

# Accushshopping

**99%** positive feedback    **1.3K** items sold    **73** followers

⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 151 items

## About us

We are passionate about making your life beautiful and making sure every order is the best it can be. We have warehouses in US, UK, Australia and Germany to make sure fast delivery. Please join us, save this store and visit often. lol

Location: **China**
Member since: **Sep 29, 2019**
Seller: **accushshopping**

## Top Rated Seller

Accushshopping is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience?    👍    👎

12/26/23, 1:44 PM                                    360 Photo booth Automatic Video Motion Rotating Selfie Platform Wedding Party | eBay

Hi **Roberto!**      Daily Deals    Brand Outlet    Gift Cards    Help & Contact                          Sell    Watchlist    My eBay

ebay      Categories      [ Search for anything ]      [ All Categories ▾ ]      **Search**

Back to home page  >  Electronics  >  Cameras & Photo  >  Camera, Drone & Photo Ac...  >  Other Camera & Photo Accs                                    Share

> This listing was ended by the seller on Wed, Nov 15 at 11:04 PM because the item was lost or broken.



### 360° Photo booth Automatic Video Motion Rotating Selfie Platform Wedding Party

**accushshopping** (225)
99% positive   Seller's other items
Contact seller

## US $900.01
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

**Condition:** New

**Quantity:** [ 1 ]   2 available

| | |
|---|---|
| **Shipping:** | **Free** Standard Shipping. See details |
| | Located in: Los Angeles, California, United States |
| **Delivery:** | Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ |
| **Returns:** | 30 days returns. Buyer pays for return shipping. See details |
| **Payments:** | |

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell?  Sell now

| About this item | Shipping, returns, and payments |
|---|---|

Seller assumes all responsibility for this listing.                    eBay item number: 386068922603

Last updated on Oct 22, 2023 20:46:13 PDT  View all revisions



# Defendant No.: 52

## Store Name:

Achha 360 Photo Booth Store

## Platform:

Ebay

Hi **Roberto**!         Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay         11

    Categories    Search for anyth    All Categories    Search

# Achha 360 Photo Booth Store

**0%** positive feedback     **4.7K** items sold     **85** followers

Share     Contact     Save Seller

Categories     Shop     **About**     Feedback     Search all 6 items

## About us

Achha Technology Inc，We are located at Andover MA. USA .

We offers our customers quality products and premium service:

---USA Stock，Fast Shipping.

---Professional technical support of local engineers in the United States. You can Call, Text, WhatsApp or Email us to communicate the problems.

---Any 360 photo booth goes through a strict testing and include a 12 month



**Location:** **China**

**Member since:** **Mar 23, 2020**

**Seller:** **achha-360-photo-booth-store**



ebay    Categories    Search for anything    All Categories    Search

Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

Back to home page    Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs    Share    Add to Watchlist



**Large 360 Photo Booth Video Booth Platform Automatic Spinner Motorized party USA**

Last item available

Achha 360 Photo Booth Store (992)
Seller's other items | Contact seller

**US $599.00**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  Used

Size:    39.4 inch

Quantity:    1    Last One / 4 sold

Buy It Now

Add to cart

♡ Add to watchlist

**Breathe easy.** Returns accepted.

**People want this.** 12 people are watching this.

Pickup:    Free local pickup from Rancho Cucamonga, California, United States. See details

Shipping:    US $100.00 Standard Shipping. See details
Located in: Rancho Cucamonga, California, United States

Delivery:    Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⬭

ⓘ You can split your payment for this order. **Add Card**

○ **x-6789** Expired

○ Add new card

● PayPal

○ No Interest if paid in full in 6 months. Apply now. <u>See terms</u>

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
<u>Change</u>

**Review item and shipping**

Seller: achha-360-p...  |  <u>Message to seller</u>

 Large 360 Photo Booth Video Booth Platform Automatic Spinner Motorized party USA

Size: 39.4 inch

**$599.00**

Quantity 1

---

| | |
|---|---|
| Subtotal (1 item) | $599.00 |
| Shipping | $100.00 |
| Tax* | $48.93 |

| | |
|---|---|
| **Order total** | **$747.93** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

Pay with *PayPal*

You'll finish checkout on PayPal

<u>See details</u>

○ **Delivery**
Est. delivery: Jan 2 – Jan 6
FedEx Ground or FedEx Home
Delivery
**$100.00**

○ **Pickup**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount          None  ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices      and AdChoice



A rechargeable battery to power the Ring Light. 20000 mAh.

39.4" Fits 4 to 6 People

# Defendant No.: 53

# Store Name:

Airbrushdy

# Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay         11

    Categories    | 🔍 Search for anything    | All Categories ⌄ |    Search

# Airbrushdy

**98.6%** positive feedback    **3.1K** items sold    **97** followers

⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 143 items

## About us

Thank you very much for visiting my shop. ^_^

My philosophy is customer first, so that every customer who trades in our store can feel the perfect shopping experience. And I guarantee that I will reply to your email within 12 hours. My products are free shipping,and I will send it out whthin one day after receive your order.

My shop is mainly engaged in auto parts, industrial, household and other products, including hydraulic valves, water heaters, outboard engines, 3D wallpaper, fuel tanks,engines, seats, belt machines, high-pressure car wash pipes, water pumps, shoe repair machines etc.

And my after-sales service is also excellent. If you have any questions after receiving the product, you can contact me at any time. I will also reply you within 12 hours and give you a perfect solution.

Best wishes,looking forward to your new order.

Location: **China**
Member since: **May 25, 2019**
Seller: **airbrushdy**

12/26/23, 2:58 PM · · · · · · · 360 Photo Booth Video Rotating Platform 39" Automatic Spinner Motorized Wedding

Hi Roberto!     Daily Deals     Brand Outlet     Gift Cards     Help & Contact                Sell     Watchlist     My eBay

ebay     Categories     Search for anything     All Categories     Search

Back to home page | Electronics > Cameras & Photo > Camera, Drone & Photo Ac... > Other Camera & Photo Accs     Share

This listing was ended by the seller on Wed, Nov 1 at 2:12 AM because the item is no longer available.



### 360 Photo Booth Video Rotating Platform 39" Automatic Spinner Motorized Wedding

airbrushdy (623)
98.6% positive | Seller's other items | Contact seller

## US $999.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Quantity:   [1]   10 available

Shipping:   **Free** Standard Shipping. See details
            Located in: Los Angeles, New Jersey, Atlanta, United States

Delivery:   Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item | Shipping, returns, and payments          Report this item

Seller assumes all responsibility for this listing.

