IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-cv-24366-BLOOM/TORRES

MARVEL TECHNOLOGY(CHINA)
CO. LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## ANSWER TO COMPLAINT

Defendant 360SPB Direct, Ceiveilas, Dowshata, GO360BOOTH, Peepoleck, WiViTouch, and Number 8 Store (collectively "Defendants") by and through their undersigned attorney, and for their Answer to Plaintiff MARVEL TECHNOLOGY(CHINA) CO. LIMITED's ("Plaintiff") First Amended Complaint, state as follows:

Defendants deny the allegations Plaintiff made in the first paragraph of its Complaint, which is unnumbered.

## INTRODUCTION

1.     Defendant admits that in this action Plaintiff attempts to assert claims under the Patent Act, 35 U.S.C. § 101 et seq., including 35 U.S.C. § 271. Defendant denies the substance of the alleged claims.

2.     Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 2.

3. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

4. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 4.

5. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 5.

## PARTIES

6. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 6.

7. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 7.

8. Defendants admit they reside in a foreign jurisdiction. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

9. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

10. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

11. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

12. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

13. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

14. Denied.

## JURISDICTION AND VENUE

15. Defendant admits that in this action Plaintiff attempts to assert claims under the Patent Act, 35 U.S.C. § 101 *et seq.,* and 28 U.S.C. §§ 1331 and 1338. Defendant denies the substance of the alleged claims.

16. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

17. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

## GENERAL ALLEGATIONS

18. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 18.

19. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 19.

20. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 20.

21. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

22. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

23. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

24. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

25. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

26. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

27. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

28. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

29. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

30. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

31. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

32. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

33. Denied.

34. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

35. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

## COUNT I
## [ALLEGED] INFRINGEMENT OF UNITED STATES PATENT
## 35 U.S.C. § 271

36. Defendants incorporate by reference its answers in Paragraphs 1 through 35 above.

37. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 37.

38. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 38.

39. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in paragraph 39.

40. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

41. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

42. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

43. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

44. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

45. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

46. Denied.

47. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

48. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entities, and so denies them.

49. Denied.

## **AFFIRMATIVE DEFENSES**

By way of further Answer and as affirmative defenses, Defendants deny that they are liable to Plaintiff on any of the claims alleged and denies that Plaintiff is entitled to damages, treble or punitive, equitable relief, attorneys' fees, costs, pre-judgement interest or to any relief whatsoever, and states as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure To State A Claim)

1. The Complaint, on one or more counts set forth therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Laches)

2. Plaintiff's claims are barred by laches, in the Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its full awareness of Defendant's actions.

## THIRD AFFIRMATIVE DEFENSE
### (Waiver, Acquiescence, And Estoppel)

3. Each of the purported claims set forth in this Complaint is barred by the doctrines of waiver, acquiescence, and estoppel.

## FOURTH AFFIRMATIVE DEFENSE
### (Non-Infringement)

4. Defendants have not infringed any applicable patents under federal or state law.

## FIFTH AFFIRMATIVE DEFENSE
### (Invalidity)

5. The Marvel Technology (China) Co. Limited Works are invalid for failing to comply with one or more of the statutory requirements for patent protection.

## SIXTH AFFIRMATIVE DEFENSE
### (Actions Of Others)

6. The claims made in the Complaint are barred, in whole or in part, because Defendants are not liable for the acts of others over whom it has no control.

## SEVENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

7. Upon information and belief, Plaintiff's Complaint, on one or more counts set forth therein, is barred by the doctrine of unclean hands because Plaintiff is guilty of its wrongful and/or

illegal activities which were intimately connected with Plaintiff's claim for relief and that the misconduct are of such a prejudicial nature to Defendants, and it would be unfair to allow Plaintiff to recover any damage on the alleged claims herein.

### EIGHTH AFFIRMATIVE DEFENSE
**(No Injunctive Relief)**

8. Plaintiff's demand to enjoin Defendants by injunctive relief are barred, as Plaintiff suffered neither harm nor irreparable harm from Defendant's actions.

### NINTH AFFIRMATIVE DEFENSE
**(Defendants Acted in Good Faith)**

9. Plaintiff's Complaint, on one or more counts set forth therein, is barred because Defendants acted at all times in good faith and did not directly or indirectly induce any act or omission alleged to constitute a violation of any laws, statutes, rules, regulations, contracts, or agreements.

### TENTH AFFIRMATIVE DEFENSE
**(No Causation)**

10. Plaintiff's Complaint, on one or more counts set forth therein, is barred because no act or omission by Defendants was the cause of any of the alleged damages in the Amended Complaint.

