UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-24366-BLOOM/Torres

MARVEL TECHNOLOGY (CHINA)
CO. LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER AND FOR LEAVE TO RESCHEDULE THE MEDIATION DATE**

Plaintiff, MARVEL TECHNOLOGY (CHINA) CO., LTD ("Plaintiff"), and Defendants TYTY USA (No. 5), Rez LLC (No. 30), Achha 360 Photo Booth Store (No. 52), AchhaGo (No. 28), and health-ro-booter (No. 104), KMT-USA (No. 13), Foncusun USA (No. 9), 360 Scope (No. 1), MBOBAO-US (No. 14), Froectry Usa (No. 10) and FEMOORER (No. 8), 360SPB Direct, (No. 2), Ceiveilas (No. 4), Dowshata (No. 6), GO360BOOTH (No. 11), Peepoleeck (No. 15), WiViTouch (No. 17) ("Defendants")(collectively "Parties") by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, the Local Rules, jointly move for a limited modification of the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge entered on the Court's docket at ECF 55 ("Scheduling Order") and for leave to reschedule the mediation date (ECF No. 73).  The modification is partial because it does not affect the trial date or the calendar call.

The Parties are in need of additional time to be compliant with the Scheduling Order. Most

1

(if not all) of the parties are Chinese and recently there were Chinese holidays which affected the ability of the Parties to obtain and disclose experts (and summaries) which are anticipated in this case. While initially most parties agreed to push back such deadline, it became apparent that such action would affect other discovery deadlines as well. Consequently, the Parties respectfully request additional time to complete certain deadlines for this case, including discovery. Similarly, and as a consequence, the Parties would like to reschedule the mediation date to happen once experts are known.

Despite seeking the extension of the below referenced deadlines, the parties are not requesting that the trial date or calendar call be modified.

Therefore, for the above reasons, the parties submit that good cause exists under Fed. R. Civ. P. 6(b) for the modification of the Scheduling Order and the parties submit that it be modified as follows:

From October 15, 2024 to **November 14, 2024** - Parties disclose experts and exchange expert witness summaries or reports.

From October 29, 2024 to **December 3, 2024** - Parties exchange rebuttal expert witness summaries or reports.

From November 12, 2024 to **December 17, 2024** - All discovery, including expert discovery, is completed.

From November 26, 2024 to **January 3, 2024** - Parties must have completed mediation and filed a mediation report.

From December 4, 2024 to **January 10, 2024** - All dispositive pre-trial motions and Daubert motions (which include motions to strike experts) are filed. This deadline does not include motions in limine but includes all other pre-trial motions.

Mediation to be had between December 2 and December 20, 2024 (exact date pending mediator's availability), with David Friedland at 9100 South Dadeland Avenue, Suite 1620, Miami, Florida.

**WHEREFORE**, the Parties respectfully requests for this Court to grant the extension of time requested herein.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to the Local Rules, undersigned counsel conferred with all counsel of record who joined in this motion and agreed to the relief sought.

Respectfully submitted,

| | |
|---|---|
| By:*/s/ Humberto Rubio*<br>Humberto Rubio, Jr., Esq.<br>Florida Bar No. 36433<br>Felipe Rubio, Esq.<br>Florida Bar No. 123059<br>**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**<br>Attorneys for Plaintiff<br>8950 SW 74 Ct., Suite 1804<br>Miami, Fl 33156<br>Telephone: (786) 220-2061<br>Facsimile: (786) 220-2062<br>Email: hrubio@rubiolegal.com<br>Email: frubio@rubiolegal.com<br>Email: info@rubiolegal.com<br><br>***Attorneys for Plaintiff*** | By: *s/ Jianyin Liu*<br>Jianyin Liu, Esq. (FBN: 1007675)<br>**The Law Offices of James Liu PLLC**<br>15750 SW 92nd Ave Unit 20C Palmetto Bay, FL 33157<br>jamesliulaw@gmail.com<br>Ph: (305) 209 6188<br><br>**J. Zhang and Associates, P.C.**<br>Jiyuan Zhang, Esq.(*Pro Hac Vice*)<br>3712 Prince Street, Ste 9C Flushing, New York 11354<br>Ph: 1(718) 701-5098<br>JZ@jzhanglaws.com<br><br>***Attorney for Defendants,***<br>*KMT-USA, Foncusun USA, 360Scope, MBOBAO-US, Froectry USA, and FEMOORER* |
| By: */s/ Jianyin Liu*<br>Jianyin Liu, Esq. (FBN: 1007675)<br>**The Law Offices of James Liu PLLC**<br>15750 SW 92nd Ave Unit 20C Palmetto Bay, FL 33157<br>jamesliulaw@gmail.com<br>Ph: (305) 209 6188<br><br>***Attorney for Defendants*** | By: */s/ Benjamin W. Dowers*<br>Benjamin W. Dowers, Esq.<br>Benjamin W. Dowers Fla. Bar No.: 91401<br>bwd@guntherlegal.com<br>**Gunther Legal, PLLC**<br>1800 SE 10th Ave, Suite 220<br>Fort Lauderdale, FL 33316<br>954-556-1487 |

| | |
|---|---|
| TYTY USA, Rez LLC, Achha 360 Photo Booth Store, AchhaGo, health-ro-booter, WiViTouch | Steve Moore (Pro Hac Vice)<br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill, Ste. 615<br>Dallas, TX 75231<br>Telephone: (972) 331-4604<br>Fax: (972) 314-0900<br>smoore@nilawfirm.com<br><br>***Attorney for Defendants*** 360SPB Direct, Ceiveilas, Dowshata, GO360BOOTH, Peepoleeck |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2024 I caused to be served a true and correct copy of the foregoing using CM/ECF, which served a true and correct copy to all counsel or parties of record on the Service List as well as pursuant to this Court's prior orders.

By: /s/ Humberto Rubio
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433