UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-24366-BLOOM/Torres

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**[proposed] ORDER GRANTING PARTIES' JOINT MOTION TO AMEND
SCHEDULING ORDER AND FOR LEAVE TO RESCHEDULE MEDIATION**

THIS CAUSE comes before the Court upon Plaintiff, MARVEL TECHNOLOGY (CHINA) CO., LTD ("Plaintiff"), and Defendants TYTY USA (No. 5), Rez LLC (No. 30), Achha 360 Photo Booth Store (No. 52), AchhaGo (No. 28), and health-ro-booter (No. 104), KMT-USA (No. 13), Foncusun USA (No. 9), 360 Scope (No. 1), MBOBAO-US (No. 14), Froectry Usa (No. 10) and FEMOORER (No. 8), 360SPB Direct, (No. 2), Ceiveilas (No. 4), Dowshata (No. 6), GO360BOOTH (No. 11), Peepoleeck (No. 15), WiViTouch (No. 17) ("Defendants")(collectively "Parties") Joint Motion to Amend the Scheduling Order (ECF No. 55) and for Leave to Reschedule the Mediation Date (ECF No. 73). The Court has reviewed the motion and is otherwise duly advised and for the reasons stated herein, said motion is **GRANTED**.

Accordingly, it is **ORDERED** that:

1.      The Scheduling Order (ECF No. 55) shall be amended as follows:

**November 14, 2024** - Parties disclose experts and exchange expert witness summaries or reports.

1

**December 3, 2024** - Parties exchange rebuttal expert witness summaries or reports.

**December 17, 2024** -All discovery, including expert discovery, is completed.

**January 3, 2024** - Parties must have completed mediation and filed a mediation report.

**January 10, 2024** - All dispositive pre-trial motions and Daubert motions (which include motions to strike experts) are filed. This deadline does not include motions in limine but includes all other pre-trial motions.

2. Mediation to be had between December 2 and December 20, 2024 (exact date pending mediator's availability), with David Friedland at 9100 South Dadeland Avenue, Suite 1620, Miami, Florida.

3. Everything else, including all other deadlines in the Scheduling Order (ECF No. 55), remains the same.

**DONE AND ORDERED** in Miami, Florida on this ____ day of October, 2024.

_____
**BETH BLOOM**
**United States District Court Judge**

cc: Counsel of Record