UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-24366-BLOOM/Torres

MARVEL TECHNOLOGY (CHINA),
Co. LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.
_____/

## ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the Joint Motion for Amendment of Scheduling Order, ECF No. [168] ("Motion"), filed on December 10, 2024. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [168]**, is **GRANTED**, and the Scheduling Orders, **ECF Nos. [55] and [149]]**, are **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **June 2, 2025, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, May 27, 2025**. No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 23-cv-24366-BLOOM/Torres

**February 12, 2025**   All discovery, including expert discovery, is completed.

**March 7, 2025**   All dispositive pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. This deadline does not include motions *in limine* but **includes all other pre-trial motions.**

**May 19, 2025**   Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), a joint summary of the parties' motion(s) *in limine*, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.

All other deadlines shall remain in effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 10, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record