Last updated on Oct 22, 2023 20:58:15 PDT   View all revisions          eBay item number: 204448567087



# Defendant No.: 54

## Store Name:

AleksyArt

## Platform:

Ebay

Hi **Roberto**!        Daily Deals        Brand Outlet        Gift Cards        Help & Contact        Sell    Watchlist        My eBay        🔔        🛒

        Categories        🔍 Search for anyth        | All Categories ⌄ |        Search

# AleksyArt

**100%** positive feedback        **64** items sold        **27** followers

📤 Share        💬 Contact        ♡ Save Seller

| ☰ Categories |        Shop        **About**        Feedback        🔍 Search all 29 items

## About us

Hi, I'm Aleksy. I am engaged in the production of metal wall art and love what I do. Each product is unique and individually approached. This is my work and my passion.I love my job. I approach each product individually and make it a true piece of art, which will decorate the interior for a long time. I adore the unique forms and unusual ideas, so that the uniqueness of every object is not just in the design but also in its materials. I have worked on many

Location: **Belarus**
Member since: **Nov 09, 2016**
Seller: **alex.vinser_360_pro_photo_booth**



12/26/23, 9:11 AM    360 Photo Booth Table Machine 3 in 1 Video Booth 360 Motorized Automatic | eBay

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Categories    🔍 Search for anything    | All Categories ▾ |    Search

Back to home page | Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs    Share | Add to Watchlist





### 360 Photo Booth Table Machine 3 in 1 Video Booth 360 Motorized Automatic

Last item available

**AleksyArt** (20)
100% positive
Contact seller    Seller's other items

## US $390.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  **New**

Quantity:  | 1 |   **Last One** / 1 sold

| **Buy It Now** |
| **Add to cart** |
| ♡ **Add to watchlist** |

**People want this.** 29 people are watching this.

Shipping:  US $95.00 Expedited Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Warszawa, MAZOWIECKIE, Poland

Delivery:  Estimated between **Tue, Jan 2** and **Sat, Jan 13** to 33166 ⓘ
Please note the delivery estimate is **greater than 4 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.



# Defendant No.: 55

## Store Name:

wholesalezm

## Platform:

Ebay

Hi **Roberto**!          Daily Deals     Brand Outlet     Gift Cards     Help & Contact     Sell     Watchlist          My eBay           

          Categories          Search for anyth          All Categories          Search



## wholesalezm

**96.5%** positive feedback          **10K** items sold          **204** followers

🔗 Share          💬 Contact          ♡ Save Seller

⚏ Categories          Shop          **About**          Feedback          🔍 Search all 74 items

## About us

**Location:** **China**
**Member since:** **Oct 09, 2018**
**Seller:** **wholesalezm**

---

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact

Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice , Your Privacy Choices          and AdChoice

12/26/23, 2:33 PM    360 Photo Booth Platform Automatic Slow Motion Video Booth with Flight Case | eBay

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                         Sell    Watchlist    My eBay

ebay    Categories    [Search for anything]    All Categories    **Search**

Back to home page > Electronics > Cameras & Photo > Camera, Drone & Photo Ac... > Other Camera & Photo Accs    Share

This listing was ended by the seller on Tue, Oct 17 at 7:10 PM because the item is no longer available.



### 360 Photo Booth Platform Automatic Slow Motion Video Booth with Flight Case

wholesalezm (2044)
96.5% positive | Seller's other items
Contact seller

## US $699.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

**Condition:** New

**Package:** - Select -

**Platform:** - Select -

**Quantity:** 1    3 available / 2 sold

**Shipping:** Free Standard Shipping. See details
Located in: Chino, California, United States

**Delivery:** Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

**Returns:** 30 days returns. Buyer pays for return shipping. See details

**Payments:**

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

About this item | Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 364273305193



# Defendant No.: 56

# Store Name:

Autopartszone11

# Platform:

Ebay



Hi **Roberto**!　　Daily Deals　　Brand Outlet　　Gift Cards　　Help & Contact　　Sell　　Watchlist　　My eBay

 Categories

Search for anything | All Categories ⌄ | Search



# Autopartszone11

**97.4%** positive feedback   **5.9K** items sold   **366** followers

Share   Contact   Save Seller

Categories   Shop   **About**   Feedback   Search all 697 items

## About us

Location: **China**
Member since: **Jul 27, 2022**
Seller: **aut0car**

## Top Rated Seller

Autopartszone11 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



Hi Roberto!   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist   My eBay

Categories   | Search for anything | All Categories | Search |

Back to home page > Electronics > Cameras & Photo > Camera, Drone & Photo Ac… > Other Camera & Photo Accs

Share

This listing was ended by the seller on Wed, Oct 18 at 11:40 PM because the item is no longer available.



      

Have one to sell? Sell now

## 360 Photo booth 100cm Video Motion Rotating Selfie Platform Automatic Motorized

aut0car (1111)
97.4% positive | Seller's other items
Contact seller

**US $939.99**
Was US $999.99 ⓘ
Save US $60.00 (6% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:   New

Ended:   Oct 18, 2023 23:40:08 PDT

Size:   | - Select - |

Quantity:   | 1 |   2 available

Shipping:   **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:   Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |

Report this item





# Defendant No.: 57

## Store Name:

Auto*Home

## Platform:

Ebay



Hi **Roberto**!          Daily Deals          Brand Outlet          Gift Cards          Help & Contact          Sell          Watchlist          My eBay

Categories          Search for anyth          All Categories          Search

# Auto*Home

**97%** positive feedback          **132K** items sold          **2.9K** followers

⤴ Share          💬 Contact          ♡ Save Seller

Categories          Shop          **About**          Feedback          🔍 Search all 1,231 items

## About us

Location: **China**
Member since: **Aug 12, 2018**
Seller: **auto*home**

## Top Rated Seller

Auto*Home is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

12/26/23, 2:48 PM                                   360 Photo Booth Rotating Video Booth Selfie Platform Automatic Spin Motorized US | eBay

**ebay**    Categories    Search for anything                          All Categories    Search

Back to home page    Electronics  >  Cameras & Photo  >  Camera, Drone & Photo Ac...  >  Other Camera & Photo Accs                                    Share

This listing was ended by the seller on Fri, Oct 6 at 7:55 PM because there was an error in the listing.



## 360 Photo Booth Rotating Video Booth Selfie Platform Automatic Spin Motorized US

auto*home (17850)
97% positive | Seller's other items
Contact seller

### US $999.99

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  **New**

Size:    - Select -

Quantity:   1    10 available

Shipping:   **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:   Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item    Shipping, returns, and payments

Seller assumes all responsibility for this listing.                                    Report this item

Last updated on Sep 12, 2023 00:06:23 PDT  View all revisions          eBay item number:  295909034670

# Defendant No.: 58

# Store Name:

automobile-parts_16

# Platform:

Ebay

# Defendant No.: 59

# Store Name:

bayboys2

# Platform:

Ebay

Hi **Roberto**!        Daily Deals      Brand Outlet      Gift Cards      Help & Contact        Sell      Watchlist        My eBay        

    Categories      🔍 Search for anyth        All Categories       ⌄          Search

Sorry, this store was not found.

---

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact

Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice
, Your Privacy Choices      and AdChoice

12/26/23, ... 360 Photo Booth | LED Glass | Automatic Rotating Video Booth w Flight Case & Acc...