### ADDITIONAL DEFENSES

Defendants reserve the right to assert additional defenses based on information learned or obtained during discovery.

### COUNTERCLAIM

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Defendants/Counterclaim Plaintiffs files this counterclaim against Plaintiff/Counterclaim Defendant and allege:

## PARTIES

1. Defendants/Counterclaim Plaintiffs 360SPB Direct, Ceiveilas, Dowshata, GO360BOOTH, Peepoleck, WiViTouch, and Number 8 Store (collectively "Defendants/Counterclaim Plaintiffs") are business entities that are organized under the laws of, and headquartered in, China.

2. On information and belief, Plaintiff/Counterclaim Defendant Marvel Technology (China) Co. Limited ("Marvel") is a Chinese company based in China.

## JURISDICTION AND VENUE

3. These claims arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 et seq., and the Patent Laws of the United States of America, 35 U.S.C. §§ 1 et seq. This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338 in combination with 28 U.S.C. §§ 2201, and 2202. Additionally, any state law claims have supplemental jurisdiction.

4. Marvel has voluntarily submitted to the personal jurisdiction of the United States District Court, by virtue of, inter alia, bringing its present action in this Court. Marvel is subject to personal jurisdiction in this judicial district for the purposes of these Counterclaims.

5. According to the Complaint, Marvel alleges that venue is proper in this judicial district. Counterclaim-Plaintiffs contest that this venue is a convenient forum for this action.

### COUNT I – REQUEST FOR DECLARATORY JUDMGENT OF NON-INFRINGEMENT

6. Defendants/Counterclaim Plaintiffs incorporates by reference the allegations set forth in the preceding paragraphs.

7. Defendants/Counterclaim Plaintiffs sells a 360-degree Photo Booth that they designed ("Accused Products").

8. Accused Products do not infringe the US D976,993 Patent ("D '993 Patent), the US 11,719,380 Patent ("'380 Patent"), or the US 11,200,000 Patent ("'000 Patent").

9. For example, the D '993 Patent requires two fixtures on the rotating shooting bracket, which Defendants/Counterclaim Plaintiffs' Accused Products do not have these fixtures, as shown below:



D '993 image shows 2 handle fixtures.  Accused Products do not have handle fixtures.

10. In another example, the '380 Patent requires wherein the supporting base comprises at least two supporting rods intersecting and connected with each other, which Defendants/Counterclaim Plaintiffs' Accused Products do not have, as shown below:

| | |
|---|---|
| **wherein the supporting base comprises at least two supporting rods intersecting and connected with each other.** The round base 210 has rods 223, 224, and 225 which meet at a central spoke.  | In contrast, the Accused Products does not have the rods as a part of the base. The Accused Products have a large round solid base, and the support rods are directly welded to the main shaft. The rods are also not connected with each other.  |

11.  In a further example, the '000 Patent requires wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror, which Defendants/Counterclaim Plaintiffs' Accused Products do not have, as shown below:

| | |
|---|---|
| **wherein the supporting platform comprises a first supporting element, a tempered glass, a first light source, and a reflecting mirror.** The '000 Patent claim indicates a first supporting element, a tempered glass, a first light source, and a reflecting mirror.  | In contrast, the 360 Photo Booth support base does not contain a tempered glass, a first light source, or a reflecting mirror  |

12. Marvel filed patent infringement claims with Amazon against Defendants/Counterclaim Plaintiffs before filing this lawsuit.

13. As a result of the acts described in the forgoing paragraphs, there exists an actual and justiciable controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

14. Defendants/Counterclaim Plaintiffs seek a judicial determination and declaration of the respective rights and duties of the parties based on Defendants/Counterclaim Plaintiffs' contentions as set forth in the paragraphs above. Such determination and declaration are necessary and appropriate so that the parties may ascertain their respective rights and duties regarding the non-infringement of the D '993 Patent, the '380 Patent, and the '000 Patent.

### COUNT II – REQUEST FOR DECLARATORY JUDMGENT OF INVALIDITY

15. Defendants/Counterclaim Plaintiffs incorporates by reference the allegations set forth in the preceding paragraphs.

16.     The claims of the D'993 Patent, '380 Patent, and '000 Patent are invalid because they fail to comply with one or more of the provisions of Title 35 of the United States Code, including without limitation 35 U.S.C. §§ 102 and/or 103 and Counterclaim Plaintiffs are entitled to a declaration to that effect.

17.     The application for the D'993 Patent was first filed with the U.S. Patent and Trademark Office on August 01, 2022, claiming priority to a foreign application filed on April 22, 2022. The application for the '380 Patent was first filed with the U.S. Patent and Trademark Office on October 28, 2022, claiming priority to a foreign application filed on April 15, 2022. The application for the '000 Patent was first filed with the U.S. Patent and Trademark Office on January 19, 2023, claiming priority to a foreign application filed on April 29, 2022.