**ebay**    Categories    🔍 Search for anything    All Categories ▾    **Search**

Back to home page   Electronics › Cameras & Photo › Other Cameras & Photo      Share   Add to Watchlist



## 360 Photo Booth | LED Glass | Automatic Rotating Video Booth w Flight Case & Acc

bayboys2 (74)
100% positive   Seller's other items
Contact seller

### US $1,590.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

| | |
|---|---|
| Condition: | New |
| Size: | - Select - ▾ |
| Quantity: | 1   Last One / 1 sold |

**Buy It Now**

**Add to cart**

♡ Add to watchlist

| | |
|---|---|
| Shipping: | **Free** Expedited Shipping from Greater China to worldwide. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Shenzhen, China |
| Delivery: | Estimated between **Fri, Jan 5** and **Fri, Jan 12** to 33166 ⓘ |
| | Includes **5 business days** handling time after receipt of cleared payment. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | Seller does not accept returns. See details |
| Payments: | |

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

 Checkout

How do you like our checkout? **Give us feedback**

 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⬤

ⓘ You can split your payment for this order. **Add Card**

○ **x-6789 Expired**

○ Add new card

⦿ PayPal

○ No Interest if paid in full in 6 months. Apply now. **See terms**

○ Google Pay

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
**Change**

**Review item and shipping**

Seller: bayboys2    |    **Message to seller**

 360 Photo Booth | LED Glass | Automatic Rotating Video Booth w Flight Case & Acc

Size: 45.3inch

---

Subtotal (1 item)                    $2,390.00
Shipping                                  Free
Tax*                                   $167.30

**Order total**                      **$2,557.30**

By placing your order, you agree to eBay's **User Agreement** and **Privacy Notice**.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. **Learn more**

Pay with *PayPal*

You'll finish checkout on PayPal

**See details**

**$2,390.00**

Quantity 1

**Delivery**
Est. delivery: Jan 5 – Jan 12
Expedited Shipping from Greater
China to worldwide
**Free**

### Gift cards, coupons, eBay Bucks

Enter code:                    Apply

### Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount        None  ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



# Defendant No.: 60

# Store Name:

videstar88

# Platform:

Ebay

Hi **Roberto**!        Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay        11

    Categories    Search for anything    |    All Categories ⌄    Search



# videstar88

**98.8%** positive feedback        **2.3K** items sold        **122** followers

⬆ Share        💬 Contact        ♡ Save Seller

≡ Categories        Shop        **About**        Feedback        🔍 Search all 128 items

## About us

Location: **China**
Member since: **Oct 28, 2020**
Seller: **videstar88**

## Top Rated Seller

videstar88 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](Learn more)

Do you like our store experience?     

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 11

**ebay**    Categories    | Search for anything | All Categories ▾ |    **Search**

Back to home page > Electronics > Cameras & Photo > Other Cameras & Photo                    Share

This listing was ended by the seller on Tue, Oct 17 at 11:31 PM because the item is no longer available.



### 360 Photo Booth Video Rotating Booth Selfie Platform Automatic Spin Motorized us

⬡ **videstar88** (442)
98.8% positive | Seller's other items
Contact seller

## US $949.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  **New**

Shipping:     **Free** Standard Shipping. See details
              Located in: Los Angeles,Atlanta,New Jersey, United States

Delivery:     Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:      30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

⬡ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                    eBay item number:  404448105006

Last updated on Oct 07, 2023 01:27:13 PDT  View all revisions

## Item specifics

Have one to sell? Sell now









# 8 speeds

## (2.7s-10.5s per lap)



# Defendant No.: 61

# Store Name:

Bidcharming

# Platform:

Ebay

12/26/23, 11:... AM                                      Bidcharming | eBay Stores

Hi **Roberto!**        Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

**ebay**        Categories        🔍 Search for anything                                    All Categories ▾        Search

## Bidcharming

**95.2%** positive feedback    **101K** items sold    **1.2K** followers

⬆ Share    ✉ Contact    ♡ Save Seller

☰ Categories        Shop    **Sale**    About    Feedback        🔍 Search all 3,453 items

### Sale items

**Buy 3, get 1 at 20% off with code...**

Expires December 30, 2023. Max discount...
Terms & Conditions

**Shop All**

| | | | |
|---|---|---|---|
| ♡ | ♡ | ♡ | ♡ |
| Dentist Dental LED Curing Light Lamp Wireless Cordless Resin Cure 10W... | Dentist Dental LED Curing Light Lamp Wireless Cordless Resin Cure 5W... | Dental Wireless Cordless LED Cure Curing Light Lamp 2000mw 5W Tool... | Dental Cordless LED Curing Light 1 Second Resin Cure Lamp... |
| $18.50 | $22.49 | $14.99 | $37.99 |
| ~~$23.50~~ 21% off | | | |

**Buy 1, get 1 at 10% off with code HEALTHCARE-...**

Expires December 31, 2023. Max discount...
Terms & Conditions

**Shop All**

| | | | |
|---|---|---|---|
| ♡ | ♡ | ♡ | ♡ |
| 8'' 6parameter ICU CCU Vital Sign Patient Monitor ECG NIBP RESP TEMP SP... | Medical ICU Vital Signs Patient Monitor 6Parameter ECG/NIBP/SPO2/TEMP/RES... | 8" Medical Portable Patient Monitor ICU Vital Signs ECG NIBP RESP TEMP SP... | Portable 10"Medical Patient Monitor Vital Signs ICU ECG NIBP RESP TEMP SP... |
| $329.00 | $419.00 | $419.00 | $459.00 |



Buy 3, get 1 at 20% off with code...

Expires January 01, 2024. Max discount...
Terms & Conditions

**Shop All**

Denshine 4 hole LED High Speed dental Handpiece Standard head Push butto...
**$18.79**

Dental electric Micromotor Motor Polishing Handpiece 35K RPM fit Marathon FD...
**$32.99**

Fiber Optic Dental E-generator LED 3 Way High Speed handpiece 4-Hole...
**$19.99**

Dental Push High Speed LED Handpiece E-generator 4/2 Hole+ Extra...
**$12.49**
~~$17.49~~ 29% off

Save $10 for every $200 with code...

Expires January 01, 2024. Max discount...
Terms & Conditions

**Shop All**

Dental Chair Teeth Whitening Machine Lamp Bleaching 6 LED Cold Lig...
**$42.99**
~~$52.99~~ 19% off

Dental Mobile Tooth Teeth Whitening Machine LED Light Lamp Bleaching...
**$75.99**

Mobile Dental Teeth Whitening Machine 10 LED Lamp Bleaching Blue Red...
**$85.99**

Electric Tooth Polisher Teeth Whitening Stain Plaque Eraser Tartar...
**$16.99**

Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi Roberto!   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay

ebay    Categories    | Search for anything | All Categories |  Search

Back to home page   Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs          Share   Add to Watchlist



## 360 Photo Booth Platform for Weddings Parties Slow Motion 3-5 People 880lb

Bidcharming (13407)
95.2% positive · Seller's other items
Contact seller

**US $1,299.00**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

**Breathe easy.** Returns accepted.

Shipping:    Free Standard Shipping. See details
Located in: Cranbury, New Jersey, United States

Delivery:    Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Report this item



# Bidcharming

**95.2%** Positive Feedback
**101K** items sold



Visit store

Contact

♡ Save seller

📅 Joined Jun 2010

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

## Popular categories from this store   See all

| | |
|---|---|
| Patient Monitor | Ultrasound Scanner |
| EKG/EKG Machine | dental equipment |
| Dental Equipment | dental tools |
| Ultrasonic Scaler | Medical instruments |
| Veterinary Medical Machine | |

## Seller feedback (15,565)

➕ c***a (189) • Past month

Fast shipping

2xDental root canal inlay Temporary Light Cure Filling material Composite Resin (#334073771157)

➕ n***n (181) • Past month

Item works. Not in use yet.