18.     Defendants/Counterclaim Plaintiffs began producing and shipping the Accused Products prior to the priority date of the D'993 Patent, '380 Patent, and '000 Patent. The following image shows transaction data for the Accused Product from Alibaba destined for the United States dated April 13, 2021.



Prior Sale of Accused Product

19. The following are examples of prior art found which show a 360 degree photo booth such as the D'993 Patent, '380 Patent, and '000 Patent.



Link 1: https://www.youtube.com/watch?v=tRTb34DLNmQ (dated Jun 19, 2015)



Link 2: https://www.youtube.com/watch?v=l6385m6uu6k (dated Oct 30, 2019)



Link 3: https://www.youtube.com/watch?v=12hxlpKiAO0 (dated Aug 5, 2021)



Link 4: https://www.facebook.com/groups/327894195652611/permalink/364545415320822/

(dated Sept 9, 2021)

20. Absent a declaration of invalidity, Marvel will continue to wrongfully assert the D'993 Patent, '380 Patent, and '000 Patent against Defendants/Counterclaim Plaintiffs, and thereby cause Defendants/Counterclaim Plaintiffs irreparable injury and damage. Therefore, an

actual and justiciable controversy exists between Defendants/Counterclaim Plaintiffs and Marvel.

21. This is an exceptional case entitling Defendants/Counterclaim Plaintiffs to an award of their attorneys' fees incurred in connection with this action pursuant to 35 U.S.C. §285.

### COUNT III – TORTIOUS INTERFERENCE WITH AN ADVANTAGEOUS BUSINESS RELATIONSHIP

22. Defendants/Counterclaim Plaintiffs incorporates by reference the allegations set forth in the preceding paragraphs.

23. Defendants/Counterclaim Plaintiffs have a pre-existing business relationship with Amazon selling the Accused Products. Defendants/Counterclaim Plaintiffs and Amazon had a valid and enforceable contractual relationship via Amazon's Amazon Services Business Solutions Agreement in which Defendants/Counterclaim Plaintiffs were permitted to sell goods on the Amazon marketplace in exchange for fees.

24. Upon information and belief, Marvel had knowledge of the pre-existing business relationship between Defendants/Counterclaim Plaintiffs and Amazon.

25. Upon information and belief, Marvel intentionally and without justification filed false patent infringement claims with Amazon against Defendants/Counterclaim Plaintiffs which interfered with the pre-existing business relationship.

26. Defendants/Counterclaim Plaintiffs are suffering irreparable harm, injury, and substantial damages directly proximately caused by Marvel's wrongful interference in the business relationship.

### PRAYER FOR RELIEF

WHEREFORE, Defendants/Counterclaim Plaintiffs pray the Court for judgment as follows:

A. Judgment be entered in favor of Defendants/Counterclaim Plaintiffs and against Marvel on each and every count of the Complaint and on each and every count of the Counterclaims;

B. That judgment be entered declaring that Defendants/Counterclaim Plaintiffs have not infringed the D '993 Patent, the '380 Patent, and the '000 Patent;

C. That judgment be entered declaring that Marvel is not entitled to injunctive relief, money damages, costs, attorneys' fees, or any other remedy for any alleged infringement by Defendants/Counterclaim Plaintiffs;

D. A permanent injunction against Marvel so that it is prohibited from misrepresenting or filing infringement claims of the D '993 Patent, the '380 Patent, and the '000 Patent against Defendants/Counterclaim Plaintiffs with Amazon or any other marketplaces.

E. For an award to Defendants/Counterclaim Plaintiffs of its reasonable attorneys' fees and costs as permitted by law; and

F. Such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants/Counterclaim Plaintiffs hereby demand a trial by jury on all issues that are triable of right to a jury in this action.

Respectfully submitted,

Dated:  February 28, 2024

/s/ Benjamin W. Dowers
Benjamin W. Dowers
Fla. Bar No.: 91401
bwd@guntherlegal.com
Gunther Legal, PLLC
1800 SE 10th Ave, Suite 340
Fort Lauderdale, FL 33316
954-556-1487
**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Date: February 28, 2024        Respectfully submitted,

                                              s/ Benjamin W. Dowers

                                              Benjamin W. Dowers
                                              Fla. Bar No.: 91401
                                              bwd@guntherlegal.com
                                              Gunther Legal, PLLC
                                              1800 SE 10th Ave, Suite 340
                                              Fort Lauderdale, FL 33316
                                              954-556-1487
                                              **Attorney for Defendants**