Dental Portable Suction Unit Medical Vacuum Pump 370W Machine USA Easy Use (#335150765664)

➕ r***n (85) • Past month

Great E-Bayer. Products as described and arrived on time.

New 6 sizes Cuffs for Blood pressure & with FDA&CE (#330941444626)

See all feedback

---

Back to home page                                                                 Return to top

More to explore :   Photo Shooting Inflatable Photo Booths Tents,   Wedding Photo Albums,   Wedding Photo Portfolios,   Wedding Slip-In Photo Albums,   Wedding Photo Storage Boxes,   Leather Wedding Photo Albums & Boxes,   Wedding Photo Studio Background Materials,   Wedding White Photo Albums & Boxes,   Party Photo Studio Background Materials,   Multicolor Wedding Photo Albums & Boxes

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and  AdChoice

 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards ⭘

ⓘ You can split your payment for this order. **Add Card**

⭘    **x-6789** Expired

⭘    Add new card

🔘    PayPal

⭘    No Interest if paid in full in 6 months.
       Apply now. <u>See terms</u>

⭘    Google Pay

### Ship to

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
<u>Change</u>

### Review item and shipping

Seller: bidcharming    |    Message to seller

    360 Photo Booth Platform for
Weddings Parties Slow Motion 3-5
People 880lb

**$1,299.00**

---

Subtotal (1 item)        $1,299.00
Shipping                      Free
Tax*                          $90.93

**Order total**            **$1,389.93**

By placing your order, you agree to eBay's
<u>User Agreement</u> and <u>Privacy Notice</u>.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

Pay with *PayPal*

You'll finish checkout on PayPal

<u>See details</u>

Quantity 1

**Delivery**
Est. delivery: Dec 30 – Jan 5
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount          None  ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice



# Defendant No.: 62

# Store Name:

bikeshopservices

# Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    

    Categories    Search for anyth    All Categories    Search

# bikeshopservices

**97.8%** positive feedback    **2.2K** items sold    **151** followers

📤 Share    💬 Contact    🤍 Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 615 items

## About us

Location: **China**
Member since: **Sep 29, 2022**
Seller: **bikeshopservices**

## Top Rated Seller

bikeshopservices is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Hi **Roberto!**   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay

ebay   Categories   [ Search for anything ]   [ All Categories ]   **Search**

Back to home page | Electronics › Cameras & Photo › Camera, Drone & Photo Acc... › Other Camera & Photo Accs        Share   Add to Watchlist



### 360 Photo booth Automatic Video Motion Rotating Selfie Platform Motorized Party

**bikeshopservices** (305)
97.8% positive   Seller's other items
Contact seller

**US $599.00**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New

Size:   - Select -

Quantity:  1    **Last One** / 4 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

**People want this.** 38 people are watching this.

Shipping:   **Free** Standard Shipping. See details
Located in: Ontario, California, United States

Delivery:   Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:   Seller does not accept returns. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

 Checkout

How do you like our checkout? Give us feedback

💡  New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⚪

ℹ️ You can split your payment for this order. **Add Card**

⚪    **x-6789 Expired**

⚪    Add new card

🔘    PayPal

⚪    No Interest if paid in full in 6 months.
       Apply now. **See terms**

⚪    Google Pay

### Ship to

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
**Change**

### Review item and shipping

Seller: bikeshopser...  |  **Message to seller**

  360 Photo booth Automatic Video
Motion Rotating Selfie Platform
Motorized Party
Size: 80cm/31.50in+Flight case

| | |
|---|---|
| Subtotal (1 item) | $1,499.00 |
| Shipping | Free |
| Tax* | $104.93 |

| **Order total** | **$1,603.93** |
|---|---|

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

**See details**

$1,499.00

Quantity 1

**Delivery**
Est. delivery: Jan 2 – Jan 6
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved communities create safe and inclusive public skateparks for youth. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount

None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices      and AdChoice



# Defendant No.: 63

# Store Name:

bingobuy

# Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

    Categories    Search for anything    All Categories    Search

# bingobuy

**97.7%** positive feedback    **49K** items sold    **1.1K** followers

⬆ Share    💬 Contact    ♡ Save Seller

≡ Categories    Shop    **About**    Feedback    🔍 Search all 1,447 items

## About us

Welcome to visit our store.

Location: **China**
Member since: **Aug 14, 2018**
Seller: **bingobuy**

Do you like our store experience?    👍    👎

12/26/23, 3:06 PM · 100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie iiC3 | eBay

ebay    Categories    [ 🔍 Search for anything                                    ]    [ All Categories ▾ ]    ( Search )

Back to home page  ›  Electronics  ›  Cameras & Photo  ›  Camera, Drone & Photo Ac...  ›  Other Camera & Photo Accs          Share    Add to Watchlist

🏷️ SAVE UP TO 7% WHEN YOU BUY MORE



     

Have one to sell? Sell now

## 100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie iiC3

 bingobuy (9334)
97.7% positive   Seller's other items
Contact seller

**US $949.99/ea**

Was US $999.99 ⓘ
Save US $50.00 (5% off)

No Interest if paid in full in 6 mo on $99+ with PayPal
Credit*

Condition: New

Sale ends in: **5h 25m**

Size: [ - Select - ▾ ]

Quantity: [ 1 ]   5 available / 5 sold

Bulk savings:

| Buy 1 $949.99/ea | Buy 2 $921.49/ea | Buy 3 $902.49/ea | 4 c $88 |

( Buy It Now )

( Add to cart )

( ♡ Add to watchlist )

**Breathe easy.** Returns accepted.

Shipping:   **Free** Standard Shipping. See details
            Located in: Chino, California, United States

Delivery:   Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

https://www.ebay.com/itm/364261851414?hash=item54cfb2c116:g:Mi8AAOSwf2NkZLAW&amdata=enc%3AAQAIAAAA4F%2BVud2fLOtEsJPAnAv31...    1/6

 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**   Split payment between two cards   ⬤

ℹ️ You can split your payment for this order. **Add Card**

○ **x-6789** Expired

○ Add new card

⦿ PayPal

○ No Interest if paid in full in 6 months. Apply now. See terms

○ Google Pay

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller:  bingobuy   |   Message to seller

 100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie iiC3
Size: A 68CM

---

Subtotal (1 item)                    $949.99
Shipping                              Free
Tax*                                 $66.50

**Order total**                      **$1,016.49**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

$949.99

$999.99

Quantity
1

**Delivery**
Est. delivery: Jan 2 – Jan 6
FedEx Ground or FedEx Home
Delivery
**Free**

Save up to 5%

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount

None

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



# Defendant No.: 64

## Store Name:

Blacktechlife

## Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay        11

    Categories    Search for anythi    All Categories    Search

# Blacktechlife

**98.5%** positive feedback    **36K** items sold    **976** followers

⎙ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 2,477 items

## About us

Location: **China**
Member since: **Aug 11, 2018**
Seller: **blacktech*life**

Do you like our store experience? 👍 👎

12/26/23, 11:00 PM 360 Photo Booth Slow Motion Video Platform 360 Automatic Rotating Selfies 100cm | eBay

Hi Roberto! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact          Sell | Watchlist | My eBay

**ebay**    Categories    [Search for anything]    [All Categories]    **Search**

Back to home page › Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs          Share

This listing was ended by the seller on Mon, Nov 6 at 2:03 AM because there was an error in the listing.



### 360 Photo Booth Slow Motion Video Platform 360 Automatic Rotating Selfies 100cm

**blacktech*life** (6665)
98.5% positive | Seller's other items
Contact seller

## US $1,399.99
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: **New**

Quantity: [ 1 ]  More than 10 available

Shipping: **Free** Standard Shipping. See details
Located in: Cranbury, United States

Delivery: Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns: 30 days returns. Seller pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.          eBay item number: 385916342881

Last updated on Sep 10, 2023 22:34:53 PDT  View all revisions

https://www.ebay.com/itm/385916342881?hash=item59da681261:g:KIcAAOSwRJhkUhjL&amdata=enc%3AAQAIAAAAwMLkvq%2FG7DBNPrqoCB2r... 1/5

Hi **Roberto**!        <u>Daily Deals</u>    <u>Brand Outlet</u>    <u>Gift Cards</u>    <u>Help & Contact</u>    Sell    Watchlist         My eBay         

    Categories        Search for anything        All Categories        Search

# Blacktechlife

**98.5%** positive feedback        **36K** items sold        **976** followers

Share        Contact        Save Seller

Categories        Shop        **About**        Feedback        Search all 2,477 items

## About us

Location: **China**
Member since: **Aug 11, 2018**
Seller: **blacktech*life**

Do you like our store experience? 👍 👎



# Defendant No.: 65

# Store Name:

tp*666

# Platform:

Ebay

Hi **Roberto**!          Daily Deals          Brand Outlet          Gift Cards          Help & Contact          Sell    Watchlist          My eBay               11

    Categories          Search for anything          All Categories          Search

# us*hgs

**98%** positive feedback          **14K** items sold          **387** followers

⇪ Share          💬 Contact          ♡ Save Seller

☰ Categories          Shop          **About**          Feedback          🔍 Search all 1,979 items

## About us

Welcome to us*hgs Store. Pay attention to us！   Every day We will give you Suprise!

Location: **China**
Member since: **Jan 04, 2019**
Seller: **tp*666**

Do you like our store experience?          👍     👎

Hi Roberto!   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist   My eBay

ebay   Categories          Search for anything          All Categories      **Search**

Back to home page  ›  Electronics  ›  Cameras & Photo  ›  Camera, Drone & Photo Ac...  ›  Other Camera & Photo Accs          Share

This listing was ended by the seller on Tue, Oct 17 at 1:59 AM because there was an error in the listing.



ENDED

### 100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie iiu3

**tp*666** (2468)
98% positive
Seller's other items
Contact seller

## US $999.99

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  **New**

Size:   - Select -

Quantity:  1       5 available

Shipping:  Free Standard Shipping. See details
Located in: Chino, California, United States

Delivery:  Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

About this item   |   Shipping, returns, and payments                   Report this item

Seller assumes all responsibility for this listing.                eBay item number:  354855294611

Last updated on Aug 25, 2023 00:26:58 PDT  View all revisions

Have one to sell?  Sell now



# Defendant No.: 66

# Store Name:

bright-yourlife

# Platform:

Ebay

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Watchlist    My eBay          11

    Categories    Search for anything    All Categories    Search

# bright-yourlife

**100% positive feedback**    **12K items sold**    **140 followers**

⬆ Share    💬 Contact    ♡ Save Seller

≡ Categories    Shop    **Sale**    About    Feedback    🔍 Search all 215 it

## Sale items

Extra $30 off each item with code

Expires Decembe...

Terms & Conditions

**Shop All**

| | | | |
|---|---|---|---|
| ♡ | ♡ | ♡ | |

39.4 inch 360 Photo Booth Video Booth...

**$1,134.00**
~~$1,890.00~~ 40% off

45.3 inch 360 Photo Booth 360 Video Booth...

**$1,792.80**
~~$2,988.00~~ 40% off

360 Photo Booth 31.5" Video Booth Platform...

**$894.00**
~~$1,490.00~~ 40% off

360 Photo booth Video Motion Automatic...

**$1,018.80**
~~$1,698.00~~ 40% off

12/26/23, 9:46 PM    360 Photo booth Video Motion Automatic Rotating Selfie Platform Remote Control | eBay

Hi **Roberto!**     Daily Deals     Brand Outlet     Gift Cards     Help & Contact          Sell     Watchlist     My eBay

ebay     Categories          Search for anything          All Categories ▾     **Search**

Back to home page  ›  Electronics  ›  Cameras & Photo  ›  Camera, Drone & Photo Ac...  ›  Other Camera & Photo Accs          Share   Add to Watchlist

SAVE UP TO **40%**   See all eligible items and terms



### 360 Photo booth Video Motion Automatic Rotating Selfie Platform Remote Control

**bright-yourlife** (2214)
100% positive   Seller's other items
Contact seller

**US $750.00**
Was US $1,250.00 ⓘ
Save US $500.00 (40% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New

Sale ends in: **7h 31m**

Size:     - Select -

Quantity: 1     3 available

Buy It Now

Add to cart

♡ Add to watchlist

**People are checking this out.** 5 have added this to their watchlist.

Shipping:   **Free** Standard Shipping. See details
Located in: Secaucus, New Jersey, United States

Delivery:   Estimated between **Fri, Dec 29** and **Tue, Jan 2** to 33166 ⓘ

Returns:   Seller does not accept returns. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

# Defendant No.: 67

## Store Name:

LED Light Store

## Platform:

Ebay

Hi **Roberto**!          Daily Deals     Brand Outlet     Gift Cards     Help & Contact     Sell     Watchlist          My eBay                11

          Categories          🔍 Search for anyth          All Categories ⌄          Search



# LED Light Store

**98%** positive feedback     **14K** items sold     **190** followers

⬆ Share          💬 Contact          ♡ Save Seller

☰ Categories          Shop          **About**          Feedback          🔍 Search all 506 items

## About us

Welcome to my shop If you like my store, please add me to your favorite!
We are a company specializing in the production of lighting products. All of our products comply with international quality standards and are greatly appreciated in a variety of different markets throughout the world. Our LED products can easily lower your home energy costs, which will allow significant savings in your electricity bill, as well as reduce $CO_2$ emissions helping to achieve a sustainable development for the environme.

Location: **China**
Member since: **Jul 17, 2017**
Seller: **bright-your-world**

## Top Rated Seller

Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact       Sell    Watchlist    My eBay

eBay    Categories    Search for anything    All Categories    Search

Back to home page    Electronics    Cameras & Photo    Camera, Drone & Photo Ac...    Other Camera & Photo Accs    Share

This listing was ended by the seller on Thu, Oct 26 at 12:08 AM because the item was lost or broken.



45.3 inch/115cm

ENDED

       

Have one to sell? Sell now

## 45.3" 360 Photo Booth Machine Selfie Automatic Spin Platform DJ Party Wedding

ledlight1 (3234)
99.5% positive    Seller's other items
Contact seller

### US $2,093.00
or Best Offer
Was US $2,990.00
Save US $897.00 (30% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:    New

Ended:    Oct 26, 2023 00:08:51 PDT

Quantity:    1    4 available

Shipping:    Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: SZ, China

Delivery:    Estimated between Mon, Jan 22 and Wed, Feb 7 to 33166
This item has an extended handling time and a delivery estimate greater than 20 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee

Support Smartphone, iPad, GoPro, DSLR camera

    360 Photo Booth is the most versatile booth available – featuring compatibility with many different versions of photo capture technology. Whether you are using a smartphone, iPad, GoPro or DSLR camera, it will bring you the amazing video effect.

**Money Maker**

The average rental for the 360 photo booths is around $500 per hour.

One 4 hour rental = $500 x 4 hours = $2000

Make your money back in just 2 to 3 events!



# Defendant No.: 68

# Store Name:

buli_2505

# Platform:

Ebay

Hi **Roberto**!　　Daily Deals　Brand Outlet　Gift Cards　Help & Contact　Sell　Watchlist　My eBay　🔔　🛒 11



Categories　　🔍 Search for anything　　All Categories ⌄　　Search

# Industrial-life

**96.3%** positive feedback　　**690** items sold　　**35** followers

⬆ Share　　💬 Contact　　♡ Save Seller

≡ Categories　　Shop　　**About**　　Feedback　　🔍 Search all 844 items

## About us

Welcome to Industrial-life.We provide industrial, electronic, auto parts, beauty, home and other products to meet all your needs. As a reliable seller, we always strive for excellence, innovation, and high-quality products. Welcome to choose the perfect product that suits your personality. Just shop with confidence now!

Location: **China**
Member since: **Mar 20, 2023**
Seller: **buli_2505**

## Top Rated Seller

Industrial-life is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

12/26/23, 4:56 PM    100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie iixmq | eBay

Hi **Roberto!**     Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 **1**

**ebay**    Categories    | Search for anything | All Categories | **Search** |

Back to home page   >   Electronics   >   Cameras & Photo   >   Camera, Drone & Photo Ac...   >   Other Camera & Photo Accs          Share    Add to Watchlist

💫 **SAVE UP TO 7%** WHEN YOU BUY MORE



     



Have one to sell?  Sell now

### 100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie iixmq

Industrial-life (150)
96.3% positive   Seller's other items
Contact seller

**US $949.99**
Was US $999.99  ⓘ
Save US $50.00 (5% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  New

Sale ends in:  **25m 6s**

Size:    | - Select - |

Quantity:  | 1 |   **Last One**

| **Buy It Now** |

| **Add to cart** |

| ♡ **Add to watchlist** |

**Breathe easy.** Returns accepted.

Shipping:  **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:  Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⬭

ⓘ You can split your payment for this order. **Add Card**

○    x-6789 Expired

○    Add new card

◉    PayPal

○    No Interest if paid in full in 6 months.
     Apply now. See terms

○    Google Pay

| Subtotal (1 item) | $949.99 |
| Shipping | Free |
| Tax* | $66.50 |

**Order total**    **$1,016.49**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller: buli_2505    |    Message to seller



100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie iixmq

Size: A 68CM

$949.99

$999.99

Quantity 1

**Delivery**
Est. delivery: Dec 30 – Jan 5
FedEx Ground or FedEx Home
Delivery
**Free**

Save up to 5%

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount     None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice

# Defendant No.: 69

# Store Name:

## cdsundly

# Platform:

## Ebay

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay         11

    Categories    Search for anything    All Categories    Search

# cdsundly

**98.7%** positive feedback      **2.7K** items sold      **85** followers

⬆ Share      💬 Contact      ♡ Save Seller

Shop      **About**      Feedback          🔍 Search all items

## About us

Hello there! Welcome to cdsundly.!! 🎉🎉🎉
Our shop sells machinery, household, daily necessities, pet supplies, kitchen supplies and more.
Including outboard machines, wallpaper, racks, car wash tubes, door opening equipment, etc.
💕 If you have any questions, please feel free to contact us, we will reply you within 12 hours. 💕

Our pre-sales and after-sales services are very positive and fast, and we look forward to a pleasant transaction with you. 🌷

Location: **China**
Member since: **Jun 12, 2019**
Seller: **cdsundly**

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact
Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice
, Your Privacy Choices        and AdChoice

12/26/23, 9:30 PM    360 Photo Booth Video Booth Platform 31.5" Automatic Spinner Motorized Wedding | eBay



Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay

**ebay**    Categories    Search for anything    All Categories    Search

Back to home page    Electronics > Cameras & Photo > Camera, Drone & Photo Ac... > Other Camera & Photo Accs    Share

This listing was ended by the seller on Fri, Oct 13 at 4:02 AM because the item is no longer available.

### 360 Photo Booth Video Booth Platform 31.5" Automatic Spinner Motorized Wedding

**cdsundly** (516)
98.7% positive    Seller's other items
Contact seller

## US $949.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New

Quantity: 1    2 available

Shipping: **Free** Standard Shipping. See details
Located in: Los Angeles, New Jersey, Atlanta, United States

Delivery: Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.    eBay item number: 134587159543

Last updated on Oct 06, 2023 22:37:06 PDT    View all revisions

https://www.ebay.com/itm/134587159543?hash=item1f560513f7:g:NKEAAOSw2eFjBZ~c&amdata=enc%3AAQAIAAAA4Kqw1gFeY0zNaIuH7BWtWd...    1/3



Ring light adjustable:180°

360° rotation function

# Defendant No.: 70

# Store Name:

chetgaya40

# Platform:

Ebay

Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 11

    Categories    🔍 Search for anyth    All Categories ⌄    Search

Sorry, this user was not found.

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact

Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice , Your Privacy Choices    and AdChoice

12/26/23, 1:45 PM New 100cm 360 Photo Booth Video Slow Motion Auto Rotating 360 Photobooth Machine | eBay

Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Categories    [Search for anything]    [All Categories ▾]    [Search]

Back to home page    Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs    Share

This listing was ended by the seller on Mon, Dec 11 at 8:55 AM because the item is no longer available.



### New 100cm 360 Photo Booth Video Slow Motion Auto Rotating 360 Photobooth Machine

cheap_tees (41)
100% positive    Seller's other items
Contact seller

## US $1,450.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:    New

Types:    [- Select -]

Quantity:    [1]    2 available

Shipping:    Free Economy Shipping. See details
            Located in: Marlton, New Jersey, United States

Delivery:    Estimated between Fri, Jan 5 and Fri, Jan 12 to 33166 ⓘ
            Includes 5 business days handling time after receipt of cleared payment.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number:    204381929222

https://www.ebay.com/itm/204381929222?hash=item2f961cbf06:g:pdIAAOSwO3tknlan&amdata=enc%3AAQAIAAAA4E4rFBFf9uCK%2BeLZEFghJO...    1/3



# Defendant No.: 71

# Store Name:

chinatopeshop

# Platform:

Ebay



12/26/23, 9:03 AM                          360 Degree Wedding Photo Booth w/ Slow Motion - Fits 3-5 people up to 880lbs | eBay

Hi **Roberto!**      Daily Deals    Brand Outlet    Gift Cards    Help & Contact                          Sell    Watchlist    My eBay

eBay      Categories      🔍 Search for anything                          | All Categories ▾ |    Search

Back to home page  ›  Electronics  ›  Cameras & Photo  ›  Camera, Drone & Photo Ac...  ›  Other Camera & Photo Accs                          Share

This listing was ended by the seller on Fri, Dec 15 at 4:12 AM because the item is no longer available.



ENDED

### 360 Degree Wedding Photo Booth w/ Slow Motion - Fits 3-5 people up to 880lbs

**chinatopeshop** (10667)
97.2% positive   Seller's other items
Contact seller

**US $1,689.00**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:    **New**

Shipping:     **Free** Standard Shipping. See details
Located in: Cranbury, New Jersey, United States

Delivery:     Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:      30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell?  Sell now

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                          eBay item number:  404257870017

Last updated on Aug 18, 2023 20:06:30 PDT   View all revisions

### Item specifics



# Defendant No.: 72

# Store Name:

chongya

# Platform:

Ebay

Hi **Roberto**!          Daily Deals      Brand Outlet      Gift Cards      Help & Contact      Sell  Watchlist      My eBay            

    Categories    | 🔍 Search for anything | All Categories ▾ |    Search



# chongya

**98.4%** positive feedback      **5.4K** items sold      **325** followers

🔗 Share      💬 Contact      ♡ Save Seller

| ☰ Categories |      Shop      **About**      Feedback      | 🔍 Search all 639 items |

## About us

Location: **China**
Member since: **Sep 16, 2021**
Seller: **chongya**

## Top Rated Seller

chongya is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](#)

12/26/23, 1:22 PM                    100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie new | eBay

Hi **Roberto!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 ¹¹

ebay    Categories    | 🔍 Search for anything | | All Categories ▾ | Search |

Back to home page › Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs                    Share

This listing was ended by the seller on Thu, Oct 5 at 10:58 PM because there was an error in the listing.



**100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie new**

chongya (827)
98.4% positive | Seller's other items
Contact seller

**US $999.99**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  **New**

Size:       | - Select - ▾ |

Quantity:   | 1 |   2 available

Shipping:   **Free** Standard Shipping. See details
            Located in: Chino, California, United States

Delivery:   Estimated between **Sat, Dec 30** and **Fri, Jan 5** to 33166 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                    eBay item number:  404469785145

Last updated on Sep 12, 2023 03:51:13 PDT   View all revisions





# Defendant No.: 73

# Store Name:

cnc_tool

# Platform:

Ebay



Hi **Roberto!**          Daily Deals      Brand Outlet      Gift Cards      Help & Contact                    Sell      Watchlist      My eBay

Categories | Search for anything | All Categories ⌄ | Search

# szcnc_tool

**98.4%** positive feedback      **9.7K** items sold      **310** followers

⬆ Share      💬 Contact      ♡ Save Seller

☰ Categories | Shop | Sale | About | Feedback | 🔍 Search all 583 items

## Sale items

Extra $10 off
each item with
code

Expires
December 29,...
Terms &
Conditions

**Shop
All**

| Automatic Cake Spreading Machine Cake Cream... | 4-18inch Automatic Cake Cream Coating Spreader... | 4-12inch Automatic Cake Spreading Machine Cake... | Electric Automatic Cake Cream Coating Spatula... |
|---|---|---|---|
| **$473.10** | **$854.05** | **$659.30** | **$464.55** |
| ~~$498.00~~ **5% off** | ~~$899.00~~ **5% off** | ~~$694.00~~ **5% off** | ~~$489.00~~ **5% off** |

Save $6 for
every $300
with code



12/26/23, [illegible]

**ebay**    Categories    Search for anything    All Categories    Search

Back to home page    Electronics › Cameras & Photo › Camera, Drone & Photo Ac... › Other Camera & Photo Accs    Share    Add to Watchlist

🏷️ **SAVE UP TO 5%**  See all eligible items and terms



**360 Photo Booth Automatic Rotating Video Selfie Platform Motorized + Flight Case**

szcnc_tool (1708)
98.4% positive   Seller's other items
Contact seller

**US $1,044.05**
Was US $1,099.00 ⓘ
Save US $54.95 (5% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:   **New**

Size:    - Select -

Quantity:   1    2 available

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

**Breathe easy.** Returns accepted.

Shipping:   US $500.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:   Estimated between **Tue, Jan 9** and **Fri, Jan 19** to 33166 ⓘ
This item has an extended handling time and a delivery estimate **greater than 10 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

Have one to sell? Sell now

 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**    Split payment between two cards    ⬭

ℹ️ You can split your payment for this order. **Add Card**

○    **x-6789** Expired

○    Add new card

◉    PayPal

○    No Interest if paid in full in 6 months.
     Apply now. See terms

○    Google Pay

| | |
|---|---|
| Subtotal (1 item) | $1,044.05 |
| Shipping | $500.00 |
| Tax* | $108.08 |

**Order total**    **$1,652.13**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller: cnc_tool    |    Message to seller

 360 Photo Booth Automatic Rotating Video Selfie Platform Motorized + Flight Case
Size: 68CM / 26.8"

**$1,044.05**
~~$1,099.00~~

Quantity
1

**Delivery**
Est. delivery: Jan 9 – Jan 19
SpeedPAK Standard
**$500.00**

Save up to 5%

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved communities create safe and inclusive public skateparks for youth. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



# Defendant No.: 74

# Store Name:

coll1ect

# Platform:

Ebay



Hi **Roberto**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Watchlist    My eBay

    Categories    🔍 Search for anything    | All Categories ⌄ |    Search

# col1ect

**98%** positive feedback    **2.7K** items sold    **150** followers

🔗 Share    💬 Contact    ♡ Save Seller

| ☰ Categories |    Shop    **About**    Feedback    | 🔍 Search all 790 items |

## About us

Location: **China**
Member since: Jul 27, 2022
Seller: **col1ect**

## Top Rated Seller

col1ect is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



 Checkout

How do you like our checkout? Give us feedback

💡 New! You can split payment for this purchase across two cards.

**Pay with**   Split payment between two cards    ⚪

ℹ You can split your payment for this order. **Add Card**

⚪ x-6789 Expired

⚪ Add new card

🔘 PayPal

⚪ No Interest if paid in full in 6 months. Apply now. See terms

⚪ Google Pay

| Subtotal (1 item) | $949.98 |
| Shipping | $200.00 |
| Tax* | $80.50 |

**Order total**    **$1,230.48**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

See details

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
Change

**Review item and shipping**

Seller: col1ect  |  Message to seller

 1PC 115cm Photo Booth Slow Motion Video Platform 360° Automatic Rotating Selfies
Size: 80cm



$949.98

**Quantity**
1

**Delivery**
Est. delivery: Jan 3 – Jan 8
FedEx Ground or FedEx Home
Delivery
$200.00

---

## Gift cards, coupons, eBay Bucks

Enter code:            Apply

---

## Donate to charity (optional) ⓘ

The Skatepark Project

Join The Skatepark Project in helping underserved
communities create safe and inclusive public skateparks
for youth. PayPal Giving Fund (PPGF) receives your
donation and grants 100% to a charity no later than 30
days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount            None

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>      and <u>AdChoice</u>

**A** 80



# Defendant No.: 75

# Store Name:

coll-4690

# Platform:

Ebay

Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay         11

    Categories    Search for anythi    All Categories    Search

# coll-4690

**97.6%** positive feedback    **4.4K** items sold    **198** followers

⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 1,394 items

## About us

Location: **China**
Member since: **Nov 30, 2021**
Seller: **coll-4690**

Do you like our store experience? 👍 👎

12/26/23, 2:51 PM    100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie | eBay

Hi Roberto!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay    🔔    🛒 ¹¹

ebay    Categories    Search for anything    | All Categories ▾ |    Search

Back to home page > Electronics > Cameras & Photo > Camera, Drone & Photo Ac... > Other Camera & Photo Accs    Share

This listing was ended by the seller on Thu, Dec 21 at 12:24 AM because there was an error in the listing.



     

Have one to sell? Sell now

## 100cm 360 Photo Booth Slow Motion Video Platform Automatic Rotating Selfie

coll-4690 (736)
97.6% positive    Seller's other items
Contact seller

### US $1,234.99

Was US $1,299.99  ⓘ
Save US $65.00 (5% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

| Condition: | New |
| --- | --- |
| Ended: | Dec 21, 2023 00:24:23 PST |

Size:  | C 100CM |

Quantity:  | 1 |  5 available

| Shipping: | **Free** Standard Shipping. See details |
| --- | --- |
|  | Located in: Chino, California, United States |
| Delivery: | Estimated between **Tue, Jan 2** and **Sat, Jan 6** to 33166 ⓘ |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: | |

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |
| --- | --- |

Report this item



# Defendant No.: 76

# Store Name:

comettgood

# Platform:

Ebay





 Checkout

How do you like our checkout? **Give us feedback**

 New! You can split payment for this purchase across two cards.

**Pay with**     Split payment between two cards ⚪

ℹ️ You can split your payment for this order. **Add Card**

○     x-6789 Expired

○     Add new card

◉     PayPal

○     No Interest if paid in full in 6 months.
       Apply now. See terms

○     Google Pay

---

| | |
|---|---|
| Subtotal (1 item) | $809.00 |
| Shipping | Free |
| Discount | -$5.00 |
| Tax* | $56.28 |

**Order total**     **$860.28**

By placing your order, you agree to eBay's **User Agreement** and **Privacy Notice**.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. **Learn more**

Pay with *PayPal*

You'll finish checkout on PayPal

**See details**

---

**Ship to**

ENCARGA ROBERTO ROMERO
8611 NW 72nd St
Doral, FL 33166-2311
United States
(786) 687-9611
**Change**

---

**Review item and shipping**

Seller: comettgood     |     **Message to seller**

 360 Photo Booth Video Motion Rotating Selfie Platform Automatic Motorized

Option: 80 cm/31.5 inch

**$809.00**

Quantity 1

**Delivery**
Est. delivery: Dec 30 – Jan 5
FedEx Ground or FedEx Home
Delivery
**Free**

**Gift cards, coupons, eBay Bucks**

☑ Discount COMETTGOOD02
**Applied: $5.00**

Enter code: | Apply

ⓘ To apply a donation, you can't be using gift cards, coupons, eBay Bucks, or reward points.

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice



# Defendant No.: 77

# Store Name:

comsl-18

# Platform:

Ebay

Hi **Roberto**!    <u>Daily Deals</u>    <u>Brand Outlet</u>    <u>Gift Cards</u>    <u>Help & Contact</u>    Sell    Watchlist    My eBay         11

    Categories    🔍 Search for anything    | All Categories ▾ |    Search

# comsl-18

**98.8%** positive feedback    **3.1K** items sold    **136** followers

⬆ Share    💬 Contact    ♡ Save Seller

| ☰ Categories |    Shop    **About**    Feedback    🔍 Search all 1,214 items

## About us

Location: **China**
Member since: **Nov 30, 2021**
Seller: **comsl-18**

Do you like our store experience?  👍  👎

12/26/23, 1:... PM 80-100cm Photo Booth Slow Motion Video Platform 360° Automatic Rotating Selfie7r | eBay

ebay | Categories | Search for anything | All Categories | Search

Back to home page | Electronics > Cameras & Photo > Camera, Drone & Photo Acc... > Other Camera & Photo Accs | Share

This listing was ended by the seller on Sat, Oct 28 at 1:42 AM because there was an error in the listing.



- Taking 360 Degree AmazingRotating Videos Automatically
- Further Solve The ProblemOf Lens Shake During Shooting
- More Lighter Weight And SmallerVolume , Cheaper Shipping Cost
- Easily And Quickly Set-up

ENDED

Have one to sell? Sell now

## 80-100cm Photo Booth Slow Motion Video Platform 360° Automatic Rotating Selfie7r

comsl-18 (565)
98.8% positive | Seller's other items
Contact seller

### US $1,199.99

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New

Size: - Select -

Quantity: 1 | 5 available

Shipping: Free Standard Shipping. See details
Located in: Cranbury, United States

Delivery: Estimated between Sat, Dec 30 and Fri, Jan 5 to 33166 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments:

*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 126068530882

Last updated on Sep 10, 2023 23:13:06 PDT View all revisions

